UNITED STATES DISTRICT COURT

FOR THE_____

FILED

SEP _ 9 2003

U. S. District & Bankruptcy Courts
Southern District of West Virginia

_Willie Martin_____

      Plaintiff,                    *

                                    *   CIVIL NO.  _5.03-2141_
v. _United States Dept. of Justice_  *
_Federal Bureau of Prisons_          *
                                    *
_____                     *

      Defendant (s).                *


PETITION PURSUANT TO 28 U.S.C.
SECTION 1331


PETITIONER FILED IN THIS HONORABLE COURT FOR THE

_United States District Court_

_For The Southern District of West_

_Virginia_


BY PLAINTIFF: _Willie Martin_

_Reg.# 34689-093_

_____

_____

1331 Form

### FORM TO BE USED BY FEDERAL PRISONERS IN FILING A COMPLAINT UNDER 28 U.S.C.§ 1331

In the United States District Court

For the _Southern District of W. Va._

_Willie Martin - Reg.# 37689-083_

_____

_____

(Enter above the full name of the
plaintiff or plaintiffs in this
action)

v.

_United States Dept. of Justice_
_Federal Bureau of Prisons_

_____

(Enter the full name above of the
defendant or defendants in this
action).

I. Place of Present Confinement _Federal Correctional Institution (Beck..._

II. Previous Lawsuits

A. Have you begun other lawsuits dealing with the same facts involved
in this action or otherwise relating to your imprisonment?
Yes_____    No __✓___

B. If your answer to A is yes, describe each lawsuit in the space
below.  (If there is more than one lawsuit, describe the additional
lawsuits on another piece of paper, using the same outline).

III. In order to proceed in federal court you must ordinarily fully exhaust your administrative remedies as to each ground on which you request action by the federal court.

    A. Did you fully exhaust, including appeals, your administrative remedies pursuant to the Bureau of Prisons Policy Statement 1330.07?    Yes _√_    No _____

    B. If your answer to A is yes,

       1. What steps did you take? *See attached admin. Rem. where I* *This grievance to the B.O.P. - ay policy but to no avail.*

       2. What was the result? *The BOP evaded seriousness of this comp* *and retaliated by further harrassing me, by refusing me additional* *medical treatment for the injury of complaint.*

    C. If your answer to A is no, why not ?


IV. Parties
(In Item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any).

    A. Name of plaintiff *Willie Martin - Reg# 34689-083* *Federal Correctional Institution (Beckley)* *P.O. Box 350 - Beaver, West Virginia*

( In Item B below, place the full name of the defendant in the first blank, his official position in the second blank. Use Item C for the names, positions, and place of employment of any additional defendants).

      *US Dept. of Justice*

    B. Defendant *Federal Bureau of Prisons* is employed as _____

    _____ at _____

    C. Additional Defendants *Troy Williamson (Warden)*

-3-

V. Cause of Action

(List hereunder the different causes of action that are the
grounds for the prosecution of this law suit.)

1. Refusing proper medical treatment, by placing me on lock-u[p]
for 3 full days.

2. My jaw was broken in 3 places, as a result of a fall from [my]
bed ladder, and when I was finally given medical treatment, I [was]
administered the wrong medication. (see attached medical reco[rd])

3. The 8th amendment of the U.S. Constitution prohibits cruel an[d]
unusual punishment, this claim is directed.

VI. Grounds for relief

(Hereunder set out the factual allegations that you consider as
establishing a basis for your requested relief under the specific
cause/s of action/s.) (If additional space is necessary. include
as attachments.)

1. Federal Bureau of Prisons housed me in a cell built for (2) pe[ople]
with (2) other inmates (see attached affidavits). Overcrowded
conditions caused me to fall, and, sustain a broken jaw.

2. I was then place in Segregation pending investigation of a f[all]
where I complained to officers of my jaw but was ignored
for (3) full days.

3. When I finally recieved medical treatment, I was adm[inistered]
the wrong medication

4. A violation of my Constitutional rights under the 8th amen[dment]
of the U.S. Constitution ~~was the~~, cruel and unusual punishme[nt]

VII. Relief sought
(Hereunder itemize the specific relief you exect to obtain on
the prosecution of this law suit.)

1. A monetary settlement of 2 million dollars is soug[ht]
relief.

2. ~~Althoug~~ an investigation of F.C.I. Beckley's Medical
and procedures be made by the courts.

Wherefore, your Plaintiff respectfully requests that this Honorable
Court grant the within relief sought and any other relief that
this Court deems just and proper.

Signed this _6_ day of _September_ , A.D. 2003.

_Willie Martin_

(Signature of plaintiff or
plaintiffs)

Executed at _F.C.I Beckley - Beaver, W. Va._
(Name of Institution, City, County)

I declare under penalty of perjury that the foregoing
is true and correct.

Executed on _9-6-03_

(Date)

_Willie Martin_

(Signature of plaintiff or
plaintiffs)

-5-

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: _MARTIN WILLIE_ _34689-083_ _P.AM._ _BECKLEY_
　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

Part A– INMATE REQUEST This institution performed improper surgical procedures on my jaw which was broken in 3 places. I was placed in the Sec. unit pe~~~ investigation for a fight, the medical staff NEVER performed a physica~ examination to warrant such an investigation. After I finally taken ~ the hospital, I was administered the wrong medication which infected my jaw and caused my face to swell. The medical staff ignored and neglected my medical needs to the point that it was detrimental to my life.

_5-9-03_
DATE

_Willie Martin_
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_6-6-03_
DATE

_Tracy Williamson_
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _299536-F1_

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　UNIT　　　INSTITUTION

SUBJECT: _____

DATE　　　　　　　　　　　　　　RECIPIENT'S SIGNATURE (STAFF MEMBER)

**REQUEST FOR ADMINISTRATIVE REMEDY**                    BEC-299536-F1
**INMATE:    MARTIN, Willie**
**Reg. No.  34689-083**

Your Request for Administrative Remedy dated May 9, 2003,
received May 19, 2003, alleging the institution performed
improper surgical procedures on your jaw has been reviewed.
Specifically, you contend you were placed in the Special Housing
Unit (SHU) pending an investigation for a fight, and medical
staff never performed an examination warranting such an
investigation. Furthermore, you allege after being taken to the
hospital, the wrong medication was administered which infected
your jaw and caused swelling. You contend medical staffs'
neglect caused detriment to your life.

A review of your medical record reveals you were initially
evaluated for injuries on February 12, 2003, after stating you
had fallen out of bed. The injuries you suffered were
inconsistent with injuries sustained from a fall as you
described; therefore, the Operations Lieutenant placed you in SHU
pending an investigation.

On February 14, 2003, you were evaluated for increased swelling
to your lower jaw, and you were sent to an outside surgeon for a
consultation to repair a fractured jaw. On February 19, 2003, a
surgical repair of your jaw was completed by an outside surgeon.
On February 20, 2003, it was determined you would need to be
hospitalized due to increased swelling in your facial area. The
swelling was a result of the surgery, not an adverse reaction to
a medication. You were hospitalized from February 20 through
February 25, 2003, and upon return to the institution you were
evaluated by medical and dental staff.

On March 1, 2003, you became non-complaint with the prescribed
treatment regimen and refused the prescribed antibiotic. You
continued to refuse your prescribed antibiotic through
March 7, 2003, at which time you made a sick call appointment
with complaints of a wire coming loose in your jaw. Since
March 7, 2003, medical and dental staff have continued to
evaluate you throughout your post surgical course, and
institution staff have rendered follow up care in accordance with
community standards.

Based on this review, you have been treated appropriately and no
improper surgical procedures have been conducted by either the
institution staff or the surgeon. Your allegation of neglect is
unsubstantiated and your request for relief is denied.

If you are dissatisfied with this response, you may appeal to the
Regional Director, Bureau of Prisons, Mid-Atlantic Region, 10010
Junction Drive, Suite 100-North, Annapolis.Junction, Maryland
20701, within twenty (20) calendar days of the date of this
response.

6-6-03

Date

Troy Williamson, Warden

U.S. Department of Justice

**Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A—REASON FOR APPEAL :** In response to Administrative Remedy-#BEC. 299536-F1 this institution Failed to properly address my complaint of improper medical treatment, (See Attached Admin. Rem.).

    Medical records will show this institution is at fault for housing me in the Segregation Unit for 3 days with a Broken Jaw. This institution alleges that I was placed in S.H.U. pending an investigation for "Falling From A Bed" - investigative reports will show that I placed in the special housing unit pending investigation of a fight.

    This institution violated my constitutional rights which allows me Freedom from Cruel Unusal punishment under the 8th Amendment of the United States Constitutional Amendment. I was administered the wrong medication after I was placed on ""lock-up" with a Broken Jaw for 3 full days. These acts constitute blatant unprofessionalism and negligence on the behalf of the Administrator of this institution as well as the Federal Bureau of Prisons. To this I am still affected by the neglectful acts of this institution; my jaw is permanently crooked and I had Wire Braces in my mouth for 4 months, when Dental prescribes 8 weeks.

                            Sincerely,

_____                      _____
      DATE                                      SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____                      _____
      DATE                                        REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

SECOND COPY: RETURN TO INMATE              CASE NUMBER: _____

**Part C—RECEIPT**
                                              CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

ADMINISTRATIVE REMEDY REGIONAL APPEAL
PART B - RESPONSE

Date Filed: June 30, 2003                    Remedy I.D. No: 299536-R1

You appeal the Warden's response to your Request for Administrative
Remedy.   You claim you were inappropriately placed in special
housing with a broken jaw, and medical staff ignored your medical
needs.

Review of your appeal with institution staff indicates you were
evaluated by clinical staff immediately following your injury.
Staff noted no swelling of the area, and you claimed the injury
happened from falling out of bed.   Based upon your reported
history, staff did not feel additional evaluation was warranted at
that time.  You were placed in the Special Housing Unit and did not
request medical assistance until the following day.   You were
immediately evaluated by clinical staff who diagnosed you with a
fracture of your jaw.  You were referred to a community specialist
for further treatment.  There is no evidence medical staff ignored
or neglected your medical needs.

Monetary damages are not available through the administrative
remedy program.  Should you wish to pursue monetary damages, you
may file a claim under the Federal Tort Claims Act.

Your appeal of the Warden's response is denied.   If you are
dissatisfied with this response, you may appeal to the General
Counsel, Federal Bureau of Prisons, 320 First Street, N.W.,
Washington, D.C. 20534. Your appeal must be received in the General
Counsel's Office within 30 days from the date of this response.


JUL ~ 9 2003
_____          _____
        Date                     K. M. White, Regional Director
                                 Mid-Atlantic Regional Office

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: MARTIN WILLIE _____ 34689-083 ___ P.M. ___ BECKLEY
LAST NAME, FIRST, MIDDLE INITIAL ___ REG. NO. ___ UNIT ___ INSTITUTION

Part A– INMATE REQUEST This institution performed improper surgical procedures on my jaw which was broken in 3 places. I was placed in the Seg. Unit pending investigation for a fight, the medical staff NEVER performed a physical examination to warrant such an investigation. After I finally taken the hospital, I was administered the wrong medication which infected my jaw and caused my face to swell. The medical staff ignored and neglected my medical needs to the point that it was detrimental to my life.

5-9-03
DATE

*Willie Martin*
SIGNATURE OF REQUESTER

Part B– RESPONSE

6-6-03
DATE

*Tracy Williamson*
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE

CASE NUMBER: 299536-F1

CASE NUMBER: _____

Part C– RECEIPT

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL. ___ REG. NO. ___ UNIT ___ INSTITUTION

SUBJECT: _____

DATE ___ RECIPIENT'S SIGNATURE (STAFF MEMBER)

REQUEST FOR ADMINISTRATIVE REMEDY                    BEC-299536-F1
INMATE:   MARTIN, Willie
Reg. No.   34689-083

Your Request for Administrative Remedy dated May 9, 2003,
received May 19, 2003, alleging the institution performed
improper surgical procedures on your jaw has been reviewed.
Specifically, you contend you were placed in the Special Housing
Unit (SHU) pending an investigation for a fight, and medical
staff never performed an examination warranting such an
investigation.  Furthermore, you allege after being taken to the
hospital, the wrong medication was administered which infected
your jaw and caused swelling.  You contend medical staffs'
neglect caused detriment to your life.

A review of your medical record reveals you were initially
evaluated for injuries on February 12, 2003, after stating you
had fallen out of bed.  The injuries you suffered were
inconsistent with injuries sustained from a fall as you
described; therefore, the Operations Lieutenant placed you in SHU
pending an investigation.

On February 14, 2003, you were evaluated for increased swelling
to your lower jaw, and you were sent to an outside surgeon for a
consultation to repair a fractured jaw.  On February 19, 2003, a
surgical repair of your jaw was completed by an outside surgeon.
On February 20, 2003, it was determined you would need to be
hospitalized due to increased swelling in your facial area.  The
swelling was a result of the surgery, not an adverse reaction to
a medication.  You were hospitalized from February 20 through
February 25, 2003, and upon return to the institution you were
evaluated by medical and dental staff.

On March 1, 2003, you became non-complaint with the prescribed
treatment regimen and refused the prescribed antibiotic.  You
continued to refuse your prescribed antibiotic through
March 7, 2003, at which time you made a sick call appointment
with complaints of a wire coming loose in your jaw.  Since
March 7, 2003, medical and dental staff have continued to
evaluate you throughout your post surgical course, and
institution staff have rendered follow up care in accordance with
community standards.

Based on this review, you have been treated appropriately and no
improper surgical procedures have been conducted by either the
institution staff or the surgeon.  Your allegation of neglect is
unsubstantiated and your request for relief is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 10010 Junction Drive, Suite 100-North, Annapolis Junction, Maryland 20701, within twenty (20) calendar days of the date of this response.

6-6-03
Date

Troy Williamson, Warden

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball–point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __MARTIN  WILLIE__        __34689-083__    __P.A.M.__   __BECKLEY__
LAST NAME, FIRST, MIDDLE INITIAL        REG. NO.            UNIT            INSTITUTION

**Part A– INMATE REQUEST** This institution PERFORMED improper surgical procedures on my jaw which was BROKEN in 3 Places. I was placed in the SEC. Unit per investigation for a fight, the medical staff NEVER performed a physical examination to warrant such an investigation. After I finally taken the hospital, I was administered the wrong medication which infected my jaw and caused my face to swell. The medical staff ignored and neglected my medical NEEDS to the point that it was detrimental to my life.

__5-9-03__
DATE

__Willie Martin__
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

__6-6-03__
DATE

__Tracy Williamson__
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**

CASE NUMBER: __299536-F1__

CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL            REG. NO.            UNIT            INSTITUTION

SUBJECT: _____

_____
DATE

REQUEST FOR ADMINISTRATIVE REMEDY        BEC-299536-F1
INMATE:    MARTIN, Willie
Reg. No.   34689-083

Your Request for Administrative Remedy dated May 9, 2003,
received May 19, 2003, alleging the institution performed
improper surgical procedures on your jaw has been reviewed.
Specifically, you contend you were placed in the Special Housing
Unit (SHU) pending an investigation for a fight, and medical
staff never performed an examination warranting such an
investigation. Furthermore, you allege after being taken to the
hospital, the wrong medication was administered which infected
your jaw and caused swelling. You contend medical staffs'
neglect caused detriment to your life.

A review of your medical record reveals you were initially
evaluated for injuries on February 12, 2003, after stating you
had fallen out of bed. The injuries you suffered were
inconsistent with injuries sustained from a fall as you
described; therefore, the Operations Lieutenant placed you in SHU
pending an investigation.

On February 14, 2003, you were evaluated for increased swelling
to your lower jaw, and you were sent to an outside surgeon for a
consultation to repair a fractured jaw. On February 19, 2003, a
surgical repair of your jaw was completed by an outside surgeon.
On February 20, 2003, it was determined you would need to be
hospitalized due to increased swelling in your facial area. The
swelling was a result of the surgery, not an adverse reaction to
a medication. You were hospitalized from February 20 through
February 25, 2003, and upon return to the institution you were
evaluated by medical and dental staff.

On March 1, 2003, you became non-complaint with the prescribed
treatment regimen and refused the prescribed antibiotic. You
continued to refuse your prescribed antibiotic through
March 7, 2003, at which time you made a sick call appointment
with complaints of a wire coming loose in your jaw. Since
March 7, 2003, medical and dental staff have continued to
evaluate you throughout your post surgical course, and
institution staff have rendered follow up care in accordance with
community standards.

Based on this review, you have been treated appropriately and no
improper surgical procedures have been conducted by either the
institution staff or the surgeon. Your allegation of neglect is
unsubstantiated and your request for relief is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 10010 Junction Drive, Suite 100-North, Annapolis Junction, Maryland 20701, within twenty (20) calendar days of the date of this response.

6-6-03
_____
Date

_____
Troy Williamson, Warden

**AFFIDAVIT**

I Elbert Knight, witnessed (Willie Martin #34689-083), fall and hurt himself while sleeping on the top bunk in room 410. This accident took place on the date of 2/12/03.

This is a sworn statement given by "ELBERT KNIGHT" #27569-083.

SIGNATURE: Elbert Knight 27569-083

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 USC 4004)."

Case Manager

8/19/2003

## AFFIDAVIT

I Emory Clemons# 17536-074, witnessed (WILLIE MARTIN #34689-083), fall and hurt himself while sleeping on the top bunk in room 410. This accident took place on the date of 2/12/03.

This is a sworn statement given by "EMORY CLEMONS #17536-074.

**●\* SIGNATURE:** *Emory Clemons 17536-074*

"Authorized By The Act Of July 27, 1955 To Administer Oaths (18 U.S.C. 4004)."

*csw 8/19/1*

Case Manager

**BEC-1330.13b**
**October 2, 1999**
**Attachment A**

REQUEST FOR ADMINISTRATIVE REMEDY
INFORMAL RESOLUTION FORM
FCI BECKLEY, WEST VIRGINIA

------------------------------------------------

The Bureau of Prisons Program Statement on Administrative Remedy
Procedures for Inmates states that before an inmate seeks formal
review of a complaint, he must try to resolve the complaint
informally by presenting it to a staff member. The staff member
must also try to resolve the complaint "informally" before the
inmate will be given an Administrative Remedy Form.

------------------------------------------------

INMATE'S NAME: _Willie Martin_ NO. _37639-083_ UNIT _P. ALL_

1. Specific Complaint: _This institution performed improper surgical procedures on my jaw which was broken in 3 places while I was in seg. 3 plates was placed in my jaw - my jaw became very inflected and I was refused treatment. When I was finally treated, I was given the wrong medication._

2. Relief Requested: _The medical staff be reprimanded and investigated, and I be compensated_

------------------------------------------------

3. Date/Time Complaint received from inmate: _April 15 2003 3pm_

4. Date/Time Informally discussed with inmate: _April 15 2003 3pm_

5. Staff Response: _You were treated in accordance with community standards. There is documentation of your non-compliance as well as your refusal of treatment._

_If you seek compensation, please submit a TORT claim._

6. Date Administrative Remedy provided: _Apr 23.) 2003_

7. Informal Resolution was / (was not) accomplished.

_Willie Martin 37639-083_                     _4/16/03_
INMATE'S SIGNATURE/REGISTER NO.                DATE

_K. Colmer Wh._                               _Apr 23.) 2003_
STAFF MEMBER'S NAME & TITLE                    DATE

_[signature]_                                  _4/23/03_
UNIT MANAGER'S SIGNATURE                       DATE

**DISTRIBUTION**: If the complaint is informally resolved before
being receipted, the Correctional Counselors shall maintain the
informal resolution form for future reference. If the complaint
is not informally resolved, forward the original resolution form,
attached to the Administrative Remedy Form, to the Administrative
Remedy Clerk.

REJECTION NOTICE – ADMINISTRATIVE REMEDY

DATE: AUGUST 1, 2003

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      BOP CENTRAL OFFICE

TO  : WILLIE MARTIN, 34689-083
      BECKLEY FCI    UNT: PINE    QTR: P03-902L
      PO BOX 1280
      BEAVER,  WV 25813

FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 299536-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED  : JULY 31, 2003
SUBJECT 1      : MEDICAL CARE – DELAY OR ACCESS TO
SUBJECT 2      :
INCIDENT RPT NO:

REJECT REASON 1: YOU DID NOT PROVIDE A COPY OF YOUR   REGIONAL OFFICE
                 ADMINISTRATIVE REMEDY APPEAL (BP-10) FORM OR   A COPY
                 OF THE (BP-10) RESPONSE FROM THE REGIONAL DIRECTOR.

REJECT REASON 2: YOU MAY RESUBMIT YOUR APPEAL IN PROPER FORM WITHIN
                 15 DAYS OF THE DATE OF THIS REJECTION NOTICE.

*Please see page 7 that of*
*I have inclosed A copy of*
*such forms (BP-10 Regional response.)*

**U.S. Department of Justice**

**Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR 9 and BP-DIR 10, including any attachments must be submitted with this appeal.

From: __Martin Willie__ __34689-083__ __P.A.U.__ __Beckley—__
　　　LAST NAME, FIRST, MIDDLE INITIAL.　　REG. NO.　　UNIT　　INSTITUTION

Part A—REASON FOR APPEAL __Regional Directors response to appeal of Rem.
No.# Bez. 299536-F1 (warden's Response to initial claim.—
Regional Director's response I.D. No.# 299536-R1. An 8th Amendment
violation is the basis of this claim, whereas this institution violated Mr.
Martin's constitutional rights by denying him proper medical treatment.
Martin was placed in SEG. with a broken jaw and suffered such for 3 full
days. Martin has attempted to gain access of his medical records and the inve-
-igative reports through inmate request, but to no avail. These documents is
an important part of this claim (please see above mentioned documents).
Previous responses fail to address this claim properly, where Martin suff-
ed cruel and unusual punishment, Mr Martin was placed in SEG. without
first being examined by medical staff, investigation reports will show medi-
negligence and unprofessionalism on this institutions behalf.__

__7-20-03__　　　　　　　　　　　__W. Willie Martin__
DATE　　　　　　　　　　　　　SIGNATURE OF REQUESTER

**Part B—RESPONSE**

---

DATE　　　　　　　　　　　　　GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE　　CASE NUMBER: __299536-A__

**Part C—RECEIPT**

　　　　　　　　　　　　　　　CASE NUMBER: _____

Return to: _____
　　　LAST NAME, FIRST, MIDDLE INITIAL.　　REG. NO.　　UNIT　　INSTITUTION

SUBJECT: _____

DATE　　　　　　　　　　SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

**U.S. Department of Justice**                    **Central Office Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-DIR-9 and BP-DIR-10, including any attachments must be submitted with this appeal.

From: _____  _____  _____  _____
     LAST NAME, FIRST, MIDDLE INITIAL.        REG. NO.         UNIT        INSTITUTION

Part A—REASON FOR APPEAL _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

_____                              _____
     DATE                                         SIGNATURE OF REQUESTER

**Part B—RESPONSE**

_____                              _____
     DATE                                         GENERAL COUNSEL

SECOND COPY: REGIONAL FILE COPY              CASE NUMBER: _____

**Part C—RECEIPT**

                                             CASE NUMBER: _____

Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL         REG. NO.         UNIT        INSTITUTION

SUBJECT: _____

U.S. DEPARTMENT OF JUSTICE        **REQUEST FOR ADMINISTRATIVE REMEDY**

Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: **MARTIN Willie**    **37689-083**    **P.M.**    **Beckley**
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A— INMATE REQUEST** This institution PERFORMED improper surgical procedures on my jaw which was BROKEN in 3 places. I was placed in the Seg. unit per investigation for a fight, the medical staff NEVER performed a physical examination to warrant such an investigation. After I finally taken to the hospital. I was administered the wrong medication which infected my jaw and caused my face to swell. The medical staff ignored AND NEGLECTED my medical needs to the point that it was detrimental to my life.

_5-9-03_                        _Willie Martin_
    DATE                                  SIGNATURE OF REQUESTER

**Part B— RESPONSE**

_6-6-03_                        _Tracy Williamson_
    DATE                              WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**             CASE NUMBER: **299536—F1**

                                         CASE NUMBER: _____

**Part C— RECEIPT**

Return to: _____
          LAST NAME, FIRST, MIDDLE INITIAL       REG. NO.       UNIT       INSTITUTION

SUBJECT: _____

     DATE                             RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. Department of Justice | **Regional Administrative Remedy Appeal**

Federal Bureau of Prisons

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: Martin Willie / 34689-083 / Pine A-Up / Beckley
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

**Part A—REASON FOR APPEAL :** In responce to Administrative Remedy-#BEC. 299536-F1 this institution Failed to properly address my complaint of improper medical treatment, (See Attached Admin Rem.).

Medical records will show this institution is at fault for housing me in the Segragation Unit for 3 days with a Broken Jaw,  This institution alleges that I was placed in S.H.U. pending an investigation for "Falling From A Bed" - investigative reports will show that I was placed in the special housing unit pending investigation of a fight.

This institution violated my constitutional rights which allows me Freedom from Cruel & Unusal punishment under the 8th Amendment of the United States Constitutional Amendment. I was administered the wrong medication after I was placed on "lock-up" with a Broken Jaw for 3 full days.  These acts constitute blatant unprofessionalism and negligence on the behalf of the Administrator of this institution as well as the Federal Bureau of Prisons.  To this day I am still affected by the neglectful acts of this institution; my jaw is permanantly crooked and I had Wire Braces in my mouth for 4 months, when Dental prescribes 8 weeks.

Sincerely,

6-24-03
DATE

Willie Martin #
SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JUN 3 0 2003

BUREAU OF PRISONS
MARO REGIONAL COUNSEL

DATE | REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: 299536-R

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION

SUBJECT: _____

**U.S. Department of Justice**

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Martin Willie__    __34689-083__   __Pine A-Up.__   __Beckley__
     LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A—REASON FOR APPEAL :** In responce to Administrative Remedy-#BEC. 299536-F1 this institut Failed to properly address my complaint of improper medical treatment, (See Attached Adm Rem.).

   Medical records will show this institution is at fault for housing me in the Segregatio Unit for 3 days with a Broken Jaw,  This institution alleges that I was placed in S.H.U. pending an investigation for "Falling From A Bed" - investigative reports will show that I placed in the special housing unit pending investigation of a fight.

   This institution violated my constitutional rights which allows me Freedom from Cruel Unusal punishment under the 8th Amendment of the United States Constitutional Amendmen I was administered the wrong medication after I was placed on "lock-up" with a Broken Ja for 3 full days.  These acts constitute blatant unprofessionalism and negligence on the be of the Administrator of this institution as well as the Federal Bureau of Prisons.  To this I am still affected by the neglectful acts of this institution; my jaw is permanantly crooke and I had Wire Braces in my mouth for 4 months, when Dental prescribes 8 weeks.

Sincerely,

__6-24-03__            __Willie Martin #__
DATE            SIGNATURE OF REQUESTER

**Part B—RESPONSE**

RECEIVED

JUN 30 2003

BUREAU OF PRISONS
MARO REGIONAL COUNSEL

DATE           REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

**Part C—RECEIPT**

CASE NUMBER: __299536-R__

Return to: _____
    LAST NAME, FIRST, MIDDLE INITIAL.    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

**REQUEST FOR ADMINISTRATIVE REMEDY**                    **BEC-299536-F1**
**INMATE:    MARTIN, Willie**
**Reg. No.  34689-083**

Your Request for Administrative Remedy dated May 9, 2003,
received May 19, 2003, alleging the institution performed
improper surgical procedures on your jaw has been reviewed.
Specifically, you contend you were placed in the Special Housing
Unit (SHU) pending an investigation for a fight, and medical
staff never performed an examination warranting such an
investigation.  Furthermore, you allege after being taken to the
hospital, the wrong medication was administered which infected
your jaw and caused swelling.  You contend medical staffs'
neglect caused detriment to your life.

A review of your medical record reveals you were initially
evaluated for injuries on February 12, 2003, after stating you
had fallen out of bed.  The injuries you suffered were
inconsistent with injuries sustained from a fall as you
described; therefore, the Operations Lieutenant placed you in SHU
pending an investigation.

On February 14, 2003, you were evaluated for increased swelling
to your lower jaw, and you were sent to an outside surgeon for a
consultation to repair a fractured jaw.  On February 19, 2003, a
surgical repair of your jaw was completed by an outside surgeon.
On February 20, 2003, it was determined you would need to be
hospitalized due to increased swelling in your facial area.  The
swelling was a result of the surgery, not an adverse reaction to
a medication.  You were hospitalized from February 20 through
February 25, 2003, and upon return to the institution you were
evaluated by medical and dental staff.

On March 1, 2003, you became non-complaint with the prescribed
treatment regimen and refused the prescribed antibiotic.  You
continued to refuse your prescribed antibiotic through
March 7, 2003, at which time you made a sick call appointment
with complaints of a wire coming loose in your jaw.  Since
March 7, 2003, medical and dental staff have continued to
evaluate you throughout your post surgical course, and
institution staff have rendered follow up care in accordance with
community standards.

Based on this review, you have been treated appropriately and no
improper surgical procedures have been conducted by either the
institution staff or the surgeon.  Your allegation of neglect is
unsubstantiated and your request for relief is denied.

If you are dissatisfied with this response, you may appeal to the Regional Director, Bureau of Prisons, Mid-Atlantic Region, 10010 Junction Drive, Suite 100-North, Annapolis Junction, Maryland 20701, within twenty (20) calendar days of the date of this response.

6-6-03
_____
Date

_Troy Williamson_
Troy Williamson, Warden

June 16, 03

Willie Martin # A-23
# 34689-083 #

① I would like to get a copy of my medical record be for I go home I go home 9-10-03. And may you send my medical record to me when you get my copy out as hy I'm at this Institution.

Willie Martin #
# 34689-083 ‡

Inmate requested copies of his
medical chart. A total of _151_ copies
were released to inmate.
(Excluding HIV information.)

Dated ~~6-2-98~~  errore
6-2-98 through 6-23-03

Received
FPC/FCI Beckley
6/22/03

8-17-03

APPALACHIAN REGIONAL HEALTHCARE, INC.
Beckley-ARH Hospital
306 Stanaford Road
Beckley, West Virginia 25801

## DISCHARGE SUMMARY

| Patient: **MARTIN, WILLIE** 3689-083 | Patient #: **250949** |
|---|---|
| Attending Physician: SURAYIA T. HASAN, M. D. | |
| Service: INTERNAL MEDICINE | |
| Admission Date: 02/20/03 | Discharge Date: 02/25/03 |
| Dictation Date: 02/25/03 @ 1051 | Transcription Date: 02/25/03 @ 1103 |

DIAGNOSES
1. Swelling of the face, postsurgical, plus cellulitis of the face.
2. Inability to swallow secondary to above, improved.
3. Pulmonary congestion at time of admission, improved.
4. Diabetes mellitus, controlled.
5. Status post cholecystectomy.
6. Hepatitis C and A.

This young male was admitted with marked swelling of the face with difficulty in swallowing, inability to even swallow his saliva after surgery for bilateral mandibular fracture.

HISTORY AND PHYSICAL EXAMINATION:
The History and Physical Examination is incorporated into the Discharge Summary as a part of the Discharge Summary.

LABORATORY INVESTIGATIONS:
Blood glucose 227, repeat 186. WBC 13.2, RBCs 4.95, Hgb 15.7, Hct 45, MCV 92, MCH 31, MCHC 34, platelet count 265,000, segs 70, bands 20, lymphs 7, monos 2. Sodium 134, potassium 4.2, chloride 99, BUN 12, serum creatinine 1.0, total protein 8.4, albumin 3.6, calcium 9.2, blood sugar 131, SGOT 24, bilirubin 0.56, alk. phos. 43, SGPT 35. Repeat WBC 11.1 with no bands. X-ray of the facial bones, no obvious facial bone fracture, internal fixation of the mandible. X-ray of the chest was normal. CT of the facial bones, status post internal fixation of the mandibular fracture with good alignment of the fracture fragments, no fluid collection in the paranasal sinuses.

COURSE & PROGRESS IN THE HOSPITAL
Pt was initially admitted to CCU. He was treated with IV antibiotics, Decadron. The pt was seen by the oral surgeon who did his surgery in Charleston and felt that he was progressing satisfactorily. He felt the main reason for the swelling was trauma from the surgery. Pt when better was started on clear liquids and then blended diet. Yesterday, he was having constant hiccups. U/S of the abdomen was done which was normal. He did not have a good BM and was given mag. citrate 125 ccs with good effect. He is being discharged back to the prison today with advice to take:
1. Clindamycin 300 mg t.i.d. for the next five days.
2. He can have Maalox 30 ccs q.6h. p.r.n.

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

3/6/03

MARTIN, WILLIE
25 09 49
DISCHARGE SUMMARY
PAGE 2 

3.    Tylenol Elixir 650 mg q.6h. p.r.n. for pain.
4.    He can take blended pureed diet through a straw.

His blood sugar was monitored during his stay and it stayed well
controlled with the diet alone.  He is to drink lots of fluids.  His
condition at the time of discharge is good.  He can gradually increase
his activities.  He is to follow up with the oral surgeon who did the
surgery in Charleston.


SURAYIA T. HASAN, M. D.

STH/rds - #2563

cc:   Federal Prison

Attachment:  History and Physical Examination


D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

2/6-03

Martin, Willie
34689-083

APPALACHIAN REGIONAL HEALTHCARE, INC.
Beckley-ARH Hospital
306 Stanaford Road
Beckley, West Virginia 25801

## HISTORY AND PHYSICAL EXAMINATION

| Patient: **MARTIN, WILLIE J.** 34689-083 | Patient #:  **250949** |
|---|---|
| Attending Physician:  SURAYIA T. HASAN, M. D. | |
| Service:  INTERNAL MEDICINE | Location:  **ICU** |
| Admission Date:  02-20-03 | |
| Dictation Date:  02-20-03 1050 | Transcription Date: 02-20-03 1238 |

PRESENT ILLNESS:
This 30-year old Afro-American male has been admitted because of
marked swelling of the face with chills and fever, inability to open
the mouth, inability to swallow.  The patient was in the Federal
Prison where he was a long term resident.  He broke his jaw and was
referred to an oral surgeon in Charleston, St. Francis Hospital.  He
had surgery and the jaw was wired.  This was done on Tuesday of last
week.  Yesterday, his face started swelling up and the swelling is
gradually getting worse.  He states it is painful and he chilled.  His
temperature went up.  He is not able to answer his mouth and cannot
swallow his saliva.  He is drooling constantly.  He denies any
pleuritic chest pain or hemoptysis.  He is not able to cough or
expectorate his sputum.

PAST HISTORY:
Diabetes mellitus, on oral medications.  He was admitted in 1999 for
gallbladder disease and had open cholecystectomy.  There is history of
surgery for bleeding peptic ulcer disease several years ago.  History
of alcohol and drug abuse 20 years ago.  Hepatitis C and A because of
drug abuse.  He states he quit drinking about 20 years ago.

FAMILY HISTORY:
None of serious illness.

PERSONAL HISTORY:
Long term resident of Federal Prison.  He does not smoke and is not
drinking at present.  He is not abusing drugs at present.

REVIEW OF SYSTEMS:
CONSTITUTIONAL:  His weight is maintained.
HEENT:  Eyes show no discharge.  Occasional sinus infections.
RESPIRATORY:  No history of COPD.
CVS:  No history of hypertension or myocardial infarction.
GI:  Surgery for bleeding peptic ulcer disease, status post
cholecystectomy.
GU:  No history of recurrent UTI.
CNS:  No history of CVA or seizures.
MUSCULOSKELETAL:  No history of arthritis.
INTEGUMENTARY:  Normal.
HEMATOLOGICAL/LYMPHATIC:  Normal.
ENDOCRINE:  No history of thyroid disease.  Diabetes mellitus.
PSYCHIATRIC:  No history of anxiety or depression.

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

MEDICAL RECORD | | CONSULTATION SHEET

REQUEST

TO: Mountain State Oral and
Maxillofacial Surgeons

FROM: (Requesting physician or activity)
FCI Beckley

DATE OR REQUEST
2-15-03

REASON FOR REQUEST (Complaints and findings)

Allergies: NKDA

Medications: Motrin 20cc (400mg) TID ; Tylenol #3 ⅱ tabs PO TID ; Ensure ⅱ boxes TID
Penicillin VK 500mg ⅰ tablet QID × 10 days

Patient History to include present and past procedures:

I/m ⊼ hx of fx lower right and left jaw on 2-12-03 after falling
out of bed. No LOC. Seen by Mountain State Oral and
maxillofacial surgeons on 2-15-03. Scheduled for oral surgery
on AM of 2-18-03.

PROVISIONAL DIAGNOSIS

Fx Mandible

DOCTOR'S SIGNATURE
Shawn Lusk, RN
V/O Dr. Rehlberg

APPROVED

PLACE OF CONSULTATION

FCI ____    FPC ____

____ Routine    ____ Today

____ 72 Hours   ____ Emergency

CONSULTATION REPORT

RECORD REVIEWED   ___ YES   ___ NO          PATIENT EXAMINED   ___ YES   ___ NO

(Continue on reverse side)

SIGNATURE AND TITLE | DATE

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or
medical facility)

Name Martin, Willie

Number 34689-083

DOB 11-12-72

FCI/FPC Beckley

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)

 

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each en |

02-14-03  S: 34 y/o inmate Brought to dental for
0800  panorex X-ray — c̄ Fx. of lower jaw.
C/o pain lower jaw 8-10, poor oral intake c̄
lips dry. Denies neck pain numbness or
tingling. Say he feel firm upper Bunk of 3
man cell hit c̄ jaw o metal lower bunk.
Denies any LOC, ⊘N, ⊘V, ⊘D. No food intake
a 1½d has taken in fluids

O: T 98° BP ↳ 140/80 p 100 → 140/80 pulse 8
R 20 wt Estimated 188#
A&O x3, NAD, slim W/D, Pain 8-10, motion doe
help. No airway problems, mucosa pink & moist
HEENT: perrla ears / fundus appears Brown's
⊘⊘⊘ oodevoprate, Bilat jaw pain c̄ Edema
⊘ over off step on exam of jaw c̄ crepit on
mouth. Neck ⊘ firm tenderness c̄ hyoid Bone
good air flow. Ears ⊘ thymo ⊘ Ears No
EARS No hymotypanic Nares clear, Heart S1S2 reg
lung clear, abd ⊘ acute
Cxt ⊘

MARTIN
WILLIE
B/M/O/11-12-1972     34689-083
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV  25803**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| -14-03 | A: Fx Jaw lower |
| 0900 | Plan 1. Panorex Rx dental |
| | 2. C Spine, Jaw Skull done. |
| | 3. out trip for CT / ER visit |
| | 4. Reassure TT TID x TWK. |
| | 5. Nurse follow up in SHU x2/shift |
| | 6. Educated @ fx, surgery and diet Keep well hydrated |
| | PHARMACY MEDICATION COUNSELING<br>INTERMEDIATE-EXTENSIVE<br>OUTSTANDING REFERRAL FAIR GD.<br>LIMITED INFORMATION GIVEN Y N<br>COMMENTS: M. Clark PharmD FCI/FPC Beckley |
| -14-03 | Skull, C-Spine, Mandible, Soft Tissue Neck |
| 1000 | X-rays completed. J Thompson RTR |
| | J. THOMPSON<br>RTR<br>FCI/FPC BECKLEY |
| 14/03 | T 99.3 P 89 R 18 B/P 144/105 wt 185 |
| 08 | S: pt back from town trip due to fx'd jaw awaiting surgery |
| | O: awake and alert Ambulatory s̄ difficulty |
| | Respirations even and unlabored |
| | A: ① Fx'd jaw |
| | P: ① Dental Service to follow up |
| | ② Pt ed on tx |
| | ③ Pt to go to SHU via escort |
| | S Taylor PA |
| | S. TAYLOR, PA-C<br>CERTIFIED PHYSICIAN ASSISTANT<br>FCI/FPC BECKLEY |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)** |
| 1/8/03 0600 | S) Pt states he felt a bump on his lower center chest. x 2 days. Since MVI ID / fever, chills, chest pain, abd pain stenderness (Pt denies) |
| | O) ♂ A+O x3 in NAD Ambulatory in all Skin - mostly noted on exam. Pt could not find bump that he was referring to. ⊘ swelling ⊘ discoloration stenderness elesions |
| | A) suspect condition nothing found |
| | P) Medicate on Dx + Tx plan F/U on S/C PRN or if bump returns /s/ SA Blankenship CFI |
| 1/17/03 0900 | S: Co "Bump" on chest - Midline |
| | O) A+O x3 AMB - Steady gait, lungs to clear, Sleep Chest - ⊕ Prominent Xyphoid Proc ⊕ Non tender |
| | A: Health Male |
| | P: ① F/U Via Sick Call ② Client R... ③ PE Ed Re: Notify Medical Indicated /s/ J. KOBY PA-C FCI/FPC BECKLEY |

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

| RECORDS MAINTAINED AT | ▶ | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Martin, Willie | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34688-083 | DATE OF BIRTH 11/12/72 |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

 

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| [illegible]/31/03 | S- C/o knot in chest which is tender |
| 0519 | O- Points to zyphoid process |
| | Mild tenderness over zyphoid process |
| | A- Zyphoid process tenderness |
| | P- Educated to what "knot" is normal |
| | process |
| | ② [illegible] s/c PRN |
| | ③ Ibuprofen 800mg #21 ī PO TID x 7 days NR |
| | R. STEVENS CONTRACT PHARMACY TECH FCI/FPC BECKLEY [signature] C.Ph.T. — K. KAISER PA-C FCI/FPC BECKLEY [signature] Kenneth Kaiser |
| | |
| [illegible]-12-03 | Admin note: See injury assessment — [signature] S. Losk, RN |
| 0100 | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV [initials] |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each en |
| 2-14-03 1815 | S: I/m c/o pain to jaw - Rates as 7 on scale of 1-10 |
| | O: T 98.² P. 86 R. 18 BP 138/84 A+A+O x3. Resp even + unlabored. Ø airway disturbance. Edema to face bilat. Lips dry + cracked. Oral mucosa pink + moist. |
| | A: Pain R/T Fx. Jaw |
| | P: Per V.O. DR. Rehbarg: Motrin 800mg (liquid) 40cc give To repeat Motrin c̄ 400mg ā 11:30pm tonight prior to NPO status ā ∪ MN. Administered 4 containers of Ensure as ordered per DR Rehbarg d/t inability to consume solid foods. NPO p̄ MN - ma M. Owens Clinical Nurse FCI/FPC Beckley |
| 2-14-03 2335 | S: Follow-up O: Upon arrival, I/m lying quietly in bed. Rates pain as currently. No ∆'s in assessment. A: Pain R/T Fx Jaw P: As previously ordered: Liquid Motrin 400 mg PO given. NPO p̄ MN. STU officer reminded of NPO status M Owens RN M. Owens Clinical Nurse FCI/FPC Beckley |

RECORDS

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

MARTIN
WILLIE                    34689-083
B/M/O/11-12-1972
HT/503   WT/190    HR/BK    EY/BN
CUSTODY/IN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| -15-03 | S: Inmate laying on his bunk states pain |
| )100 | is 7 on scale from 1-10. |
| | O: A&O X3, Ø difficulty breathing. |
| | A: Pain R/T Injury |
| | P: Will continue to monitor 2 x per shift. |
| | [signature] K Stose, RN |
| 15-03 | S: Followup |
| 600 | O: A&O X3. Pt standing in room getting |
| | dressed to go to surgery at CAMC. |
| | A: Pain R/T Injury |
| | P: Educated inmate not to eat this AM. |
| | Pt rates pain as 7 on 1-10-scale. |
| | [signature] K Stose, RN |
| 5-03 | S: I/m returned from medical trip R/T fx Ⓡ and Ⓛ ↓ jaw. Unable |
| 30AM | to complete surgery in office today d/t severity of fx. Will |
| | be scheduled for Tuesday AM to have surgery. Pt c/o pain @ Ⓡ↓ |
| | jaw area only. Rates 6-7 on scale of 1-10. No other c/o. |
| | O: A+O×3, resp even and unlabored s̄ any distress observed, lungs clear |
| | bilaterally; abd soft c̄ BS ⊕ x4; CSM checks normal, minimal edema |
| | to Ⓛ↑ jaw area, no deformities observed or palpated; ROM to jaw |
| | moderately ↓ but no crepitus palpated c̄ ROM. VS of 120/94, 89, 98.8, 16 |
| | A: Alteration in Comfort |
| | P: Per Dr. Rehberg: ① Tylenol #3 ii tabs PO TID (crush) ② Continue |
| | Motrin 20cc PO TID ③ Continue Ensure, ii cans TID ④ Penicillin VK |
| | 500mg 4 times daily until surgery ⑤ NPO p̄ MN on Monday 03-17-03 |
| | ⑥ Continue nursing assessments twice per shift ——— S. Lusk, RN / S. Lusk |

STANDARD FORM 600 BACK (REV. 5-84)

S. LUSK, RN
CLINICAL NURSE
FPC/FCI BECKLEY, BEAVER, WV

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 16-03 | S: Resting c̄ eyes closed. |
| 0100 | O: Resp even and unlabored. |
| | A: Alteration in comfort |
| | P: Instructed SHU officer to Notify HSU of any ↑/m distress |
| | K. THOMPSON, RN FCI/FPC BECKLEY RN |
| 16-03 | S: Resting c̄ eyes closed aroused easily. |
| 0500 | C/O jaw pain rates a "5" on 1-10 scale |
| | [illegible] difficulty swallowing |
| | O: AAOX3, able to drink Ensure s̄ difficulty |
| | A: Alteration in comfort |
| | P: Per orders ① Motrin (liquid) 400mg PO given |
| | ② ii Ensure drinks |
| | ③ Tylenol #3 ii tablets PO (crushed) |
| | ④ Instructed to notify HSU c̄ problems, verbalized understanding |
| | K. THOMPSON, RN FCI/FPC BECKLEY |
| | |
| -03 | S: Resting quietly @ this time s̄ any c/o. |
| 00 | O: A+Ox3, no Δ in prior assessments; resp even and unlabored |
| | no distress observed |
| | A: Alteration in Comfort S. LUSK, RN CLINICAL NURSE FPC/FCI BECKLEY, BEAVER |
| | P: Continue assessments and tx as ordered. Report any Δ's to HSU — [signature] |
| -03 | S: Awake and resting quietly. c/o ⓡ ↓ jaw area pain of 8 |
| 00 | on 1-10 scale. Talking c̄ difficulty; denies all other Δ's |
| | O: A+Ox3, resp even and unlabored s̄ any distress noted |
| | A: Alteration in Comfort S. LUSK, RN CLINICAL NURSE FPC/FCI BECKLEY, BEAVER |
| | P: ① Motrin 20cc PO now ② Tylenol #3 2 tabs PO NOW ③ Ensure 2 boxes PO NOW — [signature] |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

2-15-03
1430pm

S: I'm sleeping but arouses easily ē voices. Reports Ⓡ jaw
area pain ↓ 5 on scale 1-10. Denies all other c/o

O: A&Ox3, no D's from assessment @ 1030am ———— S. LUSK, RN
CLINICAL NURSE
FPC/FCI BECKLEY, BEAVER, \_\_\_

A: Alteration in Comfort

P: Per order: Ⓞ Tylenol #3 ϯϯ tabs PO given ———— S. Lusk ℞
S. Lusk, RN

---

15feb03
17:50
wt
183lb

S: Status check per Doctor's order ————

O: A/Ox3, swelling to Jaw has decreased
over the past 24hrs, Talking well. C/O
Continued pain, no bleeding. ————

A: Alteration in Comfort.

P: Tylenol #3, Motrin Liquid / ensure gi\_
as directed will Continue to Monitor. ——
K. Law RN — K. Law.

Ken Law, RN AS
Clinical Nurse
FCI / FPC Beckley, WV

---

15feb03
11:35

S: Status check ————

O: T= 98⁶ A/Ox3 no Δ in present Condition\_

A: Alteration in Comfort.

P: Tylenol #3, Motrin / ensure given as ————
directed. K. Law RN — K. Law.

---

CUSTODY/IN

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

MARTIN
   WILLIE            34689-083
B/M/O/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| -17-03 | S: Follow up Assessment |
| 0100 | O: A+O X 3, Patient is Able to verbalize. |
| | Rates pain As A 6 on 1-10 scale. |
| | A: Alteration in Comfort |
| | P: Continue to Monitor 2 X per shift |
| | K S Rose, RN |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV DM |
| -17-03 | S: Follow up Assessment |
| 0530 | O: A+O X3. Ø change in patients condition. |
| | Rates pain As 7 on 1-10 scale. Ø |
| | bleeding present. |
| | A: Alteration in Comfort |
| | P: Tylenol #3, Motrin & Ensure given |
| | As ordered. K S Rose, RN |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV DM |
| 11/03 | S: follow up assessment |
| 1050 | O: Inmate awake and alert NAD. Ambulates s̄ |
| | difficulty. Respirations even and unlabored |
| | Rates pain 6 on 1-10 Scale Ø bleeding noted |
| | A: ① Hx of Fx mandible |
| | P: ① Continue Present Tx Plan. |
| | ② Tylenol #3 ii po, Motrin and 2 Ensures given |
| | as Rx |
| | ③ Will continue to follow pt in SHU |
| | S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV DM |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

2-16-03
1730

S: Awake and laying quietly. Ilm c/o ® ↓ jaw area pain
and rates 8 on scale of 1-10. No other c/o.

O: A&O x3, no distress observed, no Δ in physical
assessments.

A: Alteration in Comfort

P: Per written order: ① Ensure ii boxes PO ② Motrin 20cc
PO now ③ Tylenol #3 ii tabs PO now ④ Return any c/o
to HSO immediately _____ S. Lusk, RN

S. LUSK, RN
CLINICAL NURSE
FPC/FCI BECKLEY, BEAVER

2-16-03
2200

S: Resting quietly c̄ eyes closed but arouses easily to
voice. Reports ↓ of pain to ® ↓ jaw and rates 2
on 1-10 scale. No other c/o or Δ's.

O: Assessments unchanged. A&O x3 c̄ any distress observed

A: Alteration in Comfort

P: Per written order: ① Cont. routine tx ② Ice to jaw prn
③ Report any Δ's to HSU _____ S. Lusk, RN

S. LUSK, RN
CLINICAL NURSE
FPC/FCI BECKLEY, BEAVER, WV

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

| RECORDS MAINTAINED AT | ► | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) MARTIN, Willie | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34689-083 | | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
| 2503 | Vitals- W-179 BP 159/79 P 66 R 16 T 97³ |
| 115 S) | I/M returns from town trip for complications |
| HU | after mandibular ORIF. I/M voices no C/O |
| | Rates pain on scale of 1-10 @ 4 |
| O) | NAD A&Ox3 speech clear |
| | Skin- minimal swelling to L side of face |
| | not able to speak clearly or fluently |
| | Cardio- RRR no ⓜ appreciated |
| | Lungs- CTA bilat |
| | Abd- SNT Active BSx4 ⊘masses ⊘organomegaly |
| A) | S/P ORIF Mandibular Fx. |
| P) | Reviewed chart labs and dx studies |
| | PT ED to discharge instructions. I/M verbalizes |
| | understanding. PT ED to meds compliance and side |
| | effects. F/u via sick call prn. |
| * | Clindamycin 150mg/5cc ii tsp po tid x 10D |
| x | Tylenol Elixir 160mg/5cc 15cc po tid for 14D |
| * | Clear liquid diet for 14D |
| * | Ensure one box po tid for next 2 wks |

M. Clark PharmD / FCI Beckley

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

S. ROSE
PA-C

pt info given

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

| RECORDS MAINTAINED AT ▶ | FCI/FPC BECKLEY | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial): Martin, Willie | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.: 34689-083 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|-----------------------------------------------------------------------|
| 3/1/03<br>1336 | Admin note: Inmate c̄ Fx Jaw, Refused noon Dose of Clyndamycin. Stated "I will not take any more of your medicine". Inmate is mad because he wants more Ensure than what was Ordered for him by the Provider. Inmate educated on not taking meds and possible Outcomes. ———— [signature] Jeff Welker |
| | D. McLAIN D.O., CLINICAL DIRECTOR<br>FCI / FPC BECKLEY<br>BEAVER, WV |
| 3/4/03<br>0830<br>GHU | S: C/o difficulty eating D/T Fx Jaw. Request[s] [illegible]<br>O: A&O×3  [illegible]<br>A: Fx Jaw ———<br>P: ① Pt told he already [illegible] meds<br>② [illegible] Sick Call [illegible]<br>③ [illegible]<br>④ [illegible]  [signature] A-C |
| 3/7/03<br>0811 | S) Pt states wire came out of my jaw. I need dental to fix it. C/o pain c̄ talking. When asked rate 1/10 scal[e]. Responded "alot". Denies fever, chills.<br>O) Pt in NAD A&O×3. Up & Ambulatory in cell. tenderness note c̄ Palpation L jaw line. [Q] deformity [illegible]. Pt able to open & close mouth when talking & appears difficulty<br>A) S/P Fx.<br>P) Dental notified.<br>F/U S/C prn ——— [signature] J.A. Plankr...sky |

STANDARD FORM 600 BACK (REV. 5-8...)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

**2-20-03**
**0800**

S: Pt. had ORIF of fx mandible 2 days ago.
↑ Swelling over the corner of the right. Drooling this
am. No difficulty breathing but tachycardia.
I discussed the case ē Dr. Panossian (oral surgeon).

O- P= 98   R=16   BP ~ 134/56
Pt alert. Drooling noticed but no resp. compromise.
Very significant edema to lips esp. the lower lip +
Bilateral mandibular area. Jaw is wired.
Lungs clear all fields
Heart - sinus tachycardia

A - probable angioneurotic edema.
S/P ORIF fx mandible

P - I discussed the case ē Dr. Panossian (oral surgeon)
to be directed to BARH for direct admit under
Dr. Horan to ICU. I discussed the case ē her.
I felt pt should go to local hospital rather than going
to St. Francis in Charleston over 1 hour away as
airway compromise needs to be watched closely.
- Decadron 8 mg IVP given Dr Ganwaltam / Jeff Walker
- Benadryl 25 mg IVP given Dr Ganwaltam

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

MARTIN
WILLIE                          34689-083
B/M/O/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

MARTIN
WILLIE                          34689-083

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 2-21-03 | ADMIN NOTE I/M admitted to BARH c̄ working |
| 1?00 | dx of cellulitis to the face. I/M s/p ORIF |
| | of mandible on 2-18-03. Condition is stable |
| | Labs - 13.2 < 15.7 / 45.6 > 265,000 134 \| 99 \| 12 (1.0) ; 4.2 \| 23.3 \| 118 |
| | Blood cultures pending XRay of chest & face pending |
| | Date of discharge unknown |
| | [signature] S. ROSE PA-C FCI/FPC BECKLEY |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI/FPC BECKLEY BEAVER, WV [initials] |
| 2-23-03 | Admin Note! I/I still remains at BARH. Patient |
| 1950 | is stable. Lab work completed yesterday - Pending |
| | Results. K. S. Rose, RN |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI / FPC BECKLEY BEAVER, WV [initials] |
| 2-24-03 | ADMIN Note Per faxed report from BARH |
| 1230 | Working diagnosis of cellulitis of the face |
| | s/p ORIF of L mandible No diagnostic procedures |
| | Consult to Dr Syner & Swine for ~~[illegible]~~ error swelling |
| | and jaw IV antibiotics Timentin 3.1 grams and |
| | Zosyn 3.37 grams Date of discharge unknown |
| | Scotty Rose PAC S. ROSE PA-C FCI/FPC BECKLEY |
| | D. McLAIN D.O., CLINICAL DIRECTOR FCI/FPC BECKLEY BEAVER, WV [initials] |

N 7540-00-634-4176

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 1/17/03 | follow up assessment |
| 1910 | O: alert and oriented walking around in cell |
| | s difficulty Pain rate on 7 on 1-10 scale |
| | Respiration even and unlabored |
| | A: Hx of Fx mandible |
| | P: ① Continue Present tx Plan |
| | ② Tylenol #3 ii po, Motrin and 2 ensures |
| | given as Rx |
| | ③ Will Continue to follow pt in SHU |
| | S Taylor PA-C<br>S. TAYLOR, PA-C<br>CERTIFIED PHYSICIAN ASSISTANT<br>FCI/FPC BECKLEY<br>D. McLAIN D.O., CLINICAL DIRECTOR<br>FCI / FPC BECKLEY<br>BEAVER, WV [signature] |
| | |
| 4 Feb 03 | S: Returns from outside med trip. |
| 7:55 | Surg on broken Jaw. |
| | O: P=91, R=14, BP=163/86, A/O, verbal |
| | Communication poor 2° to wiring. Perch- |
| | Indicates pain rates 10 on Scale of 1 to |
| | 10. No Guarding of face. Able to swallow |
| | water through a straw. |
| | A: Alteration in Comfort. |

RECORDS

B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/BN
CUSTODY/IN

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

MARTIN
WILLIE 34689-083
B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/BN
CUSTODY/IN

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|------------------------------------------------------------------------|
| | Placed in Shu handicap cell, suction |
| | set up / wire cut by cell, will move |
| | Inmate to KA for closer monitoring |
| | for midnight shift (Discussed c Dr. |
| | McLain) will recheck inmate + prov |
| | pain meds this evening. |
| | Inmate instructed on Discharge instr |
| | K. Law RN — K. Law. |
| 19 Feb 03 21:40 | S: Pain continues to rate 10 on scale of 1 to 10. |
| | O: Given Tylenol #3 ii PO crushed. A/O |
| | face swollen, do difficulty swallowing |
| | A: Alteration in Comfort. |
| | P: T.O. Tylenol #3 ii PO Tid x 3 days |
| | per Dr. McLain. At 22:15 Pain rates |
| | 8 on scale of 1 to 10. K. Law RN — K. Law |
| 20 Feb 03 0030 | Admin note: Pain rates six on scale of 1 to 10, placed in KA for am watch. K. Law RN — K. Law. |

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

M. Clark
PharmD
FCI/FPC Beckley

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

540-00-634-4176

| EALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **ATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)** |
| /18/02 | S/O See Injury Assessment form |
| 905 | A: ① No physical Injuries on exam |
| | P: ① H&P exam |
| | ② Pt ed on exam |
| | ③ Pt escorted to SHU via Custody |
| | ④ RTC PRN S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| | A. McLain, DO, CD |
| | [signature] |

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

M
PATIE
RELA
SPON
DEPA
CHRO

MARTIN
WILLIE
B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/BN
CUSTODY/IN
34689-083

MARTIN
WILLIE
34689-083
FHCMIC (41 CFR) 201

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entr |
|------|----------------------------------------------------------------------|
|      |                                                                      |

N 7540-00-634-4176

HEALTH RECORD — **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 1-13-02 | Chest x-ray completed. JThompson RTR |
| 0940 | J. THOMPSON RTR FCI/FPC BECKLEY |
| | LABS DONE Date: 11-13-02 Initials: [illegible] Time: 1140 CBC, RPR, UA Signature: [illegible] Heilen Shreve, Lab Tech |
| 9/6/02 | Wt 186 BP 108/80 P 85 T 98[8] R-16 |
| ID S) | I/M c/o rash under arms on neck and feet Rash has been on feet for a while and the rash on neck and arm pits X one week. Both are puritic |
| O) | NAD A&Ox3 Skin- multiple macular papular puritic lesion under bilat axilla and on neck area Feet- white [illegible] circles that are puritic on sole of feet. bilat |
| A) | Contact Dermatitis Athlete's Foot |
| P) | Reviewed chart & labs PTED to Dx: Tx- Skin care / hygiene; Stop scratching |

[illegible signature]

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

MARTIN
WILLIE 34689-083
B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/BN
CUSTODY/IN

BIRTH

V. 5-84)
IR
.05

| ATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|

-0-0 GWAP CONT

1/10 P) Air dry feet. PT ED to meds compliance and side effects. Encouraged routine exercise stop using cotton blanket. Avoid tobacco produc

\* Hydrocortisone 0.1% cream apply to affected area bid #T tube NR →Do not put on feet.

\* Benadryl 25mg Tho bid × 40 #8 NR

\* Nucklex cream apply to affected area feet only bid #T tube RF×1

S. ROSE
PA-C
FCI/FPC BECKLEY

---

2-11-02 Wt 189 BP 132/71 P 83 T 98' R 16

930 S) I/m request something for itching. I/m states it is the wool blanket breaking him out. He tore wool blanket off of bed and is now using pink blanket. Request refill on Benadryl. Also request skin tag in R groin area to be removed. Caught on clothing bleeds a lot.

O) NAD A¹O×3
Skin- macula papular rash in axillary and neck area showing improvement.

A) Contact Dermatitis 2° wool Allergy Resolving

P) Reviewed chart & labs. PT ED to Dx & Tx - Avoid allergen Exercise routinely. Avoid tobacco products. Skin care / hygene proper hand washing Meds compliance and side effects. Flu via sick call continue all other meds

\* CTM 4mg po bid × 7D#21 NR
given @ HSU

S. ROSE PAC



# MOUNTAIN STATE
## ORAL & MAXILLOFACIAL SURGEONS

*Board Certified Oral & Maxillofacial Surgeons*

## AUTHORIZATION FOR SURGERY OR SPECIAL PROCEDURES

Patient: _Willie Martin_ Date: _2_/_15_/_03_ Time: _____

I hereby request and authorize Doctor _Krajekian/Panosian_ and his/her associates or assistants to perform

upon_____ _Myself_ the following procedure: _____
(Name of Patient)

_(Name & describe in lay terms the operation & consequences)_

for the treatment of my condition of _fractured mandible X2 extraction_
_and any other surgery deemed medically necessary_
(State condition and hoped for benefits procedure)

It has been explained that the risks of this procedure include: _pain, bleeding, swelling_
_infection_

This expression of risks is intended to be a communication of the most foreseeable complications of this procedure and does not include all conceivable consequences of the procedure.

I have also been informed there are other risks such as severe loss of blood, infection, anesthesia reaction, cardiac arrest, and even death, that are attendant to the performance of surgical and special procedures.

We have also discussed alternative treatment methods and their risks including: _none_

_____
(Note other treatment and risks)

We have further discussed the risks involved in not undergoing treatment, including: _____

_____

and I have decided that I prefer to proceed with the operation.

I understand that during the course of any unforeseen conditions that may be revealed which necessitate an extension of the original procedure(s) different than authorized in the above paragraph. I therefore, authorize and request the above named physician (associates and/or assistants) to perform such additional procedures as are necessary in the exercise of their professional judgment.

*Byron H. Black, D.D.S. • Kent E. Jackfert, D.D.S. • Lee F. Allen, D.M.D., M.D. • Amir Marashi, D.D.S, M.D.*

**Willie Martin**
**04-04-03**

The patient is 30 years of age and known to my office. He is status post open reduction internal fixation body fracture of the mandible and angle fracture on the left. He came in today for the first time for follow up. He is a prisoner that I had seen and he failed to return for follow up. After multiple attempts to contact the prisoner and speaking with the warden, his medical doctor and writing letters on multiple occasions, he was finally sent back for follow up.

**CLINICAL AND X-RAY EXAM:** I saw him today and he is in good spirits. His occlusion is stable and reproducible. He has no complaints. The extraoral scar on the right side of the face has healed very nicely. His occlusion is stable and reproducible. Again, he was placed in the maxillary and mandibular fixation. The patient advised me that the week post op he removed the wires of stabilization, but his occlusion is stable at this time. He has no complaints.

**PLAN:** He will have these arch bars removed with local anesthesia. We will bring him back for the procedure and he will be scheduled for arch bar removal.

**Greg J. Panossian, DDS**
**GJP/cat**
**T:** 041003

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

6-19-03

## POST-OPERATIVE TREATMENT RECORD

SURGERY DATE: _2-15-03_ _____   SURGEON: _Panossian_

PATIENT: _Willie Martin_ ____   PHONE #:_____

PROCEDURE: _mandable fracture_ _____

POST-OP CALL:_____

_____

POST-OP EVALUATION DATE: _4-4-03_ _____

ANTIBIOTIC TX   (   ) CONT'D    (   ) DISCONT'D    (   ) COMPLETED

PATIENT COMMENTS:_____

_____

_____

TX:   (   ) OHI    (   ) SITES IRRIG   (   ) SYRINGE GIVEN

(   ) DRESSING REMOVED#_____   (   ) DRESSING PLACED #_____

(   ) HEAT PRN                (   ) ASA/NSAID PRN

DESCRIPTION OF SURGICAL SITES:_____

_____

_____

DOCTOR'S COMMENTS:_____

_____

_____

RX:_____

_____

RTO ON:_____

ATTENDING DR:_____

BP-S622.060 **RADIOLOGIC CONSULTATION REQUEST/REPORT**  RM
JUL 99
**U.S. DEPARTMENT OF JUSTICE**  **FEDERAL BUREAU OF PRISONS**

| Patient Identification 34684-083<br>Name, Register Number, Institution<br><br>Martin, Willie<br><br>**FCI Beckley**<br>**Beaver, WV 25813** | Age 31 | Sex M | Examination Requested<br>Skull survey<br>Spine S<br>Soft tissue neck |
|---|---|---|---|
| | Pregnant ___Yes  ✓No | | |
| | Diabetic ___Yes ___No | Unit |
| | Requested by | Date Requested 02-14-03 |

Spe___(s) for request (complaints and findings) N. REHBERG, D.O. STAFF PHYSICIAN
FCI/FPC BECKLEY
Fall c Jaw fx

| Date of Examination<br>2-14-03 | Date of Report | Date of Transcription | Film# |
|---|---|---|---|

Radiologic Report

| Signature | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)                    This form replaces BP-S622 dtd AUG 9

 Printed on Recycled Paper

TO: MOUNTAIN STATE Oral facial surgery

FROM: (Requesting physician or activity)
N. REHBERG, D.O.
STAFF PHYSICIAN
FCI/FPC BECKLEY, WV

DATE OR REQUEST 02-14-03

REASON FOR REQUEST (Complaints and findings)

Allergies: Ø

Medications: Ø

Patient History to include present and past procedures: Fx Jaw in 3 places, CT & x-ray included please review & make recommendation & repair

PROVISIONAL DIAGNOSIS

Fx Jaw (mandible)

DOCTOR'S SIGNATURE        N. REHBERG, D.O.
                          STAFF PHYSICIAN
                          FCI/FPC BECKLEY, WV

APPROVED

PLACE OF CONSULTATION

FCI ✓        FPC____

___Routine    ___Today

___72 Hours    Emergency

CONSULTATION REPORT

RECORD REVIEWED ___YES ___NO          PATIENT EXAMINED ___YES ___NO

(Continue on reverse side)

SIGNATURE AND TITLE                                    DATE

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

Name  Martin Willie

Number  34 684-083

DOB  11 12 72

FCI/FPC Beckley

CONSULTATION SHEET
Medical Record

STANDARD FORM 513 (REV. 8-92)

4- 2-03;10:35AM;ST FRANCIS HOSPITAL                                    ;304347627 4




## SAINT FRANCIS HOSPITAL

**Patient Name:** MARTIN,WILLIE                **MR Number:** H000275452

**Room Number:** H.317                        **Patient Location:** H3E

**Admit Date:** 02/18/03                       **Discharge Date:** 02/19/03

---

IDENTIFICATION:                    WILLIE  MARTIN

Date Of Procedure:          02/18/03

Preoperative Diagnosis:
* Right body fracture of the mandible
* Left angle fracture of the mandible

Postoperative Diagnosis:
The same

Surgeon:                    Greg Panossian

Assistant:    Jack Krajekian

Anesthesia:
General anesthesia via nasotracheal intubation

Procedure:
* Open reduction, internal fixation of right body fracture of the mandible
via extraoral approach
* Open reduction, internal fixation of the left angle fracture via
intraoral approach
* Extraction of impacted tooth #17 in the line of fracture
* Maxillomandibular fixation

Indications:              The patient is a 30-year-old male prisoner,
status post fall from bunk bed with resultant displaced fracture of the
body and the angle of the mandibles.  He presented to our office for
evaluation and the decision was made to treat the patient at Saint Francis
Hospital.

Description Of Procedure:          The patient was taken to the operating
room and after being placed under general anesthesia, the endotracheal tube
was then secured and the patient's head was wrapped.  The patient was then
prepped and draped in the usual oral surgical fashion.  Attention was given
in the oral cavity.  The oral cavity was then suctioned and then prepped
with Peridex rinse.  A pharyngeal packing was then placed and at this time,
local anesthesia was infiltrated in the upper right, upper left, lower
right, lower left mucobuccal folds and then an Erich arch bar was placed to
the maxilla from approximately tooth #3 to tooth #14 passing a 24-gauge
wire around each tooth and securing it to the bar.  The wire placed
inferior to the bar on the distal of the teeth and superior to the bar on
the mesial of the teeth.  The long ends of the wires were then clipped and
the wire was twisted under the bar to avoid damage to the adjacent mucosa.

### OPERATIVE REPORT

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

re: **MARTIN,WILLIE**
MR#: H000275452

Similarly, a lower mandibular arch bar was then placed from tooth #30 to tooth #19. The Erich arch bar was then secured to the lower ridge by securing a 24-gauge wire to each tooth, passing the wires inferior to the bar on the distal of each tooth and superior to the bar on the mesial of each tooth. The long ends of the wires were then twisted and clipped and the wires were twisted underneath the Erich arch bar to avoid damage to the adjacent tissues. After the Erich arch bars were stable on both the maxilla and the mandible, the patient was then placed into centric occlusion and wired closed with three intermaxillary 24-gauge wires attached to the upper and the lower Erich arch bars. These wires were then twisted and clipped and tucked underneath the Erich arch bar to avoid damage to the adjacent tissues.

At this time, it was our intention to approach the right body fracture of the mandible via an extraoral approach. The patient's neck was prepped and draped again. We initially marked an incision in the neck with a marking pen approximately 2 cm below the inferior border of the mandible and approximately 5 cm in length for our approach to the body fracture of the mandible. After marking out the incision, local anesthetic was injected subcutaneously using 1% lidocaine with 1:100,000 epinephrine. We allowed approximately 5 minutes for hemostasis. Then a skin incision was made with a 15 blade. After incising through the skin and subcutaneous tissue, we bluntly dissected to undermine incisions. We then proceeded with blunt dissection down through the platysmal muscle. After bluntly dissecting through the platysmal muscle, nerve stimulation was then used to identify any branches of the marginal mandibular nerve which none were encountered. As we approached the anterior belly of the digastric, we then proceeded superiorly towards the inferior border of the mandible, bluntly dissecting down to the periosteal layer covering the inferior border. We then proceeded to make an incision down onto the bone of the mandible through the periosteum exposing the fracture at the inferior border of the mandible. Once the fracture was exposed, it was noted to be displaced. We then continued to expose the fracture site to gain enough exposure to place a 2.4 mm bone plate from the Synthes plating system, 5-holes in length. At this time, we packed the wound with a gauze and then we proceeded to expose the left angle fracture of the mandible via an intraoral approach.

The intermaxillary fixation wires were then released and removed. A bite block was placed on the right side of the patient's jaw. With a Bovie, we made an incision along the ascending ramus down to the periosteum and a full-thickness mucoperiosteal flap was then elevated. We noted a displaced fracture at the left angle of the mandible and tooth #17 was in the line of fracture. At this time, tooth #17 was elevated and extracted with an elevator and enough exposure was made for us to place a 5-hole, 2.0 mm Synthes plate. When that was achieved, the patient was then again replaced in maxillomandibular fixation using 24-gauge wires that was adapted to the maxillary arch and mandibular arch and the patient was in centric occlusion. Good occlusion was noted at this time.

Again, attention was given to the extraoral wound where it was irrigated and the bone plate was adapted and bent to be passive on the mandible. The screws were bicortical. They were placed through the buccal and lingual

**OPERATIVE REPORT**

D. McLAIN D.O., CLINICAL DIRECTOR
FCI/FPC BECKLEY
BEAVER, WV

6/19

4- 2-03:10:36AM:ST FRANCIS HOSPITAL                                        :3043476274

re:  **MARTIN,WILLIE**
MR#:  H000275452

cortices of the mandible.  A total of four screws were then placed in the
2.4 Synthes bone plate at the body area of the mandible.  The length of the
screws were 12 mm in length.  The area was irrigated thoroughly and closure
was obtained.  The periosteum was reapproximated with 3-0 chromic sutures.
The muscles were reapproximated also with 3-0 chromic sutures at the
correct layers.  Then, skin layers were closed utilizing 5-0 nylon sutures.
The extraoral wound was then covered and attention was given to the
intraoral wound.

The reduction was noted to be in place.  The plate was then adapted and a
trocar was utilized to place 6 mm length screws into the bone plate
utilizing irrigation at all times and the screw was adapted passively.  The
plate was adapted passively and nice reduction was noted.  At this time,
the area was irrigated.  Primary closure was obtained intraorally with 3-0
Dexon.  The patient's oral cavity was then irrigated thoroughly and then
suctioned.  The pharyngeal packing was then removed.  The patient was then
placed in intermaxillary fixation utilizing fish wires.  The patient was
awakened from the anesthetic without any complications.  The estimated
blood loss was 75 cc, fluids were lactated Ringer's.  Condition of the
patient was stable.  No complications were encountered.  The implants
placed were the 2.4 mm, 5-hole Synthes bone plate at the right body area
and a 2.0 mm, 5-hole Synthes plate at the left angle area.  No drains were
placed.  The patient was transferred to the recovery room without any
complication.

Job #: 296303

D. McLAIN D.O., CLINICAL DIRECTOR
FOMPAC,BECKLEY
BEAVER

6-19-03

Panossian,Greg J

D:  02/22/03 1201   / PANGR
T:  02/25/03 0205   / VEH
Manually Signed by Greg J Panossian

OPERATIVE REPORT

W. Virginia NW - Patient Care Inquiry (PCI: OE Database COCFN)

Run: 04/02/03-10:32 by Johnson,Christopher                    Page 3 of

**Willie Martin** 34689-083
**04-04-03**

The patient is 30 years of age and known to my office. He is status post open reduction internal fixation body fracture of the mandible and angle fracture on the left. He came in today for the first time for follow up. He is a prisoner that I had seen and he failed to return for follow up. After multiple attempts to contact the prisoner and speaking with the warden, his medical doctor and writing letters on multiple occasions, he was finally sent back for follow up.

**CLINICAL AND X-RAY EXAM:** I saw him today and he is in good spirits. His occlusion is stable and reproducible. He has no complaints. The extraoral scar on the right side of the face has healed very nicely. His occlusion is stable and reproducible. Again, he was placed in the maxillary and mandibular fixation. The patient advised me that the week post op he removed the wires of stabilization, but his occlusion is stable at this time. He has no complaints.

**PLAN:** He will have these arch bars removed with local anesthesia. We will bring him back for the procedure and he will be scheduled for arch bar removal.

**Greg J. Panossian, DDS**
**GJP/cat**
**T: 041003**



513–110                                                                NSN 7540-00-634-4

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

TO: Mr States Oral Surgeon
    Dr Panossian

FROM: (Requesting physician or activity)
J. Haley DDS

DATE OF REQUEST
5-28-03

REASON FOR REQUEST (Complaints and findings)

Removal of arch Bar's.
3/70 B mala.
Allergies Ø
Hx unremarkable.                      S/P ORIF mandible

PROVISIONAL DIAGNOSIS   S/P Open Reduction Internal Fixation
                        of mandible.

DOCTOR'S SIGNATURE
J. HALEY, D.D.S., MPH
DENTAL OFFICER
FCI/FPC BECKLEY

| APPROVED | PLACE OF CONSULTATION | |
|---|---|---|
| | ☐ BEDSIDE   ☐ ON CALL | ☐ ROUTINE   ☐ TODAY |
| | | ☐ 72 HOURS   ☐ EMERGENCY |

## CONSULTATION REPORT

RECORD REVIEWED   ☐ YES ☐ NO           PATIENT EXAMINED   ☐ YES ☐ NO

(Continue on reverse side)

| SIGNATURE AND TITLE | | DATE |
|---|---|---|
| | | |

| IDENTIFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
|---|---|---|---|
| | | | |

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

Marton, Willie   34689-083

DOB. 12, NOV, 1972

FCI Beckley.

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8–92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.2

☆ U.S.GOVERNMENT PRINTING OFFICE 1995-38

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION** (sign each entry) |

## OUTSIDE HOSPITAL TRIP RETURN

**TIME**

0940

4/4/03

**SUBJECTIVE:** (List any inmate complaints) Still c̄ a little pain
pain 2° Fx left side of jaw. Returned ḟ
outsi

**OBJECTIVE:** (Perform physical examination relevant to study/surgery performed)
Mild tenderness around left zygoma
Able to open mouth 80%
Evaluated by oral surgeon in Charleston

**PAIN:**



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| | Hurts Little Bit | Hurts Little More | Hurts Even More | Hurts Whole Lot | Hurts Worse |

**ASSESSMENT:** (List medical/surgical procedure performed)
Follow up fractured jaw

**PLAN:** (List all outside physician orders/follow-ups required. Document Patient Education.)
① Per inmate and CO who accompanied
he can have a regular meal. Called st
② Naprosyn 500 mg #20 ī PO BID X 10 days
③ educated to let us know if any problems

K. KAISER PA-C
FCI/FPC BECKLEY

N. REHBERG, D.O. STAFF PHYSICIAN
Federal Correctional Institution FCI/FPC BECKLEY
P.O. Box 1280
Beaver, WV 25803

| RECORDS MAINTAINED ▶ | | | |
|---|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) Martin, Willie | | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | | RANK/GRAD |
| SPONSOR'S NAME | | ORGANIZATION | |
| DEPART./SERVICE | SSN/IDENTIFICATION NO 24689-083 | | DATE OF BIR |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-8
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505



NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

3/7/03 — Admin note: Dental (Dr. Hugh) seen I/m.

0835 — Request Soft Diet be given to I/m for
next 30 days. + motrin to be given + crushed on
Pill line

Motrin 800 mg — Please crush one + give to I/m
BID on Pill line x #14: Please ~ 6
To be given c̄ food.
Pt educated on soft diet + med - Take c̄ food,
bleeding, ulcers, GI discomfort.

M. Clark
PharmD
FCI/FPC Beckley                    J. Ablonski, CPM

---

3/10/03    T 99    P 92    R 16    B/P 133/80

0850    S: Pt seen in SHU as follow up Fx mandible

(SHU)    c̄ wiring (Pt removed some of the wire fixation)
States "the Motrin isn't strong enough" states he
eating soft foods difficulty. NKDA.

Pain
3 out of
10 on
pain
scale
1-10

O: Awake and alert NAD Ambulates c̄ difficul
ataxia, Respirations even and unlabored
∅ central cyanosis. Able to open mouth a little
due to pt had removed some of the fixation wires

( C. S. TAYLOR PA-C )
CERTIFIED PHYSICIAN ASSISTA
FCI/FPC BECKLEY

| RECORDS MAINTAINED AT | ▶ | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | |
| Martin, Willie | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 346 89-083 | DATE OF BIRTH 11/12/72 |

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

CHRONOLOGICAL RECORD OF MEDICAL CARE         STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| /10/03 | A: (continued) ① S/P ORIF mandibular Fx c̄ wiring. |
| 0850 | P: ① Case discussed c̄ Dental Dr. Maly and he will |
| | be seen by Dental services again this week |
| SHU | as follow up but no change in motrin order |
| | at this time per Dental Services |
| | ② Pted on to plan and follow up c̄ Dental |
| | Services |
| | ③ Will continue to follow Pt in SHU |
| | S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| /20/03 | Administrative Note |
| 0825 | Pt requests to see Dental for Fx mandible ORIF |
| | follow up. Referred to Dental Services |
| SHU | S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| /24/03 | Administrative Note |
| 0847 | Pt made sick call today requesting to see Dental |
| | about his mouth c̄ Hx of ORIF of Fx mandible. Referred |
| SHU | to Dental Service S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
| 4/1/03 | T 97$^5$    P 78    R 16    B/p 128/72 |
| 0846 | S: #1 Wants to see Dental due to "needs checked for |
|  | wried jaw" #2 c/o "I have a knot in my chest |
| 5 Hu | question about why. ⊕ Hx of Gsw to abdomen c̄ explo |
|  | Lap done. |
|  | O: alert and Oriented x3. NAD. Ambulates s̄ any |
|  | ataxia. Respirations even and unlabored. ⊕ old |
|  | well healed surgical scar mid line abdomen, ↑ to |
|  | ↓ sternal area ⊕ some thickening of superior aspect |
|  | midline scar ⊕ other palpable masses ⊕ tend |
|  | Heart RRR s̄ murmurs  Lungs CTAB s̄ wheezing Rara |
|  | A: ①s/p mandibular Fx c̄ ORIF |
|  | ② Mild scar thickening of abdominal scar |
|  | P: ① Refered to Dental Services for tx |
|  | ② Red on exam and referral |
|  | ③ RTC if s̄ persist D̄ worsens |
|  | S. TAYLOR PA-C |
|  | CERTIFIED PHYSICIAN ASSISTANT |
|  | FCI/FPC BECKLEY |

B/M/O/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

MARTIN
   WILLIE
B/M/O/11-12-1972                    34689-083
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

STANDARD FORM 600 BACK (REV. 5-84)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|------|------------------------------------------------------------------------|

 

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each e** |

| | |
|---|---|
| 4/8/03 | 5) Pt c/o itching between toes of Ⓡ foot + bottom of Ⓛ foot |
| 0830 | Denies pain, discharge, fever, chills, injury or trauma to area |
| | O) ♂ AtOx3 in NAD. B/P 138/72 Ht 60 Pu 16 T 97.8 |
| | Feet - (Ⓦ scaling + hypopigmentation mild between toes of Ⓡ foot |
| | + bottom of Ⓛ foot. Ⓝ reddness Ⓝ discharge |
| | A) Tinea Pedis Ⓡ foot |
| | P) Tolnaftate 1% cream - Apply to affected area [ foot Ⓡ ] (BID x 30 Days |
| | Edreald on Hygiene, meds - local irritation, burning + numbness |
| | + Tep + Rx. |
| | F/U on S/C if no better in 3-4 days for 2-3 weeks |
| | sooner if worse |
| M. Clark | |
| PharmD | |
| FCI/FPC Beckley | A. BLANKENSHIP |
| | NP |
| | FCI/FPC BECKLEY |

**PHARMACY MEDICATION COUNSELING**
BRIEF-INTERMEDIATE-EXTENSIVE
UNDERSTANDING REFERRAL
PRINTED INFORMATION GIVEN
COMMENTS:

| | |
|---|---|
| 4/11/03 | WT-191 T-97.8 P-104 R-16 BP-145/79 |
| 0835 | S: c/o swollen ® /week - |
| | S/P Fx Jaw c̄ Repair x 3 months - |
| | Ⓟ grinde c̄ Prograde - |

RECORDS MAINTAINED AT ▶

PATIENT'S NAME (Last, First, Middle Initial)  William MARTIN   SEX

RELATIONSHIP TO SPONSOR   STATUS   RANK/GR

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE   SSN/IDENTIFICATION NO. 34689-083   DATE OF

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (R
Prescribed by GSA and IC

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 1/1/03 | O: VSS |
| 0835 | Face – ⊕ (R) Maxillary Swelling – |
| | ⊕ open Mouth 80% |
| | ⊕ Braces Intact |
| | ⊕ Tender (R) Maxillary Region – |
| | ⊕ white Debris (R) Jaw line |
| | inside Mouth – ⊕ Reasonable – |
| | A: Jaw pain S/P ORIF – |
| | P: ① Clindamycin 150mg ii Po TID #60 |
| | ② Naprosyn 500mg i Po BID #60 9RF – |
| | ③ F/U via Sick Call |
| | ④ Chart Rvd. |
| | ⑤ Pt Ed Re: Antibiotic Therapy and potential for Pill line if Non-Compliant |
| | J. KOBY PA-C FCI/FPC BECKLEY |
| | M. Clark PharmD FCI/FPC Beckley — PHARMACY MEDICATION COUNSELING BRIEF-INTERMEDIATE-EXTENSIVE UNDERSTANDING REFERRAL FAIR GD PRINTED INFORMATION GIVEN Y N COMMENTS: |
| | Repeat 134/84 |
| [illegible]/21/03 | wt 197 BP 152/96 P 85 T 98.9 R 16 |
| [illegible]00 | S. Would like refill of medication for jaw pain sustained Fx 2 months ago (ORIF). Continues to wear wires. Pain is 3 on scale 1-10 |
| | O - No facial asymmetry |
| | Wearing braces. |
| | Points to an area where braces apply pressure to gum |
| | A) Pain 2° jaw Fx |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 6/23/03 | OUTSIDE HOSPITAL TRIP RETURN |
| TIME | **SUBJECTIVE:** (List any inmate complaints) |
| 1230 | Return from town trip, had wiring removed from m___ |
| | **OBJECTIVE:** (Perform physical examination relevant to study/surgery performed) |
| | In NAD |
| | Throat / mouth - s̄ bleeding sites. |
| | Able to open mouth completely |
| | **PAIN:** |



| 0 | 2 | 4 | 6 | 8 | 10 |
|---|---|---|---|---|---|
| | Hurts | Hurts | Hurts | Hurts | Hurts |
| | Little Bit | Little More | Even More | Whole Lot | Worse |

**ASSESSMENT:** (List medical/surgical procedure performed)

Removal of wiring S/P jaw Fx.

**PLAN:** (List all outside physician orders/follow-ups required. Document Patient Education.)

① Use mouthwash as directed
② Follow up immediately
✴ ③ Naprosyn 500 mg #20 ī PO BID X 10 days ___

K. KAISER PA-C
FCI/FPC BECKLEY

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

| RECORDS MAINTAINED ▶ | | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial)<br>MARTIN  WILLIE | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO.<br>346.89-083 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

APPALACHIAN REGIONAL
HOSPITALS

PHYSICIAN'S ORDERS

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH
ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS
INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

| HISTORY UNIT NO. | |
| PATIENT'S NAME | |

AH 000250949      150008
A0305100046              1
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
SP 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    11/12/72  11

ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

DATE ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS.

**THERAPEUTIC SUBSTITUTION**

DR. _____
THE PHARMACY DEPARTMENT HAS SUBSTITUTED
Zosyn 3.375 Gm _____ FOR THE
Timentin 3.1 Gm WHICH YOU
ORDERED. THIS THERAPEUTIC SUBSTITUTION IS BY
AUTHORITY OF THE PHARMACY & THERAPEUTICS
COMMITTEE. _____
                              PHARMACIST

2-22-03
1730

24° 2/23/03 LHarris RN

IV Timentin 3.1 g _____ Q 6 hr
or Zosyn 3.37 gm Q 6 hr

noted
2-23-03
1350

FAX 2/23/03 @ 210

IV Dexamethasone 8 mg q x 1

CBC in Am

Thanks

noted 2/23/03 2210
Llarneo RN

24° 2/24/03 Llarneo RN

APPALACHIAN REGIONAL
HOSPITALS
PHYSICIAN'S ORDERS

HISTORY
UNIT NO.

PATIENT'S
NAME

AH 000250949          150008
A0305100046                1
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
RP 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   11/12/72 M

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH
ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS
INSTITUTED OR DISCONTINUED.

213

UNIT AND/OR SERVICE          ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE- TIME-USE FORM IS COMPLETED

| DATE | ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|------|---------|------|---------------------------------------------------|

DOCTOR S Hasan
DATE 2/21/03 1630
Recommend advance diet
to Full Liquid
c Mighty Shakes
TID

PLEASE READ NUTRITION NOTE.
Thank You, Dietician   L____ KN up

2-21-03   Change 1/2 to D/ Saline 50cc/hr
Full liquid diet c' mighty shakes X ↑
Dr Decadron 2mg
CPx
Bmp   APa
on 15C   Decadron 2mg q12hr 2 then c then stop
thr

2/21/03   noted PMorgan
G2025
240 Chart   2/22/03   S. Cook RN

ue Iv Timentin 3.1 gram Q 6 hr                FAX 2/22/03
CBC   BMP in Am X 3 Days                      1520 PM
Blind culture                                  in
CT Facial bone   sched today

APPALACHIAN REGIONAL HEALTHCARE

**PROGRESS NOTES**

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | AH 000250949     150008
A0305100046                    1
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
RP 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   11/12/72 M |

UNIT AND / OR SERVICE

ATTENDING PHYSICIAN

---

2/24/03 @2045 (S) "I'm OK" (O) Sitting ↑ in bed. Watching TV. Ø S/s pain,
HOB ↑, SR ↑×2. Call bell in reach. 2 guards at side. (A) A,O×3. Denies p
dyspnea, dysphagia. Resp even, nonlabored. Lungs clear. Slight edem
bilat jaws. Steri strips R neck intact. Ø S/s distress. (P) Continue sa
                                                    Leigh Harr___

0945
2-25-03 (S) Pt. lying c̄ towel over face.
(O) Ø increase in facial swelling noted.
Request increase in diet consistancy.
(A) Pt ordered diet of blended thickness.
(P) Will monitor pts tolerance of new
diet _____                  _____ RN

2.05.03.    Ultrasound ✓
            UD hicreasf
            CD2 ✓  9 %  Braudo
            DoClenago
            Qui. dictated             ♀

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-I-6

APPALACHIAN REGIONAL
HOSPITALS
PHYSICIAN'S ORDERS

HISTORY.
UNIT NO.

PATIENT'S
NAME

AH 000 50949      15000
A03 051 0 0 4-6              1
MARTIN, WILLIE J.
P   X 12
BE4 E   25 13
RP   30-6      11/12/72

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE  ICU-4      ATTENDING PHYSICIAN

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME USE FORM IS COMPLETED

| DATE ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| | | 5' 3" HT. |
| 9·20·03 | | Admit                    60# WT. |
| | | Cellulitis face   SIP eval. for # Rt jc |
| | | CBC #1                 NKA |
| | | CMP #1                 Ⓝ Herbals |
| | | X-ray chest #1 |
| | | X-ray face # + ankle # 6 |
| | | Blood cultures 2 |
| | | Clindamycin IV 900mg q 8hr o.f.bt |
| | | Decadron IV 10mg now + 8mg q 6hr |
| | | sliding scale insulin RI q 6hr |
| | | ↓50 — no bolus |
| | | 150 — 200 — 3 units |
| | | 201 — 250 — 6 u |
| | | 256 — 300 — 9 u |
| | | 301 — 350 — 12 u |
| | | 351 — 400 — 15 |
| | | >400 — 18 u |
| | | D50 ½ N. Saline IV 30cc/hr |
| 9/20/03 1330 | | Vancomycin IV 1G now |
| | | _____ RN |

APPALACHIAN REGIONAL
HOSPITALS
PHYSICIAN'S ORDERS

HISTORY
UNIT NO.

PATIENT'S
NAME

AH 000 50949      15000
A0305100046              1
MARTIN, WILLIE J.
PO BOX 12
BEAVER, WV 25-13
RP 30-6            11/12.

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH
ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS
INSTITUTED OR DISCONTINUED.

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

213

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE- TIME-USE FORM IS COMPLETED

| DATE | ORDERED HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|------|------|------|

2/20/03
1340
Noted
2/20/03
1405
RCarter
Clear liquid diet
TO Dr. S Hasan / R Carter RN

2/20/03
1915
Noted 2/20/03
1920
RCarter RN
Lortab Elixir 7.5mg Q8hrs prn
for pain
TO Dr. S Hasan / Rebecca Carter RN

2/20/03   xx-out! T Homan ro

2/21/03   Transfer Floor      (# 213)      FAX 2/21/03 @
0635      W/ Clear liquids                        0440AM
          r/ Clindamycin 900 mg IV q6°
          r/ Decadron 8 mg IV q6°
          r/ Lortab 7.5mg Elixir q 8° PRN
          r/ D5/½ NSS 50 cc/hr
          r/ BS q6 c̄ SS Humulin R

          150 – 200    3 units      351 – 400    15 units
          201 – 250    6 units      >400         18 units
          251 – 300    9 units
Noted 2/21/03  301 – 350   12 units
                              T/O Dr. S Hasan / T Homan

2/23/03 (C) 2040 (S) "My jaws are sore" (O) Sitting ↑ in bed. Watching TV. 2 guards @ Side. SR ↑ ×2. Call bell in reach (A) A, O×3. Skin pink w/D. Slight edema bilateral jaws. Dsg R neck dry. Steristrips R neck qoli. Denies dyspnea, dysphagia. Resp even, nonlabored. Lungs clear. Ø s/s distress. (P) Monitor pain, ↑ edema, I+O, labs, VS, dysphagia. Encourage PO fluids. (I) Lortab 7.5 mg / 15cc given ————— Dlarri

2/23/03 @ 2130 (E) States Lortab helped ————————— Dlarri RN

2-24-03
nursing 1100 (S) Pt. states he has difficulity evaluating pain R/T numbness in his lower face.
(O) Alert & oriented x3. Wire cutters available.
(A) Medicated ē liquid PO pain med. —————
(P) Will monitor pain level & PO intake ——————— T. Hart RN

2-24-03  States to 7S not very comfortable
1000 constant hiccups — has
diarrhea constipaty a liquid
did would 1/bm  ō same
solid food

oB face not swollen

łas oB clear

cont.

Goal Tender epigastr
liver spasm

Pureed diet

wbuaed abel.

& I/V

oral medicatron              Dr.

APPALACHIAN REGION
HOSPITALS
PHYSICIAN'S ORDERS

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH
ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS
INSTITUTED OR DISCONTINUED.

HISTORY
UNIT NO.

PATIENT'S
NAME

UNIT AND/OR SERVICE

ATTENDING PHYSICIAN

AH 000250949
A0305100046
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
HP 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    11/12/72

(213)

| | |
|---|---|
| PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE- TIME-USE FORM IS COMPLETED | |

DATE ORDERED HOUR   DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS.

FAX 2/23/03@2300PM — LW

2/23/03  ↑ Lortab 7.5mg/15cc to q4° prn Po
2300     Tylenol Elixir 650mg q 4° prn Po
         Maalox 30cc Po q4° prn

         Mom 30cc Po q4° prn

         T.O. Dr Jafary / ____ Harris RN

noted
2-23-03
2315
LHarris RN          24° 2/24/03 ____ Harris RN

2/24/03  May have Vaseline to lips prn
                        per Dr Hasan / ____

                noted @ 1050 ____ RN

2.24.03  1/4 to  5cc Fluids          FAX 2/24/03@2000
                                            LW
         Mag. Citrate 125cc now
         Give blended food through straw
         DC H/o Chudomyer
         Dr Doradrou
         Chudompru liquid 300mg 8 Glu
         ultrasound abdomen ____ (Notified Jim in X___)
                                    Tuesday Am
         CPx                         2/25/03
         Prep   Are

noted
2-24-03
1035 DHarrison          2/24/03 LHarris RN

**APPALACHIAN REGIONAL HOSPITALS**

**PHYSICIAN'S ORDERS**

HOSPITAL REGULATION:

PHYSICIAN'S SIGNATURE MUST ACCOMPANY EACH ORDER.

NURSING PERSONNEL INITIAL EACH PROCEDURE AS INSTITUTED OR DISCONTINUED.

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | |

AH 000250949
A0305100046
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
RP 234468-9083   11/12/7

| UNIT AND/OR SERVICE | ATTENDING PHYSICIAN |
|---|---|

PERMISSION IS GRANTED TO DISPENSE THE GENERIC EQUIVALENT FOR DRUGS UNLESS ONE-TIME-USE FORM IS COMPLETED

| DATE ORDERED | HOUR | DOCTOR, START NEW SECTION FOR EACH SET OF ORDERS. |
|---|---|---|
| 8·05·93 | | DC'ly |
| | | Dr. clingo today |
| | | Copy of docu sur to 9/0 o pt |

AH 000250949
A0305100046
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813

**EDUCATION RECORD**

| TOPICS | RTL | DATE | METHOD | EOL | RP  0 3  SIGNATURE/TITLE / 1 |
|---|---|---|---|---|---|
| Orient to Room | 1 | 2/20/03 | V, D | A | Rebecca Rarley (L) |
| Plan of Care | 1 | 2/20/03 | V | A | Rebecca Rarley L |
| Explanation of disease/conditions | | | | | |
| Safe and effective use of medications | | | | | |
| Potential food/drug interactions | | | | | |
| Diet management/assistance with meds, meal preparation, eating | | | | | |
| Activities (lifestyle changes) | | | | | |
| Personal hygiene | | | | | |
| Ability to cope with health status | | | | | |
| Prevention/management of complications | | | | | |
| Safe/effective use equip, supplies, devices/ambulation | | | | | |
| Rehabilitation techniques | | | | | |
| Community resources | | | | | |
| How and when to obtain further treatment | | | | | |
| Responsibility of patients in their care/dressings/drains, feeding tube, etc. | | | | | |
| Financial information provided | | | | | |
| D/C instructions of continuing care needs | | | | | |
| Patient Safety | 1 | 2/20/03 | V | | Rebecca Rarley L |
| Nutrition Education | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| Readiness to learn (RTL) | Method of teaching | Evaluation of learning (EOL) |
|---|---|---|
| 1 -- No barriers | V – Verbal instruction | A – Patient/family able to verbalize |
| 2 -- Fatigue/pain | W – Written instruction | understanding |
| 3 – Communication barriers | AV – Audiovisual | B – Patient/family able to return |
| 4 -- Cognitive/sensory impairment | H – Handout | demonstration |
| 5 -- Unreceptive | D – Demonstration | C – Patient needs reinforcement/pra |
| 6 -- Other | RP – Role play | D – Family involvement necessary |
| | G – Group discussion/class | E – Unable to learn |
| | | F – Group questions addressed |
| | | * See group progress note for additional information |

**APPALACHIAN REGIONAL HEALTHCARE**

History Unit No.

Patient's Name: 000250949    150008
A0305100046    1
MARTIN, WILLIE J.
P    X 1250
BEA  LR, WV 25813
B.O.   11/12/72 M

**REQUEST FOR CONSULTATION**

To: ___ I W  team ___    Date of Request: _____ , Time: _____

Notified: _____    Date & Time: _____

[X] Consult with recommendation only    Regarding:

[ ] Consult with management & follow up

[ ] Consult for transfer of services

STAT _____ Today _____ Next day _____

Date: 2/20/03    Time: 1800    Consultation Report:

Oral and maxillofacial Surgery Dr Panossian.
30 y/o ♂ S/P ORIF ⓛ Angle Fx, ⓡ body Fx
of mandible. pt seen resting in bed taking
adequate PO intake in No Distress.

VS — BP 148/83  P. 90  RR 19.  Tmax 98.0

HEENT — moderate Postoperative swelling noted > on ⓛ
maxillomandibular Fixation stable, hemostatic
No D/C wound C/D II —
Clinical Picture not consistent c̄ cellulitis
but rather ā Post op edema.
EI ⓡ / PERRLA.

Neck, S.S. ∅ murmurs
lungs CTA / Good A/E
Abd : NT /ND. ⊕ BS
ext - FROM x 4 , ∅ calf tenderness'
Labs  ⟨13.2⟩ 15.7⟍
        45.6   265 -

A/P — S/P ORIF ⓡ body Fx ⓛ Angle of mandible.
Clinical presentation consistent c̄ normal Postoper
swelling and not cellulitis. pt Afebrile,
recommend - Antibiotics and Discharge of Pt in A
to Routine PO Antibiotics x 1wk  F/U c̄ my office
     tuesday

Signature  ___Guy Panossian___  PPANOSS___

ARH FORM E-I-8 (Rev. 11/96)

**APPALACHIAN REGIONAL HEALTHCARE**

| History Unit No. | AH 000250949    1500 |
| --- | --- |
| | AG305100046    1 |
| Patient's Name | MARTIN, WILLIE J. |
| | PO BOX 1280 |
| | BEAVER, WV 25813 |
| | RP 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   11/12/72 |

**REQUEST FOR CONSULTATION**

213

Dr Jafar

To: Dr. Syner / _____   Date of Request: 2/23/03   Time: 210

Notified: 2/23 Dr. Syner   Date & Time: @ 2105 PM

☐ Consult with recommendation only

☐ Consult with management & follow up

☐ Consult for transfer of services

Regarding: jaw swelling.

STAT _____ Today _____ Next day _____

Date: _____ Time: _____   Consultation Report:

2/24/03   30 yo A-A male, adm H. ___ hx of ___
OH - fx ___ (in Charleston) ___ jaw ___ 4
___ ___ ___ ask to eval.

MMH - See BMH on H&P

Exam - ___ jaw ___ presently. Pt able to
Swallow presently ___ unable to open mouth
___ ___ ___. ___ ___ ___

Xray - - See my report - (good alignment of fx ___
___)

___ - post - fx of mand (___ ___
- post - jaw ___

Suggest - 1) continue present antibiotic therapy
2) on discharge - ___ po clindamycin
3) Have pt keep post op appt ___ surgeon ___
Charleston
4) Will follow prn here.   ___ ___ MD

Signature



**APPALACHIAN REGIONAL HEALTHCARE**

AH 000250949          150008
A0305100046              1
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
RP 034-6-4083    11/12/72

### PATIENT KARDEX

(ADDRESSOGRAPH)

| SAFETY | ISOLATION | EYESIGHT |
|---|---|---|
| Fall Risk Plan ____  Posey Rest ____ | Type _____ | Good ____  Poor ____ |
| Bed Rails ____  Wrist Rest ____ | Seclusion ____ | Contact Lens: Rt.( )  Lt. |
| Confused: Mild ____  Severe ____ | | Glasses ____ |

| ACTIVITY | TUBES & DRAINS | Blind: Total ____  Rt.( ) |
|---|---|---|
| Bed Rest ____  Amb. ____ | Hemovac ____ | Cataracts: Rt. ( )  Lt. ( ) |
| Bed Side Commode ____ | N.G. Tube ____ | **HEARING** |
| Dangle ____  Chair ____ | T. Tube ____ | Good ____  Poor ____ |
| Assist. ____  Ad. Lib. ____ | Gastrostomy ____ | Hearing Aid: Rt. ( )  Lt. ( ) |
| Exercises ____ | Wound Care:  Simple ____ | Deaf ____ |
| | Complex ____ | Partial: Rt. ( )  Lt. ( ) |

| HYGIENE | VITAL SIGNS | |
|---|---|---|
| Self ____  Partial ____ | Weight ____  Telemetry ____ | **SPEECH** |
| Complete ____ | Routine ____ | Satisfactory ____  Slow |
| Tub ____  Shower ____ | Q. Shift ____ | Mute ____  Aphasic ____ |
| Special Needs: | Q 4 Hr. ____ | Problems ____ |
| _____ | Other ____ | |
| _____ | Pulse: A ____  R ____ | **PROSTHESIS** |
| _____ | B.P. Rt. ( )  Lt. ( ) | Dentures:  Upper ( )  Low |
| _____ | Stand ____  Sit ____ | Limb ____ |
| _____ | Temp. ____  Routine ____ | Eye ____  Rt. ( )  Lt. ( ) |
| | Spec. Instruction | Other _____ |

| NUTRITION | | PARALYSIS |
|---|---|---|
| Diet 2/21 CL fl c mighty shake | **I.V. THERAPY** | Partial ____ |
| Hs Feeding 2/24 give blended food | 2/21 D5 1/2 NSS @ 50cc/° | Complete ____  Rt. ( )  L |
| I & O: Simple ____  Complex ____  thru straw | NS @ 50 cc/° | Arm ____  Leg ____  Fa |
| Force Fluids ____ | | |
| Restrict Fl. ____ | | **ELIMINATION** |
| Feed ____  Assist ____ | | Incontinent ____  B.M. ____  Ur |
| Snack ____ | | Voiding ____ |
| Feeding Tube ____ | | Foley Cath ____  Date ____ |
| Type ____ | | Strain Urine ____ |
| Feedings ____ | **POSITIONING** | Bladder Irrig. ____ |

| DIABETIC ROUTINES | | |
|---|---|---|
| Urine ____ | Flat ____ | Colostomy ____ |
| Blood Glucose ✓2/21 BS Q 6 hrs. | Semi Fowlers ____ | Ileostomy ____ |
| Daily Insulin ____ | Turn Q ____ | Enema ____ |
| Sliding Scale ____ | HOB ____ | Catheter Care ____ |
| | FOB ____ | |

| RELIGION | NEXT OF KIN | PHONE NUMBER | ALLERGIES (USE F |
|---|---|---|---|
| | | | NKDA |
| DIAGNOSIS | SURGICAL PROCEDURE | | ADMISSION DATE |
| Cellulitis Face | | | 2-20-03 |
| ROOM 213 | NAME | AGE | PHYSICIAN | CLASSIFICATION |

ARH FORM E-I-198 (9/92)

**APPALACHIAN REGIONAL HEALTHCARE**

| HISTORY UNIT NO. | A= 000250949 | 150008 |
| PATIENT'S NAME | A0305100046 | 1 |
| | MARTIN, WILLIE J. | |
| | P= BOX 1280 | |
| | BEAVER, WV 25813 | |
| | #P 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  11/12/72 M | |

**PROGRESS NOTES**

DRNS

UNIT AND / OR SERVICE

ATTENDING PHYSICIAN

2-23-03 @ 1145 BS 147 Ø coverage per SS. — V. Ma____

2-24-03 @ 1205 BS 115 Ø coverage per SS — B. Phill___

2/25/03 @ 0600 Refused Clindamycin 300 mg. Stated, "It ta___ awful." RN notified. — Dayle Killin, LPN —

2/25/03 @ 0800 BS 133 -Ø sliding scale coverage required per ___ — Dayle Killin, LPN —

2-25-03 0830 Administered 15 ml Lortab via syringe. Ra___ pain 8 on scale of 1-10 — D. Thomas SNGC HS____

ARH FORM E-I-6

513-110                                                                                      NSN 7540-00-634-

| MEDICAL RECORD | CONSULTATION SHEET |

## REQUEST

TO: Surg - consult.

FROM: (Requesting physician or activity)
Deven Chanmugam, M.D.

DATE OF REQUEST  11/30  99

REASON FOR REQUEST (Complaints and findings)

For   PV.   in   3   mos   time

PROVISIONAL DIAGNOSIS
Lump   in   (R)   biceps   area

DOCTOR'S SIGNATURE
Deven Chanmugam, M.D.

APPROVED

PLACE OF CONSULTATION

☐ ROUTINE      ☐ TODAY

☐ BEDSIDE   ☐ ON CALL      ☐ 72 HOURS   ☐ EMERGENCY

## CONSULTATION REPORT

RECORD REVIEWED  ☐ YES ☐ NO          PATIENT EXAMINED  ☐ YES ☐ NO

Benign lesion of (R) upper arm, no 3mm

tenderness → likely inclusion

cyst

No need for removal @ this time

(Continue on reverse side)

SIGNATURE AND TITLE

DATE
1-21/00

IDENTIFICATION NO.    ORGANIZATION                    REGISTER NO.          WARD NO.

PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility)

1/21/00

Martin,   Willie

34689 - 083

USP Allenwood
P.O. Box 3500
White Deer, PA 17887

1/12/72

CONSULTATION SHEET

Medical Record

STANDARD FORM 513 (REV. 8-92)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.20

110                                                                              NSN 7540-00-6

| MEDICAL RECORD | CONSULTATION SHEET |
|---|---|

## REQUEST

FROM: (requesting physician or activity)

GENETAL SURGERY          PARNELL, PA          DATE OF REQUEST 11-8-99

ON FOR REQUEST (Complaints and findings)

27 yo B O→ c̄ ~ 11 MONTH HX of FIRM,
NON-TENDER 1×1 CM NODULE DEEP SUBCUT.
(R) UPPER ARM, UNDER BICEPS

ISIONAL DIAGNOSIS

(R) UPPER ARM LESION → (?) EXCISIONAL B
VS. OBSERVATIO

| OR'S SIGNATURE | APPROVED | PLACE OF CONSULTATION | ☐ ROUTINE | ☐ TODAY |
|---|---|---|---|---|
| | | ☐ BEDSIDE   ☐ ON CALL   ☐ 72 HOURS | | ☐ EMERGEN |

## CONSULTATION REPORT

RC REVIEWED ☐ YES ☐ NO          PATIENT EXAMINED ☐ YES ☐ NO

1 cm subq mass of medial portion of (R) upper arm
nodular, slightly tender          ⊖ early to. fra
                                    ⊖ trau to an

DDx → Induced cyst, Lymph node, sebaceus cy
       Occ'l axillary or ate Cub tl (N)

Plan → F/u 1 month - 6 wks
       If same size or larger, excise

| ATURE AND TITLE | DATE |
|---|---|

| IFICATION NO. | ORGANIZATION | REGISTER NO. | WARD NO. |
|---|---|---|---|

MR 3  IDENTIFICATION.  For typed or written entries j give Name—last, first, middle, grade, ran-

USP Allenwood
P.O. Box 3600
White Deer, PA 17887

MARTIN, WILLIE
34689-063

CONSULTATION SHEET
Medical Record

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
| 14 July 03 | 1300 Inmate complains of cyst in back of jaw/ Examination orally Reveals Periodoontitis of Area #31/ X-Ray Reveals Healing WNL from Mandibul Fracture/ Approximately 3 wks prior, Bands and brackets removed MTSS ordered (OHI Reinforced) occ ✓ — No caps | |
| | Motrin 800mg Disp: 10 Tas Sig: 2 ea | |
| | Ta3 BID x 5 Days | |
| | Cleocin 150mg Disp: 12 Tas Sig: 2 ea | |
| | Ta3 Q ID x 3 Days | |
| | R. STEVENS CONTRACT PHARMACY TECH FCI/FPC BECKLEY Robert Stevens C.Ph.T. | DR. S. HUGHES, DDS, CD FCI/FPC BECKLEY |

(Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle, grade; date; hospital or medical facility)

Martin, Willie

Federal Correctional Institution
FC    2200
Beaver, WV 25813

REGISTER NO. 34689-083

WARD NO.

DENTAL TREATMENT RECORD
HRSA-237 (4

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
|  |  |  |

**DENTAL TREATMENT RECORD (Continuation)**

HRSA-237 (4/95)
(REVERSE)

| CLINICAL RECORD | DENTAL TREATMENT RECORD (Continuation) | |
|---|---|---|
| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |

**CLINICAL RECORD**

**DENTAL TREATMENT RECORD (Continuation)**

| DATE | DIAGNOSIS - TREATMENT - REMARKS | SIGNATURE |
|---|---|---|
| 2-11-03 0846 | *(handwritten, illegible)* | |

2-11-03  0846   8:mm:5Dt-

S: C/O _(illegible)_ to eat _(illegible)_.

O: Intra oral exam - _(illegible)_

open bite _(illegible)_ tooth #I

_(illegible)_ left 2 _(illegible)_

on B _(illegible)_ .- _(illegible)_ no.

_(illegible)_ lacerations of Gingiva —

Panoramic Radiograph taken - Show

_(illegible)_ Fx 2 B _(illegible)_ of mand. X B

_(illegible)_ could have Fx —

A: Fx 1 _(illegible)_, B _(illegible)_ B

_(illegible)_ Fx.

P: _(illegible)_ to _(illegible)_ / Plastic Surgeon

By Motrin 100mg / 5mL.

20 mL Q 6 hrs. —

_(illegible)_

NPO 8 mo —

PHARMACY MEDICATION COUNSELING
BRIEF-INTERMEDIATE-EXTENSIVE
UNDERSTANDING REFERRAL FAIR GD)
PRINTED INFORMATION GIVEN Y/N
COMMENTS:

M. Clark NU
PharmD
FCI/FPC Beckley

2-22-03  13:00   8:mm:5Dt

_(illegible)_ Discuss importance of Pt's _(illegible)_

Pt _(illegible)_ _(illegible)_ to Pt's _(illegible)_

_(illegible)_ Stable _(illegible)_ & _(illegible)_

N° C/O Pain   (Continued On Reverse Side)

PATIENT'S IDENTIFICATION (For typed or written entries give: Name - last, first, middle; grade; date; hospital or medical facility)

Martin, Willie.

REGISTER NO. 34689-083

WARD NO.

FCI Bec



| Date | Diagnosis - Treatment - Remarks | Signature |
|---|---|---|
| | | DR. S. HUGHES, DDS, CDO FCI/FPC BECKLEY |
| | P: Re-evaluate/ Reassess/ Adj to | |
| | loosen wire | |
| | A: Intractable | |
| | O: maxillary [illegible] wire [illegible] soft tissue | |
| 22 May 03 | 1000 S: Inmate complains of wire/ points to upper wire/ Pt is a 2ON scale 1-10, being low | |
| 3-18-03 | 1330 Reschedule inmate to | |
| | move from SHU. | M. JONES CONTRACT DENTAL TECH FCI/FPC BECKLEY |
| | [illegible] | J. HALEY, D.D.S. MPH DENTAL OFFICER FCI/FPC BECKLEY |
| | [illegible] | |
| | [illegible] | |
| | [illegible] | |
| 3-13-03 1300 | R MP. | |
| | PHARMACY MEDICATION COUNSELING BRIEF-INTERMEDIATE-EXTENSIVE UNDERSTANDING REFERRAL FAIR GD. PRINTED INFORMATION GIVEN Y N COMMENTS: | M. Clark PharmD FCI/FPC Beckley |
| | 4 ml QID x 10 Days. | J. HALEY, D.D.S. DENTAL OFFICER FCI/FPC BECKLEY |
| | Rx: Clindamycin 300mg dispense 75mg/ml | |
| 2-25-03 1020 | R MP. | |

DENTAL TREATMENT RECORD (Continuation)

HRSA-237 (4/95) (REVERSE)

BP-S618.060  **CLINICAL DENTAL RECORD**  CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| Examination: | ☒ Screening | ☐ Comprehensive | ☐ Periodic |
|---|---|---|---|

Occlusion — CLASS I

Oral Hygiene
Good — (Fair) — Poor

CPITN
| 3 | 2 | 3 |
| 3 | 2 | 3 |

Head & Neck/Soft Tissue — WNL

Additional Findings — NKDA

D: 0
M: 0
F: 0

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

Comp Comp

**Treatment Completed**

RIGHT  1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16  LEFT
       32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Recommended Treatment Plan**

☐ Radiographs

☐ Dental Prophylaxis
☐ Oral Hygiene Instruction
☐ Periodontal Evaluation   0   I   II   III
☐ Oral Surgical Procedures
☐ Endodontic
☐ Restorative
☐ Prosthodontic Evaluation

| Patient Name | Number | Sex: (M) F | Age: |
|---|---|---|---|
| MARTIN, Willie | 34689-083 | | 30 |

Dentist Signature — DR. S. HUGHES, DDS, CDO
FCI/FPC BECKLEY
Date 13 Nov...

**FCI/FPC BECKLEY**

Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
| --- | --- | --- |
| 13 Nov 02 / 0830hrs | | H.H. REV. A. & O SCREENING. OHI. EXPLAINED HOW TO ACCESS DENTAL CARE (ROUTINE & EMERGENCY) |
| | | [signature] DR. S. HUGHES, DDS, CDO FCI/FPC BECKLEY |
| 14 Feb 03 / 0815 | | S: Inmate complains of Pain in Jaw / Points to lower Jaw |
| | | O: Mandible has swelling and slight warmth to touch. X-Ray Reveals fractures |
| | | A: Unstable / Refer to O.S or Plastic Surgeon for Tx |
| | | P: Review of HH / Pioneer / consult with Dr Rebbeck / Exam of Hard & Soft Tissue / Fractures of Mandible noted / Suggested to be Referred to O.S or Plastic Surgeon for Tx / Slight Discomfort |
| | | Inmate complains of numbness of lower left Jaw / |
| | | [signature] DR. S. HUGHES, DDS, CDO FCI/FPC BECKLEY |

BP-S618.060 **CLINICAL DENTAL RECORD** CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISON**



| Examination: | ☑ Screening | ☐ Comprehensive | ☐ Periodic |
| --- | --- | --- | --- |

**Occlusion**
Cl III

**Oral Hygiene**
Good    (Fair)    (Poor)

**CPITN**

| 4 | 4 | 4 |
| --- | --- | --- |
| 3 | 3 | 4 |

**Head & Neck/Soft Tissue**
WNL

**Additional Findings**

D: 1    NKDa
M: 2
F: 3

RIGHT 1 2 3 4 ⑤ 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

**Treatment Completed**

**Recommended Treatment Plan**

☑ Radiographs
BWx2

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction

☐ Periodontal Evaluation  0  1  ⑪  ⑫  ⑬
SC/RPx2

☐ Oral Surgical Procedures
17

☐ Endodontic

☑ Restorative
45 DO

RIGHT 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 LEFT
32 31 30 29 28 27 26 25 24 23 22 21 20 19 18 17

| Patient Name | Number | Sex: Ⓜ F | Age: |
| --- | --- | --- | --- |

Martin, Willie 34689-083                    28

**Federal Correctional Institution**
P.O. Box 1280
Beaver, WV 25813

☐ Prosthodontic Evaluation

**Dentist Signature**                         **Date**
LUCAS, RDH                                   4-25-0?
FCI VPO-BECKLEY
BEAVER, WV                                   8-15-0?

Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks |
|---|---|---|
| 11/5/01 / 0830 | | HH: rev. HOscreening. OHI. explained how to access dental tx (Routine + emergency) |
| | | J. LUCAS, RDH FCI / FPC BECKLEY BEAVER, WV |
| 14Feb02 / 0830hrs | | S: Inmate complains of tooth hurting |
| | | O: #4 carious lesion / 1PA |
| | | A: Restorable |
| | | P: Review of HA / 1PA / 7.2cc Lidocaine 2% 1/100,000 / No Comps / Occ ✓ / Advised Inmate tooth could be sensitive hot & cold liquids for several Days |
| | | DR. S. HUGHES, DDS, CDO FCI/FPC BECKLEY |

BP-S618.060   **CLINICAL DENTAL RECORD**  CDFRM
AUG 96

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**



**Examination:** ☑ Screening   ☐ Comprehensive   ☐ Periodic

Occlusion
*Class I*

Oral Hygiene
(Good)   Fair   Poor

CPITN

| | | |
|---|---|---|
| 0 | 0 | 0 |
| 0 | 0 | 0 |

Head & Neck/Soft Tissue   *WNL*

Additional Findings

D:  *0*

M:  *8*

F:  *4*

RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  LEFT
32 31  30  29 28 27 26 25 24 23 22 21 20 19  18 17

**Treatment Completed**

**Recommended Treatment Plan**

☑ Radiographs

☑ Dental Prophylaxis
☑ Oral Hygiene Instruction
☑ Periodontal Evaluation   0   I   II   III

☐ Oral Surgical Procedures

☐ Endodontic

☐ Restorative

☐ Prosthodontic Evaluation

RIGHT  1  2  3  4  5  6  7  8  9  10 11 12 13 14 15 16  LEFT
32 31  30  29 28 27 26 25 24 23 22 21 20 19  18 17

Patient Name        Number        Sex: (M) F   Age:
*Martin, Willie 34689-083*

Dentist Signature              Date
*Sunlene Hennigan RDH  1 Sep 9*
S. HENNIGAN, RDH
USP ALLENWOOD

USP ALLENWOOD
P.O. BOX 3500
White Deer, PA 17887

BOB ALLENWOOD
2 HIGH SECURITY

## Federal Bureau of Prisons Clinical Dental Records

| Date/Time | # | Diagnosis - Treatment - Remarks | |
|---|---|---|---|
| 1 Sep 98 1300 | | A+D exam | S. HENNIGAN, RDH USP ALLENW... |
| 28 Jan 99 0840 | | A+D exam OHI, OCS | EDWARD W JOHNSON DDS Chief Dental Officer USP Allenwood PA |
| 19 Oct 99 0915 | | Non-emerg sched exam #18 | E. W. JOHNSON D.D.S. CHIEF DENTAL OFFICER USP ALLENWOOD |
| 12 Nov 99 | | Pt reports for perio + exam, 4th unerupted exam good OH, mod cal post regions pt is aware Cavitron, scale, pro, brushing + flossing review 1 year recall Tx complete | S. HENNIGAN, RDH USP ALLENWOOD |
| 13 Jan 00 1245 | | #30, 31 (O) composites dycal acid etch light cured procedure, C-4 mph no mesh ret pt completed | Edward W Johnson DDS Chief Dental Officer USP Allenwood PA |

**INPATIENT COVER SHEET**

**FCI/FPC BECKLEY, WV**

DIAGNOSIS:                                ICD-9 CODE/SMD CODE

1. *Swelling of the face, post surgical, plus cellulitis of the face.*   784.2
2. *Inability to swallow*                                                787.2
3. *Pulmonary congestion*                                                514
4. *Diabetes mellitus, controlled*                                       250.0
5. *Status post cholecystectomy.*                                        575.10
6. *Hep C + A*                                                           070.4

PROCEDURES:

1. *X-ray of facial bones*        87.16
2. *X-ray of the chest*           87.44
3. *CT of the facial bones*       88.38
4. *U/S of abdomen*               88.76
5.
6.
7.
8.
9.
10.

BECKLEY APPALACHIAN REGIONAL HOSPITAL
306 Stanaford Road
Beckley, WV 25801

ENTERED

Name: _Martin, Willie_

Reg. #: _34689-083_        Admission Date: _2/20/03_

DOB: _11-12-72_           Discharge Date: _2/25/03_

## STATEMENT OF FACTS

Mr. Martins medical records will verify this claim, as will security investigation reports of 2-12-03. Mr. Martin was placed in the Special Housing Unit (Seg.) pending investigation of an assault. Mr. Martin was never examined by medical staff as procedural protocol states. Mr. Martin fell from his bed and sustained a broken jaw. Mr. Martin was left in the lockup unit for 3 full days before he was attended by medical staff. Mr. Martin's accident was a result of an overcrowed living quarters, as he shared a cell with (2) other inmates. Mr. Elbert Kmight Jr. Reg.#27569-083 and Mr. Emory Clemons Reg.#17536-074. The cell these 3 people shared was a cell made for 2 people. Mr. Martin's lack of personal and allotted space was a result of his injury, a violation of his Constitutional Rights, see **FRENCH V OWENS** cite as 777 f. 2d. 1250 (7th cir 1985) Criminal Law 1213.10'(1) Where 8th Amendment violation resulted lack of space and furnishings from overcrowding and double celling, poor medical care. as a result of Mr. Martin's grievence to remedy his claim the institution is retaliating by continuing to deny Mr. Martin adequate medical care Mr. Martin is suffering an injury as a result of the wire retainer placed in his mouth to reser his broken jaw. Mr. Martin has been denied medical attention for this injury.

William Martin - Reg# 34689-

| TE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|

S: "Since Saturday I have had a cold. I am coughing up green phlegm and at times there is a little blood in it. I have a fever, sorethroat, and body aches.

O: T=96.7 P=85 R=14 BP=155/114 A/O. Lungs clear bilat, actively coughing, Throat red, no blisters. Nose exhibits clear sinus drainage. No Abdominal Pain, No problems c̄ bowels or bladder

A: Alteration in Comfort. ① Pain.

P: T.O. Dr. Rehberg 1.) Humabid - Bid x 5 days 2.) Tylenol 500mg ī q̄ 6hr #24, 3.) CTM's 4mg ī q̄ 8hrs x 5 days. 4.) Saline Nasal spray prn x 1 bottle. Discussed course of treatment c̄ inmate. RTC on friday if no improvement.

K.M. Clark RN – R. Clark

PharmD
FCI/FPC Beckley

PHARMACY MEDICATION COUNSELING
(BRIEF-INTERMEDIATE-EXTENSIVE)
UNDERSTANDING REFERRAL FAIR GD.)
PRINTED INFORMATION GIVEN N
COMMENTS:

N. REHBERG, D.O.
STAFF PHYSICIAN
FCI/FPC BECKLEY, WV

5/12/03 Flu like symptoms 99°F, 163/82, 101, 18, 192/13,
1115

S: C/o Nasal congestion x 1week ① cough ① HA

O: VSS –
Heent – Tm's – wnl
Nasal – ① erythema ① clear
Posterior Pharynx – wnl
① lymphadenopathy.

A: URI

P: ① Actifed 1 po BID #10 PRN
2.) Tylenol 500mg ī po 50 gl #24 PRN
3.) 1 via fluids, call if ...

STANDARD FORM 600 BACK (REV. 5-84)
J. KOBY
PA
FPC BECKLEY

R. STEVENS

D. McLAIN D.O., CLINICAL DIRECTOR

NSN 7540-00-634-4176

**HEALTH RECORD** | **CHRONOLOGICAL RECORD OF MEDICAL CARE**

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 4/21/03 | P- Educated that as time goes on |
| Cont | pain should decrease. Explained |
| | anatomy of facial bones. Also |
| | explained braces may produce |
| | pressure |
| | Gave some nonstick 2x2s to |
| | place above braces to help prevent |
| | friction. |
| | Follow up as needed |
| | ★ Tylenol 500mg #21 i po TID x 7 |
| | days for breakthrough pain |
| | No refill |
| | M. Clark PharmD FCI/FPC Beckley — Kenneth Kaiser K. KAISER PA-C FCI/FPC BECKLEY |
| | PHARMACY MEDICATION COUNSELING BRIEF-INTERMEDIATE-EXTENSIVE UNDERSTANDING REFERRAL FAIR GD PRINTED INFORMATION GIVEN Y N COMMENTS: |

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

MARTIN
WILLIE 34689-083
B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/DN
CUSTODY/IN

FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

5-28-03  S: C/o Headache / head congestion —

1300  O- 98.5° 153/83, 85, 18

Actor x3, Skin WD, R-s, retions 18 even and

non lobbored, Both tympanies c bulging clear

to chey colon, Afebrile denies any tenderness

On facial palpation

A: Alteration in comfort.

P: Actifed c PO BID) #10 O/R

Ibuprofen 400mg ion ī PO Q8H PRN #30 O/R

ORDER Read back and verified to PA-C Koby

U:O PA Koby / ___ walk-on / Jeff Welker

M. Clark
PharmD
FCI/FPC Beckley

J. KOBY
PA-C
FCI/FPC BECKLEY

| RECORDS MAINTAINED AT ▶ | Martin, Willie | |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | SEX |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | 34689-083 | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BIRTH |

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

   

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| | |

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | **SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each ent** |

S 11-7-02    Received at FCI Beckley. W.V. Intake screening completed and record reviewed on this date.

1755

| | | |
|---|---|---|
| Present medical complaints: If Yes, specify: | ☐YES | ☒NO |
| Medical transfer form BP-360(60) received and reviewed: ~~In NO, was BP-360(60) completed?~~ | ☒YES | ☐NO |
| **Medication Allergies:** NKDA If Yes, specify: | ☐YES | ☒NO |
| Current medication listed on SF 149? None | ☐YES | ☒NO |
| Immunization record reviewed: | ☒YES | ☐NO |
| Date of last PPD: 10/13/02 | ☐POS | ☒NEG |
| Known current venereal or communicable diseases: | ☐YES | ☒NO |
| Use of **alcohol or drugs**, present or past: ~~If YES, is all required information specified in the "INTAKE SCREENING"~~ section of the BP-360(60) annotated on the form? | ☒YES | ☐NO |
| | ☒YES | ☐NO |
| **IDEATIONS OF SUICIDE:** If YES, CONTACT PSYCHOLOGY IMMEDIATELY! | ☐YES | ☒NO |

O

| | | |
|---|---|---|
| **Alteration of behavior** noted: If yes, describe what type, to include state of consciousness, mental status, appearance, conduct, tremors and sweating. | ☐YES | ☒NO |
| **Abnormal skin conditions** including trauma markings, bruises, lesions, jaundice rashes and ~~infestations, needle marks~~ or other **indications of drug abuse:** If YES, specify: | ☐YES | ☒NO |

A

| | | |
|---|---|---|
| **Essentially healthy male:** If NO, specify: | ☒YES | ☐NO |

P

| | | |
|---|---|---|
| RTC, prn, Sick call, call-outs, emergency care, hours of operation and pill line instructions given: | ☒YES | ☐NO |
| Medical referral: | ☐YES | ☒NO |
| Psychological referral: | ☐YES | ☒NO |

PA/RN name (sign AND print or stamp)    K. THOMPSON, RN
FCI/FPC BECKLEY

CARE LEVEL    Ⓘ   II   III   IV

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV 25803**

MARTIN
WILLIE                              34689-083
B/M/O/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

FIRMR (41 CFR) 201-45.505

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

11/7/02
1755

### PAIN RATING SCALES

### 0 - 10 VISUAL ANALOG SCALE

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|---|

No Pain                                                                 Worst Possible Pain

### WONG-BAKER

### FACES PAIN RATING SCALE

| 0 | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|

COMMENTS:

CAUSE OF PAIN_____

LOCATION _____

HOW LONG (DURATION)_____

PAIN RELIEF_____
(Example: Position Change, Over-The-Counter Drug)

QUALITY _____
(Example: Sharp, Dull)

OTHER   *None @ present*                    K. THOMPSON, RN
                                            FCI/FPC BECKLEY

Federal Correctional Institution

P.O. Box 1280

Beaver, WV  25803

MARTIN
   WILLIE                    34689-083
B/M/O/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

NSN 7540-00-634-4178

AUTHORIZED FOR LOCAL REPRODUCTION

| MEDICAL RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

10/22/02
09:50
3D

NO SHOW FOR SICK CALL
C. Williams, ARNP- Contract
FTC Oklahoma City            *C. Williams, ARNP C*

10/24/02
1130
2D

NO SHOW FOR SICK CALL
T. Kelso, ARNP   *J. Kelso*
FTC Oklahoma City, OK

10-28-02
0930
3D

NO SHOW FOR SICK CALL
H. Al-Rubaie, PA
FTC Oklahoma City, OK

NO SHOW FOR SICK CALL
E. Barby, PA
FTC Oklahoma City            *E. Barby*

10/31/02
0880
3D

11-1-02
1040
3D

H. Al-Rubaie, PA
FTC Oklahoma City, OK

11/4/02  *Please continue on the protocol*
3D       *Requesting however we no provide News Notes*   *L. Walker*
0830  *however Bank Service*
                                                   L. Walker, PA
                                                   FTC Oklahoma City

| HOSPITAL OR MEDICAL FACILITY | | STATUS | DEPART./SERVICE | RECORDS MAINTAINED AT |
|---|---|---|---|---|
| SPONSOR'S NAME | | SSN/ID NO. | RELATIONSHIP TO SPONSOR | |

PATIENT'S IDENTIFICATION: (For typed or written entries, give: Name - last, first, middle; ID No or SSN; Sex; Date of Birth; Rank/Grade.)

REGISTER NO. 34689 - 083
WARD NO. 3D

*Martin, willie*

FTC Oklahoma City, OK

CHRONOLOGICAL RECORD OF MEDICAL CARE
Medical Record
STANDARD FORM 600 (REV. 6-97)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-9.202-1

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
|---|---|
| | |

FPI. LEX. Printed on Recycled Paper

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|

**DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)**

5/20/02
0810

S: c/o "I need to see a doctor about my Ⓛ
something bite me two times on my Ⓛ leg" c/o
X3days. NKDA.

(SHU) O: Ⓛ groin area exam (correctional officer present
as chaperone) ⊕ round painful nodule Ⓛ ingu
area mobile ∅ redness ∅ open wounds ∅ exud
∅ vesicles ⊕ femoral pulse ∅ palpable
Ⓡ groin area

A: ① Possible Ⓛ inguinal lymphadenopathy v

P: ① Case discussed c̄ Dr. Rehberg and referred
Dr. Rehberg for evaluation
② Cipro 500mg 1 po BID X 10 days
on Pill line.
③ Pt ed on med and exam
④ RTC if symptoms persist ↑ worsens
⑤ CBC BMP Ⓛ

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

N. REHBERG, D.O.
STAFF PHYSICIAN
FCI/FPC BECKLEY, WV

Ordered
MAY 20 2002 J. ZIOLKOWSKI, RPH
CONTRACT PHARMACIST
FPC/FCI BECKLEY
LABS DONE

Date: 5-20-02
Initials: HS
Time: 1330
Signature: HS Shreve
Hellen Shreve, Lab Tech

Federal Correctional Institution

P.O. Box 1280

Beaver, WV 25803

| | | |
|---|---|---|
| | RECORDS MAINTAINED | |
| PA | | |
| MED | | |
| SPC | | MARTIN |
| DEI | | WILLIE    34689-083 |
| CHR | | B/M/O/11-12-1972 |
| | | HT/503   WT/190   HR/BK   EY/BN |
| | | CUSTODY/IN |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 5/21/02 | Admin NOTE: Inmate on Lipid scarg[?] [illegible] |
| | for ?others. Instructed to do sickcall |
| | if Ø improvement 3-5d. |
| | N. REHBERG, D.O. STAFF PHYSICIAN FCI/FPC BECKLEY, WV [signature] |
| SHU | SHU |
| 6/4/02 | Sickcall — Three furuncles - Ⓛ supra pubic |
| 1300 | Rt & Ⓛ upper medial thigh. No Exudate |
| | or drainage. Ø Erythema Ø chills |
| SHU | O: T 97° wt 183 P 70 R 20 B/P 120/70 |
| | HEENT [illegible] EOMI |
| | Throat clean Ø adenopathy |
| | Heart SSR |
| | Lungs clean |
| | abd: soft Ø tender, Ⓛ Supra & Rt supra |
| | pubic area c̄ furuncles as well as medial |
| | thigh. Ø erythema (Ø Hot) Ø pain |
| | Ø adenopathy |
| | A: ① furunculosis / multiple |
| | ② Back pain (chronic) non acute. |
| | Plan: ① chart reviewed / labs reviewed |
| | ② Educated ō furunculosis & furuncles. |
| | ③ Flu prn |
| | ④ doxycycline 100 mg [illegible] # 28 x [illegible] |
| | JUN 0 4 2002 J. ZIOLKOWSKI, RPH CONTRACT PHARMACIST FPC/FCI BECKLEY — N. REHBERG, D.O. STAFF PHYSICIAN FCI/FPC BECKLEY, WV [signature] |

STANDARD FORM 600 BACK (REV

'540-00-634-4176

| EALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

5-4-02
3:15pm — Admin note. See injury assessment

S. LUSK, RN
CLINICAL NURSE
FPC/FCI BECKLEY, Beaver, WV

5/4/02
1845 — See Injury Assessment Form

S. Inmate was playing basketball and was elbowed and sustained a laceration above the left eye. No LOC, no headache, dizziness, double vision. He thought it would be OK but it kept bleeding so he came over for care

O- ① Gait nl
② 1.5cm laceration extending from end of eyebrow over os and extending lateral
③ PERRLA c̄ EOMI
④ Minimal bleeding

A- Laceration

P- ① Educated to use of lidocaine - No allergies
② ½ cc 2% Lidocaine plain
③ Cleansed c̄ betadine
④ Using sterile technique 6 - 5/0 nylon sutures

RECORDS
MAINTAINED
AT

**Federal Correctional Institution**

**P.O. Box 1280**

**Beaver, WV  25803**

| PATIENT'S NAME (Last, First, Middle Initial) PLARCA, Willie | | SEX |
|---|---|---|
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRADE |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34689-083 | DATE OF BIRTH |

CHRONOLOGICAL RECORD OF MEDICAL CARE        STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| /4/02 | placed |
| Cont'd | (5) Double Abx Ointment |
| | (6) Bandaid |
| | (7) F/U STAT if redness, pain, drainage |
| | (8) F/U 48° for check, F/U 5 days for suture removal |
| | Kenneth Kaiser PAC |
| | KENNETH KAISER |
| | K. KAISER PA-C<br>FCI/FPC BECKLEY |
| | N. REHBERG, D.O.<br>STAFF PHYSICIAN<br>FCI/FPC BECKLEY, WV<br>5/6/02 |
| 09/02 | S) Inmate Martin comes to sick call for suture removal |
| 345 | and states "I accidently tore one out" |
| | O) Vitals stable BP 120/80 P 78 T 96.7 |
| | No evidence of infection |
| | Removed 4 interuppted sutures over L eye |
| | A well healing laceration over L eye |
| | P Keep clean and dry |
| | Apply antibiotic oint. bid |
| | F/U @ sick call prn |
| | K. KAISER PA-C<br>FCI/FPC BECKLEY<br>[signature] |

STANDARD FORM 600 BACK (REV. 5-84)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each |
|------|------------------------------------------------------------------|
| 3/28/02 0835 (SHU) | S: c/o feet still c̄ cracking States he is using the foot cream "Nizoral" NKDA but is out of the other O: ⊕ very dry cracking skin on plantar surfaces of feet ∅ fissures ∅ redness ⊕ peeling A: ⊙ icthyoses c̄ also Tinea Pedis P: ① continue Nizoral cream as ordered. ② Vit A+D ointment apply to feet BID x #15gm ③ Pt edon foot care ∅ med ④ RTC if Sx persists ∅ worsens |
| MAR 28 2002 | J. ZIOLKOWSKI, RPH CONTRACT PHARMACIST FPC/FCI BECKLEY       S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| 4/8/02 0815 (SHU) | S: c/o LBP "chronic c̄ Hx of 2 bullets in back Awaiting Xrays ordered on 3/18/02. States he out of Motrin for pain. NKDA O: lipa lert and oriented x 3. NAD. Ambulat c̄ difficulty ∅ ataxia ⊕ active ROM c̄ some pain ↓ L-spine. Respirations even and un A: ⊙ LBP "chronic" P: ① Awaiting Xrays ordered on 3/18/02. ② Motrin 800mg q̄ po BID PRN x #40 afo ③ Pt ed on med c̄ food ④ RTC if Sx persist ∅ worsens |
| APR - 8 2002 | J. ZIOLKOWSKI, RPH CONTRACT PHARMACIST FPC/FCI BECKLEY       S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |

H RECORD

# CHRONOLOGICAL RECORD OF MEDICAL CARE

SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry)

P: (continued) ② Start Nizoral cream 2% apply to feet BID x #1 tube
③ Xray L-spine (Ordered)
④ Pted on foot care ē med and Xray Ordered
⑤ RTC if sx persist & worsens

MAR 1 8 2002

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

J. ZIOLKOWSKI, RPH
CONTRACT PHARMACIST
FPC/FCI BECKLEY

S: c/o "something bit me on my penis" NKDA.
O: skin exam small nodule ē hair follicle on Ⓡ perineal area ē Ø vesicle
A: Probable Inclusion cyst
P: ① Pt examined by Dr. McCham today
② Double antibiotic ointment apply to area BID x #1 tube
③ Pted on exam and med
④ RTC PRN

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

Paulette Hill 3-21-02

MAR 2 1 2002

J. ZIOLKOWSKI, RPH
CONTRACT PHARMACIST
FPC/FCI BECKLEY

RECORDS

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

MARTIN
WILLIE 34689-083
B/M/O/11-12-1972
HT/503 WT/190 HR/BK EY/BN
CUSTODY/IN

7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
| --- | --- |
| 2/28/02 0905 (S/Hu) | S: c/o "Bumps on back of head" "sores" x several weeks. NKDA. O: skin exam ⊕ fine red pustular lesions c̄ hair follicle on occipital area of scalp c̄ ∅ vesicle A: ⊕ Folliculitis P: ① Doxycycline 100mg ⅰ po BID X 14 days ② R̄ed on meds c̄ A↑H₂o and skin care. ③ Selsun shampoo apply twice per week x 30 days ④ RTC PRN |

J. ZIOLKOWSKI, RPH
CONTRACT PHARMACIST
FCI/FPC BECKLEY
FEB 2 8 2002

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

Cooney Mossey 2/28/02

| 3/16/02 0815 (S/Hu) | S: c/o dry painful area on both heels c̄ fine skin crack NKDA. O: skin exam ⊕ very dry hard skin on both heels c̄ fine cracking c̄ ∅ redness ∅ open fissures. ⊕ peripheral pulse A: ⊕ icthyosis bilateral heel areas P: ① Vit A+D ointment apply to affected area BID X 15 spmt# ② R̄ed on skin care c̄ med ③ RTC if sx persist ① W/O |

N. REUBERG, D.
STAFF PHYSICIAN
FCI/FPC BECKLEY

S. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

RECORDS
MAINTAINED ▶

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25803

MARTIN
WILLIE
B/M/O/11-12-1972          34689-083
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

5-84)

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |
|---|---|
| 3/12/02 | (#1) S: C/o LBP "chronic" states he has 2 bullets in |
| 0840 | back. (#2) c/o feet peeling and flaking but better |
| | than before the ointment NKDA. |
| (SHU) | O: ⊕ peeling c̄ fine scaling between toes and |
| | also plantar surfaces of feet ∅ redness ∅ fissures |
| | ∅ vesicles |
| | Up ambulatory s̄ ataxia ∅ difficulty. Alert and |
| | Oriented X3. |
| | A: ① LBP "chronic" |
| | ② Tinea Pedis |
| ☆ | P: ① Mycelex cream 1% apply to feet BID X #1 c̄ 1 RF |
| | ② Motrin 800mg i po BID PRN X #40 c̄ food |
| | ③ Ed on foot care c̄ med, and med c̄ food |
| | ④ RTC if symptoms persist or worsens |
| | MAR 1 2 2002 J. ZIOLKOWSKI, RPH CONTRACT PHARMACIST FPC/FCI BECKLEY |
| | Cathy Massey 3/12/02 — S. Taylor PA-C, S. TAYLOR, PA-C CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY |
| 3/18/02 | (#1) S: C/o feet still peeling medication not helping |
| 0825 | (#2) c/o still c̄ Chronic LBP states 2 bullets in back |
| | NKDA. |
| (SHU) | O: feet exam ⊕ peeling flaking plantar surfaces of |
| | feet and between webs of toes ∅ redness ∅ |
| | fissures |
| | Up ambulatory in room s̄ ataxia ∅ difficulty. |
| | Alert and Oriented X3. |
| | A: ① Tinea Pedis |
| | ② "chronic LBP" |
| | P: ① Stop Mycelex (continued) |

STANDARD FORM 600 BACK (REV

S. TAYLOR, PA-C, CERTIFIED PHYSICIAN ASSISTANT FCI/FPC BECKLEY

7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entry) |

2/3/01 S: c/o ↑ infection and swelling ®eye. not getting bett

0805 NKDA.

O: ® Lower lid red and swollen. c̄ pain c̄ palpatio

(SHU) PERRLA, faint nystagmus. ⊕ mild injection of

conjunctiva c̄ no exudate, or mucoid drainage

A: ®eye Hordeolum

P: ① continue erythro E-mycin. opth gtts ī gtt ®eye QID x 5d

② Doxycycline 100mg ī po BID x 10 days

③ warm moist compresses QID to ® Lower eye

④ Pt ed on eye care c̄ meds c̄ ↑ H₂O

⑤ RTC if sx persist or worsen

S.T. TAYLOR, PA-C
CERTIFIED PHYSICIAN ASSISTANT
FCI/FPC BECKLEY

Admin Note PA Taylor ok change of E-Mycin

oph soln to sulfacetamide ✗

DEC 0 3 2001   J. ZIOLKOWSKI, RPH
CONTRACT PHARMACIST
FPC/FCI BECKLEY

RECORDS
MAINTAINED
AT ▶

MARTIN                    34689-083
WILLIE
B/M/O/11-12-1972
HT/503   WT/190    HR/BK    EY/BN
CUSTODY/IN

**Federal Correctional Institution**

P.O. Box 1280

Beaver, WV 25803

MARTIN                    34689-083
WILLIE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (sign each entr |
|------|------|
| 12/6/01 | S: c/o heels very Dry and Cracking NKDA. |
| 0810 | O: feet exam ⊕ very Dry calleous formation both |
| | heels c fissures and dryness but no open wounds o |
| (SHU) | redness |
| | A: ⊕ icthyosis bilateral heel area |
| | P: ⊕ Double antibiotic ointment apply to both |
| | heel area BID x # 1 tube |
| | ② Pt ed on foot care c med |
| | ③ RTC PRN    S. TAYLOR, PA-C |
| | CERTIFIED PHYSICIAN ASSISTANT |
| | FCI/FPC BECKLEY |
| 12/6/01 | J. ZIOLKOWSKI, RPH  CONTRACT PHARMACIST  FPC/FCI BECKLEY |
| | |
| 12/10/01 | S: c/o tooth pain ®↑ molar area x 4 days |
| 0800 | NKDA |
| | O: ⊕ R↑ molar pain c ↑ redness & swelling of |
| (SHU) | gingiva |
| | A: ⊕ Dental Pain |
| | P: ① Motrin 800 mg ī po BID PRN x #40 c food |
| | ② Pt ed on meds c food |
| | ③ Referred to Dental Services D/tx |
| | ① RTC PRN    S. TAYLOR, PA-C |
| | CERTIFIED PHYSICIAN ASSISTANT |
| | FCI/FPC BECKLEY |
| DEC 10 2001 | J. ZIOLKOWSKI, RPH  CONTRACT PHARMACIST  FPC/FCI BECKLEY |
| | |
| | |
| | |

NSN 7640-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
| --- | --- |

| DATE | | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION (Sign each entry) | | |
| --- | --- | --- | --- | --- |
| | **S.** | Received at FCI Beckley. W.V. Intake screening completed and record reviewed on this date. | | |
| 8/2/01 | | Present medical complaints: If Yes, specify: | YES | NO |
| 1420 | | Medical transfer form BP-360(60) received and reviewed: in NO, was BP-360(60) completed? — Yes | YES | NO |
| | | Medication Allergies: If Yes, specify: | YES | NO |
| | | Current medication If YES, specify type, strength, dosage, times and expiration: | YES | NO |
| | | Immunization record reviewed: | YES | NO |
| | | Date of last PPD: 6-20-01 | POS | NEG |
| | | Known current venereal or communicable diseases: | YES | NO |
| | | Use of alcohol or drugs, present or past: If YES, is all required information specified in the "INTAKE SCREENING" section of the BP-360(60) annotated on the form? | YES | NO |
| | | IDEATIONS OF SUICIDE: If YES, CONTACT PSYCHOLOGY IMMEDIATELY! | YES | NO |
| | **O.** | Alteration of behavior noted: if yes, describe what type, to include state of consciousness, mental status, appearance, conduct, tremors and sweating. | YES | NO |
| | | Abnormal skin conditions including trauma markings, bruises, lesions, jaundice rashes and infestations, needle marks or other indications of drug abuse: If YES, specify: | YES | NO |
| | **A.** | Essentially healthy male: If NO, specify: | YES | NO |
| | **P.** | RTC. prn. Sick call, call-outs, emergency care, hours of operation and pill line instructions given: | YES | NO |
| | | Medical referral: | YES | NO |
| | | Psychological referral: | YES | NO |
| | | PA/RN name (printed or stamp)   K Rose, RN | | |
| | | PA/RN name (signature) | Date 8-2- |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

K. ROSE, RN
FCI / FPC BECKLEY
BEAVER, WV

Federal Correctional Institution
P.O. Box 1280
Beaver, WV 25813

MARTIN
WILLIE                    34689-083
B/M/O/11-12-1972
HT/503    WT/190    HR/BK    EY/BN
CUSTODY/IN

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

| | |
|---|---|
| 6/16/00 | S: Pt c/o sorethroat x1day + bumps |
| 1104 | on his head x3 wks |
| | O NAD A+OX3 Amb |
| | back of head: ⊕ small nonerythem |
| | bumps ⊕ d/c |
| | BP120/76  P 72  R 16  t: 98⁸ |
| | lungs: bilat CTA |
| | throat: ⊕ inflam (L>R) ⊕ erythema peried |
| | ⊕ lymph inflam |
| | A tonsillitis, folliculitis |
| 0095986 | P. PCN 250mg c̄ TID x10days |
| 0095987 | ⇒ Betameth lotion - apply to back |
| | of head BID - keep clean + dry |
| | ° ↑ fluids |
| | ° RTSC if S/s persist |
| | ° pt called on meds    D. INCH, PA-C |
| | USP ALLENWOOD |

6/16/00

D. INCH

Patient Medication Education Receipt
Dispensed with Medication

RECORDS MAINTAINED AT:  USP ALLENWOOD

PATIENT'S NAME (Last, First, Middle Initial)
Martin Willie

RELATIONSHIP TO SPONSOR        STATUS

SPONSOR'S NAME    34689 - 083

DEPART., SERVICE, SSN/IDENTIFICATION NO.

SEX

RANK/GRA

ORGANIZATION

DATE OF B

 

7-7-00 | S: Pt requests betamethasone valerate refill for folliculitis
920 | O: Amb/NAD/A+O×3
Neck: ⊕ erythematous macules ∅ d/c
ASkerda RPh | A: Folliculitis
R. SKERDA, RPH | P: Betamethasone valerate - apply to neck BID #1
USP ALLENWOOD

Ord.Date MARTIN, WILLIE J. DESAN
07/07/00 34689-083
[redacted] APPLY SPARINGLY TO THE AFFECTED AREAS OF FOR NECK TWICE DAILY
Rx #
1579 BETAMETHASONE VAL 0.1% LO # 60

7/7/00
1400

J. Desan, PA

Government Printing Office: 1993 — 342-199/60045

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

| | |
|---|---|
| 11/30/99 | Admin note |
| 0820 | Seen at Surg. Consult clinic ( D° Trevulades) |
| | DD 1) Cyst, node (R) biceps area |
| | P Jo keep under observation with F/u at Surg clinic |
| | in 3 mos. ( F/u consult written) |
| | Deven Chanmugam, M.D. |
| 1/21/00 | -Admin note |
| 0840 | Seen at Surg consult clinic re lump in (R) biceps area and |
| | hx g bullet in posterior (L) scapular area) |
| | no surgery indicated at this time. |
| | Deven Chanmugam, M.D. |
| 1/31/00 | S. pt c/o coughing, general malaise and sore |
| 0850 | throat |
| | O: RR 12/min Pulse 76/min temp 99.0 F° |
| | HEART - WNL |
| | LUNGS - Clean |
| | A URI |
| 0090365 | P ① Humibid tab # 12 + Po bid ∅ |
| 0090367 | ② Actifed tab # 15 + Po tid ∅ |
| | ↑ fluid, intake |
| | A. BETANCES, PA |
| | USP ALLENWOOD |
| 1/31/00 | Patient Medication Education Sheet (s) #  Dispensed with Medication   R. SKERDA, RPH |
| 10:15 | R. Skerda, RPH USP ALLENWOOD |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: USP ALP

PATIENT'S NAME (Last, First, Middle Initial)
Martin, Willie

SEX

RELATIONSHIP TO SPONSOR   STATUS   RANK/GRADE

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.
34689 - 083

DATE OF BIRTH
11/12/72

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-8 Prescribed by GSA and ICMA

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4/21/00 | S: Pt c/o constipation |
| 0630 | O: Amb/NAD/A+Ox3 |
| SAU | A: Constipation |
| 0093704 | P: Bisacodyl 5mg ii PO q hs #6 |
| | ↑ Fluids |
| 4/21/00 0940 R. SKERDA, RPH USP ALLENWOOD | J. DESANTO, PA USP Allenwood |
| 5-2-00 | S: Pt c/o bumps on back of neck |
| 0630 | O: Amb/NAD/A+Ox3 |
| SNU | Neck: ⊕ small bumps ∅ d/c |
| | A: Folliculitis |
| 0094200 | P: ① Betamethasone valerate lotion - apply to neck BID #1 |
| 5/2/00 1152 hrs | RTW S/C if s/s continue |
| | R. SKERDA, RPH USP ALLENWOOD — J. DESANTO, PA USP Allenwood |
| 5/15/00 | (S) Med Refill |
| 1040 | (O) NAD |
| | Ambulatory |
| | (A) Folliculitis |
| 0094003 | (P) ① Betamethasone Val lotion AM Bid Ref # |
| 5/15/00 R. SKERDA, RPH USP ALLENWOOD | C. FRIMPONG Physician Assistant |

U.S. Government Printing Office: 1993 — 342-199/60045

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |

NSN 7540-00-634-4176

| HEALTH RECORD | | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|---|

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 4 22 99 | IM refused to be seen at chronic care clinic |
| | S. Dahl / S Dell |
| | S. K. Lee |
| | SUNG K. LEE, M.D. |
| | USP ALLENWOOD |
| 5 12 99 0900 | S- Seen in Chronic Care Clinic  HYPERTENSION |
| | Working in kitchen |
| | Smoking 5 cigs     Exercise daily    Diet reg |
| | Hospitalized twice for GSW    last time 2 yrs ago |
| | No FH of HTN    Father has diabetes |
| | No medication / Allergies |
| | Current meds  nil |
| | Denies cough, headaches, SOB, chest pains |
| | O   26 y  AA male in no acute distress |
| | Alert  w cooperative   gait  speech  normal |
| | P 64/mt   RR 12/mt   BP 110/70   Wt 186 lb ?  5'2½ |
| | Throat  clean    neck  supple |
| | Lungs clinically clear    heart  s♂s  normal |
| | (R) side of chest  surgical scars |
| | Abd  soft |
| | Lower  extremities  no edema |
| A | 1) Essentially healthy male with P.H of GSW to chest |
| P | Patient education  diet  exercise  smoking  discussed. |

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

RECORDS MAINTAINED AT: ▶ USP Allenwood

PATIENT'S NAME *(Last, First, Middle Initial)*  Martin , Willie

SEX  M

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRAD

SPONSOR'S NAME | | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.  34689 - 083 | DATE OF BIR

USP Allenwood
P.O. Box 3500
White Deer, PA 17887

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV. 5
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

 

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 5/12/99 | P For Chest X'ray (to check whether |
| R. SKERDA, RPH | bullets are still in thoracic cavity) |
| USP ALLENWOOD | Discharged from Chronic care clinic (Hypertension) |
| 10/13/99 | S. Pt c/o bumps on lips + LBP x 1 mos - denies |
| 1140 | trauma |
| | O. WNWD A+Ox3 Amb. |
| | low back: full ROM, ⊘inflam, ⊘erythema, |
| | ⊘straight leg raise |
| | Lip - Ⓛ corner ⊕ abrasion |
| | A. LBD |
| 0086390 | P. Tylenol 325mg ii TID #30 |
| 0086391 | · antibx ointment - apply to lip BID #1 |
| | · keep area clean + dry |
| | · RTSC if symptoms persist |
| | Patient Medication Education Sheet (s) # 2 |
| 10/13/99 | Dispensed with Medication |
| | R. SKERDA, RPH USP ALLENWOOD Dunch / Inch PA-C |
| 11/8/99 | (S) Relates "lump" in Ⓡ arm x ~ ii |
| 0915 | months - (?) ↑'d size - ⊘ fever, |
| | discharge, etc. - has applied hot |
| | soaks to no avail |
| | (O) NAD AFG |
| | ~ 1 x 1 cm firm nodule subc. |
| | Ⓡ upper arm below biceps on |
| | medial side - ⊕ mobile non - |
| | tender - lesion is discrete |
| | Ⓐ (?) granuloma, etc. |
| | Ⓟ ⓒ surgical consult - (?) excis. PA |

STANDARD FORM 600 BACK (REV. 5-84)

J. PANNEL, PA

U.S. Government Printing Office: 1993 — 342-189/60045

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |

INTAKE SCREENING REPORT

DATE/TIME: 3/31/99 0922

BP-149 "MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT" REVIEWED

(IF NO, WHY NOT): Yes

BP-360 "MEDICAL HISTORY" REVIEWED (DOCUMENT ON BP-360 THAT YOU REVIEWED):

Yes

MEDICAL DIAGNOSIS: ~~Allergy~~          CHRONIC CARE CLINIC:

(1) ? Hx HTN per I/m                (CIRCLE YES/NO)

(2)

(3)

(4)

(5)

LAST DOCUMENTED PPD TEST (DOCUMENT DATE, POSITIVE OR NEGATIVE, IF POSITIVE
IS THERE EVIDENCE OF TREATMENT; IF NO PRIOR PPD - PPD MUST BE PROVIDED WITH[IN]
TWO WORKING DAYS):

MEDICATIONS: None

(1)

(2)

(3)

(4)

(5)

(6)

ALLERGIES: NKDA

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

USP Allenwood
PO Box 3500
White Deer, PA 17887

| RECORDS MAINTAINED AT: | ▶ USP ALLENWOOD, WHITE DEER, PA 1[ ] |
|---|---|

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| Martin, Willie | | M |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRA[DE] |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. 34689-083 | DATE OF B[IRTH] |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV.

INTAKE SCREENING (Continued)

PRESENT SUICIDAL IDEATIONS (IF YES - REQUIRE IMMEDIATE EVALUATION/DOCUMENTATION):
None

IS THERE EVIDENCE OF LICE (IF YES - INMATE MUST BE ISOLATED AND PROPERLY TREATED):
None

DUTY/HOUSING RESTRICTIONS: None

SIGNATURE/BLOCK STAMP: [signature] Arden J. Duttry, Paramedic
USP Allenwood

RETURN THIS FORM WITH ALL MEDICAL RECORDS INTO THE MEDICAL RECORD DEPARTMENT. THESE FORMS AND MEDICAL RECORDS WILL BE REVIEWED WITHIN ONE WORKING DAY AFTER ARRIVAL.

REVIEWED BY MEDICAL RECORD DEPARTMENT ON: 3-31-1999

REVIEWED BY: J. A. Welsh, H.I.T.

REVIEWED BY AHSA/HSA/CLINICAL DIRECTOR ON: 4/1/99

RECOMMENDATIONS: To be placed on Hypertension Clinic

ANY DISABILITY ASSIGNMENTS (SPEECH IMPAIRMENT/HEARING IMPAIRMENT/VISION IMPAIRMENT/MISSING EXTREMITY/NONPARALYTIC ORTHOPAEDIC IMPAIRMENT/PARTIAL PARALYSIS/OTHER PHYSICAL IMPAIRMENT/DISFIGUREMENT): Ø

REVIEWED BY: [signature] Roberto Martinez, AHSA, PA
USP Allenwood

7540-00-634-178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |

**1-15-99**
**1413**

FOOD SERVICE WORKERS PHYSICAL EXAM

VITAL SIGNS: B/P: 140/94 T: afebrile P: 72 RESP: 14 WT: 188

PPD DATE: 12-97   2/99   Neg (SB)

CXR DATE:

SKIN:   RASH/LESIONS:   (NO)

YES (LOCATION):

HEENT:   ears-clean
PERL
Throat-clean
Neck-supple

RESPIRATORY: clear s̄ wheeze or rhonchi

CARDIAC: RRR s̄ (m)

EXTREMITIES: WNL

ESSENTIALLY HEALTHY MALE:   (YES)   NO

OK FOR FOOD SERVICE:   YES   (NO)

IF NOT OK. SCHEDULE FOR MD EVALUATION

PT. EDUCATION: ① Needs PPD
② Told to RTW Wed. for BP✓.   J. DeSanto,

---

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

Martin, Willie

34689-083
USP Allenwood
P.O. Box 3500
White Deer, PA 17887

| RECORDS MAINTAINED AT: | USP ALLENWOOD P.O. BOX 3500 WHITE DEER, PA 17887 | J. DESANTO, PA USP Allenwood |
|---|---|---|
| PATIENT'S NAME (Last, First, Middle Initial) | | |
| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRA |
| SPONSOR'S NAME | | ORGANIZATION |
| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BI |

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 500 (REV. 5
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

7540-00-634-4178 500-1

HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION (Sign each entry) |
| --- | --- |
| 2/4/99 1405 | FOOD SERVICE WORKERS PHYSICAL EXAM |
| | VITAL SIGNS: B/P: 110/84 T: afebrile P: 66 RESP: 14 WT: 287 |
| | PPD DATE: ~~12/95~~ ⊖ 2-3-99 |
| | CXR DATE: |
| | SKIN: RASH/LESIONS: (NO) |
| | YES (LOCATION): |
| | HEENT: PERRL, ears - clear, throat - clear s̄ exudate, neck - supple s̄ lymphad. |
| | RESPIRATORY: clear s̄ wheeze or rhonchi |
| | CARDIAC: RRR s̄ m |
| | EXTREMITIES: WNL FROM Ø edema |
| | ESSENTIALLY HEALTHY MALE: (YES) NO |
| | OK FOR FOOD SERVICE: YES (NO) |
| | IF NOT OK, SCHEDULE FOR MD EVALUATION |
| | PT. EDUCATION: ① Needs PPD checked done 2/3/99 |
| | J DeSanto, PA J. DESANTO, PA USP Allenwood |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

USP Allenwood
P.O. Box 3500
White Deer, PA 17887

RECORDS MAINTAINED AT: USP ALLENWOOD P.O. BOX 3500 WHITE DEER, PA 17887

PATIENT'S NAME (Last, First, Middle initial): Martin, Willie

SEX:

RELATIONSHIP TO SPONSOR: | STATUS: | RANK/GRADE:

SPONSOR'S NAME: | ORGANIZATION:

DEPART./SERVICE: | SSN/IDENTIFICATION NO.: 34689-083 | DATE OF BIRTH:

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-84) Prescribed by GSA and ICMR FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4178

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION (Sign each entry) |

600  108

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT  TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 8-19-98 | No show to sickcall. |
| 1115 | D. Unch |
| | DIANE SCHANTZ, PA-C |
| | USP ALLENWOOD |
| | |
| 9-9-98 | See BP 360 |
| | D. INCH, PA-C |
| | USP ALLENWOOD |
| | |
| 2/1/99 | S: Pt c/o nasal congestion x 2 days. |
| 1165 | O: Ambulatory, NAD, A+O x3    T° 97.2    BP 120/94 |
| | Ears: clear   Nose: clear drainage  Throat: clear |
| | Neck: supple   chest: clear s̄ wheeze or rhonchi  Heart: RRR s̄ |
| | A: URI |
| 0076740 | P: ① Beclamethasone nasal spray ī-īī puffs each nostrile |
| | BID  # 1 |
| | ② Drink plenty of fluid |
| | ③ RTZ  S/C PRN |
| | J. DeSanto PA |
| 2/1/98 | R/ Patient Education #5 RSkerda Rph  R. SKERDA, RPH  J. DESANTO, PA |
| | Given and Understood:  USP ALLENWOOD  USP Allenwood |

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

USP Allenwood
P.O. Box 3500
White Deer, PA 17887

RECORDS MAINTAINED AT: ▶ ALP

PATIENT'S NAME (Last, First, Middle Initial)
Martin Willi

SEX

RELATIONSHIP TO SPONSOR   STATUS   RANK/GRADE

SPONSOR'S NAME   ORGANIZATION

DEPART./SERVICE  SSN/IDENTIFICATION NO.  346 89-083   DATE OF BIRTH

CHRONOLOGICAL RECORD OF MEDICAL CARE   STANDARD FORM 600 (REV. 5-84)
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| **DATE** | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

| 6 | 19 | 98 | I/M did not show at chronic care clinic. |

1405    P) To be rescheduled.

~~SUNG K. LEE, M.D.~~
USP ALLENWOOD

---

6-25-98    # 400066948    MEDICATION NOT PICKED
UP BY INMATE.

Steven E. Brown, Paramedic
~~USP Allenwood~~

---

7 | 10 | 98    **GENERAL MEDICINE CLINIC**

1040    S) H/o GSW to chest.

O) Wt. 192 lbs   BP 110/70   P 80/m   R 16/m   T. 97.2F
$SaO_2$: 99 %

HEENT: unremarkable

Neck: No JVD. Papules & scales on Rt. side of nec

Lungs: clear

Heart: Regular rhythm, No murmur

abdomen & Extremities: Normal

A) ① Tinea corporis

② Normal healthy male: currently not on Elavil.

P) ① Miconazole 2% cream # 1 tube
apply to Rt. side of neck BID    S, K Lee

② D/c chronic care clinic

SUNG K. LEE, M.
USP ALLENWOOD

PATIENT'S IDENTIFICATION (Use this space for Mechanical Imprint)

RECORDS MAINTAINED AT: ▶ USP Allenwood

PATIENT'S NAME (Last, First, Middle Initial)
Martin, Willie

| SEX | |

RELATIONSHIP TO SPONSOR | STATUS | RANK/GRAD

SPONSOR'S NAME | ORGANIZATION

DEPART./SERVICE | SSN/IDENTIFICATION NO.
34689 - 083 | DATE OF BIR

USP Allenwood
P.O. Box 3500
White Deer, PA 17887

CHRONOLOGICAL RECORD OF MEDICAL CARE

STANDARD FORM 600 (REV. 5-
Prescribed by GSA and ICMR
FIRMR (41 CFR) 201-45.505

 

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| 7/23/98 | I/m did not pick up meds |
| 0200 | S. Brown Paramedic |
| | MEDICATION NOT PICKED UP BY INMATE. Steven E. Brown, Paramedic USP Allenwood |
| 8/17/98 | S: B/M c/o itching, sore throat and general malaise. Patient also |
| 1345 | c/o cough c green sputum. Sx x 1d. Patient states he |
| CALL W | has had some nasal discharge but not profuse |
| | O: T = 96.5°F BP = 140/96 P = 76 NAD |
| | HEENT: No lymphadenopathy. Thyroid gland non-palpable. No tenderness |
| | of glands on palpation. Nose clear c (L) turbinate enlarged. (L) |
| | tonsil enlarged but benign |
| | Lungs Clear in all fields. No wheezes, crackles, or rales. |
| | A: ① Viral syndrome prodromal |
| | ② (?) HTN |
| | P: ① Quarters x 2d |
| | ② Rest c ↑ liquids |
| 0003086 | ③ Meds CTM 4 mg 1 po q4h prn #30 |
| 0003087 | ④ Tylenol 325 mg 2 po qid prn dm #30 |
| | ⑤ F/U prn routine sick call |
| | ⑥ ADVISED: SGMR BP Vs — (?) RF |
| | C. Quinante — PA-S |
| | PT. EXAMINED — NOTE REVIEWED |
| | J. PANNELL, PA |
| 8/17/98 | Rx Patient Education Given and Understood: #23411 |
| | R. SKERDA, RPH USP ALLENWOOD |

U.S. Government Printing Office: 1993 - 342-189/60006

STANDARD FORM 600 BACK (REV. 5-84)

NSN 7540-00-634-4176

| HEALTH RECORD | CHRONOLOGICAL RECORD OF MEDICAL CARE |
|---|---|
| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT TREATING ORGANIZATION *(Sign each entry)* |

INTAKE SCREENING REPORT

**6/2/98**

**1530**

DATE/TIME:

BP-149 "MEDICAL RECORD OF FEDERAL PRISONER IN TRANSIT" REVIEWED

(IF NO, WHY NOT): No — new commit.

BP-360 "MEDICAL HISTORY" REVIEWED (DOCUMENT ON BP-360 THAT YOU REVIEWED):

yes

MEDICAL DIAGNOSIS:                    CHRONIC CARE CLINIC:

(CIRCLE YES/NO)

(1) Rx of GSW on back.

(2)

(3)

(4)

(5)

LAST DOCUMENTED PPD TEST (DOCUMENT DATE, POSITIVE OR NEGATIVE, IF POSITIVE
IS THERE EVIDENCE OF TREATMENT; IF NO PRIOR PPD - PPD MUST BE PROVIDED WITHIN
TWO WORKING DAYS): 12/97 OMM (—).

MEDICATIONS:

(1) Elavil 25mg Take 1 tablet at 2030 pill line × 30d
(2) ___ (pain control)? or Depression?

(3) Naproxen 275mg #30 ī PO tid Ø.

(4) R. SKERDA, RPH
    USP ALLENWOOD

(5)

(6)

ALLERGIES: NKA.

PATIENT'S IDENTIFICATION *(Use this space for Mechanical Imprint)*

USP Allenwood
PO Box 3500
White Deer, PA 17887

| RECORDS MAINTAINED AT: ▶ | USP ALLENWOOD, WHITE DEER, PA 17 |
|---|---|

| PATIENT'S NAME *(Last, First, Middle Initial)* | | SEX |
|---|---|---|
| Martin, Willie | | |

| RELATIONSHIP TO SPONSOR | STATUS | RANK/GRA |
|---|---|---|

| SPONSOR'S NAME | | ORGANIZATION |
|---|---|---|

| DEPART./SERVICE | SSN/IDENTIFICATION NO. | DATE OF BI |
|---|---|---|
| | 34689-083 | |

CHRONOLOGICAL RECORD OF MEDICAL CARE    STANDARD FORM 600 (REV, S
Prescribed by GSA and ICMR

 

| DATE | SYMPTOMS, DIAGNOSIS, TREATMENT, TREATING ORGANIZATION *(Sign each entry)* |
|---|---|
| | INTAKE SCREENING (Continued) |
| | PRESENT SUICIDAL IDEATIONS (IF YES - REQUIRE IMMEDIATE EVALUATION/DOCUMENTATION): NO |
| ∅ | IS THERE EVIDENCE OF LICE (IF YES - INMATE MUST BE ISOLATED AND PROPERLY TREATED): |
| | DUTY/HOUSING RESTRICTIONS: ∅ |
| | SIGNATURE/BLOCK STAMP: A. Betances PA A. BETANCES Physician Assistant |
| | RETURN THIS FORM WITH ALL MEDICAL RECORDS INTO THE MEDICAL RECORD DEPARTMENT. THESE FORMS AND MEDICAL RECORDS WILL BE REVIEWED WITHIN ONE WORKING DAY AFTER ARRIVAL. |
| | REVIEWED BY MEDICAL RECORD DEPARTMENT ON: 6-3-98 |
| | REVIEWED BY: K. McCOY MT (ASCP) |
| | REVIEWED BY AHSA/HSA/CLINICAL DIRECTOR ON: 6/5/98 |
| | RECOMMENDATIONS: needs complete physical, laboratory w/u, dental, tetanus; f/u with MD on chronic care clinic in 2 weeks |
| | ANY DISABILITY ASSIGNMENTS (SPEECH IMPAIRMENT/HEARING IMPAIRMENT/VISION IMPAIRMENT/MISSING EXTREMITY/NONPARALYTIC ORTHOPAEDIC IMPAIRMENT/PARTIAL PARALYSIS/OTHER PHYSICAL IMPAIRMENT/DISFIGUREMENT): |
| | None noted |
| | REVIEWED BY: RONALD A. LAINO, PA-C HEALTH SYSTEMS ADMIN. |

U.S. Government Printing Office: 1993 — 342-199/80045

STANDARD FORM 600 BACK (REV. 5-84)

CHEMISTRY

5/22/2002PAGE: 4:3

ARTIN.WILLIE FC: 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 AGE: 29

5/22/2002PAGE: 1:1

ECKLEY VAMC CLINICAL LAB

-----CBC PROFILE-----

| ocale LOOD | FBP 03/15 2001 15:20 | FBP 05/20 2002 16:01 | Units | Reference Ranges |
|---|---|---|---|---|
| BC | 5.7 | 5.4* | K/cmm | 4.8-10.8 |
| BC | 4.89 | 5.39 | M/cmm | 4.7-6.1 |
| GB | 15.4 | 16.9 H | G/Dl | 13.5-16.5 |
| CT | 45.4 | 50.9 | % | 42-52 |
| CV | 92.7 | 94.4 H | FL | 80-94 |
| CH | 31.5 H | 31.3 H | υα | 27-31 |
| CHC | 34.0 | 33.2 | gm/dl | 33-37 |
| DW | | | % | 11.5-14.5 |
| LT | 263 | 262 | K/cmm | 130-400 |
| EGS | | | % | 40-75 |
| ANDS | | | % | 0-10 |
| YMPHS | | | % | 20-50 |
| ONOS | | | % | 2-12 |
| OSINO | | | % | 0-3 |
| ASO | | | % | 0-1 |
| LI.E | | | LO ADO-HI ADO | |
| BC MOR | | | NORMAL | |
| EURTO% | 66.8 | 54.4 | PERCENT | 40-75 |
| OSIN % | 2.2 | 3.3 | PERCENT | 0-5 |
| ASO % | 0.4 | 1.7 | PERCENT | 0-2 |
| YMPH % | 20.7 | 34.7 | PERCENT | 20.5-51.1 |
| ONO % | 9.9 | 5.9 | PERCENT | 2-12 |
| RON % | | | PERCENT | 42.2-75.2 |
| 1NTROB | | | MM/HR | 0-10 |
| ICKLE | | | g/dl | NEG |
| ETIC | | | % | .5-1.5 |
| uB A1C | | | % | 4.1-6.5 |
| omments: | a | b | | |

================================================================

- - - - - - - C O M M E N T S - - - - - - - -

KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

D. MCLAIN, D.O. CLINICAL DIRECTOR
FCI/FPC BECKLEY

5-29-02

For Test: CBC (COULTER PROFILE)
DM
For Test: CBC (COULTER PROFILE)
NR/STAT

 

HEMATOLOGY

BRTIN,WILLIE FC:   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 AGE: 29                    5/22/2002 PAGE: 4:1

BECKLEY VAMC CLINICAL LAB

----CHEM PROFILE----

| Locale<br>SERUM | FRP<br>05/20<br>2002<br>19:01 | Units | Reference<br>Ranges |
|---|---|---|---|
| GLUCOSE | 112 H | mg/dL | 65-110 |
| BUN | 15 | mg/dL | 7-20 |
| CREAT | 1.1 | mg/dL | .7-1.5 |
| NA | 147.0 H | mmol/L | 137-145 |
| K | 4.8 | mmol/L | 3.6-5 |
| CL | 106.0 | mmol/L | 98-107 |
| CO2 | 26.0 | mmol/L | 22-30 |
| CA | 9.6 | mg/dL | 8.4-10.2 |
| PO4 | | mg/dL | 2.5-4.6 |
| MG | | mg/dl | 1.6-2.3 |
| PROTEIN | 8.1 | G/DL | 6.3-8.2 |
| ALBUMIN | 4.2 | g/dl | 3.5-5 |
| GLOB | 3.9 | GMS/DL | 2.5-4.5 |
| A/G | 1.1 | ratio | .7-2 |
| T. BILI | 0.3 | mg/dL | .2-1.3 |
| D. BILI | 0.3 | mg/dl | 0-.4 |
| ALK PHO | 82 | IU/L | 38-126 |
| AST | 23 | IU/L | 15-46 |
| ALT | 26 | IU/L | 11-66 |
| G-GTP | | IU/ml | 12-58 |
| LDH | | IU/L | 313-618 |
| ANI GAP | 20.0 | mEq/L | 7-22.9 |
| OSMO. C | 285 | mOsm/L | 270-300 |
| B/CR R | 13.1 | RATIO | 1-20 |
| TRO-I | | ng/ml | 0-2 |
| CPK | | IU/L | 55-170 |
| CK)/MB | | ng/ml | 0-9 |
| %SMBZ | | PERCENT | 0-3 |
| AMYLASE | | IU/L | 30-110 |
| LIPASE | | IU/L | 23-300 |
| URIC AC | | mg/dL | 3.5-9.5 |
| ACETONE | | | NEG |

Comments:   ~

D. MCLAIN, D.O. CLINICAL DIRECTOR

FCI/FPC BECKLEY

5-29-0~

-------- C O M M E N T S ---------

KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

~ 'For Test: BASIC METABOLIC PANEL
  'NR/STAT
  'For Test: HEPATIC FUNCTION PANEL
  'NR/STAT

 

HEMATOLOGY

ASTIN,WILLIE FCI    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 AGE: 28                                    8/16/2001 PAGE: 1:1

CERTFY VAMC CLINICAL LAB

----CBC PROFILE----

| Scale | FBP | | Reference | |
|---|---|---|---|---|
| DOB | 08/15 | | Reference | |
| | 2001 | | | |
| | 15:20 | Units | Ranges | |
| WC | 5.7 | K/cmm | 4.8-10.8 | |
| RC | 4.89 | M/cmm | 4.7-6.1 | |
| HB | 15.4 | G/DL | 13.5-16.5 | |
| HCT | 45.4 | % | 42-52 | |
| MCV | 92.7 | FL | 80-94 | |
| MCH | 31.5 H | pg | 27-31 | |
| MCHC | 34.0 | gm/dL | 33-37 | |
| RDW | | % | 11.5-14.5 | |
| PLT | 269 | K/cmm | 130-400 | |
| GRS | | % | 40-75 | |
| LYMP% | | % | 0-10 | |
| MPHS | | % | 20-50 | |
| MXOS | | % | 2-12 | |
| GRANO | | % | 0-3 | |
| ISO | | % | 0-1 | |
| .T.E | | | LO ABO-HI ABO | |
| RC MOR | | | NORMAL | |
| URTO% | 56.8 | PERCENT | 40-75 | |
| MSIN % | 2.2 | PERCENT | 0-5 | |
| ISO % | 0.4 | PERCENT | 0-2 | |
| LMPH % | 20.7 | PERCENT | 20.5-51.1 | |
| MNO % | 9.9 | PERCENT | 2-12 | |
| SGN % | | PERCENT | 42.2-75.2 | |
| RETRO% | | MM/HR | 0-10 | |
| CMLF | | g/dl | NEG | |
| TTIC | | % | .5-1.5 | |
| SB A1C | | % | 4.1-6.5 | |

Comments:    a
======================================================================================

- - - - - - - C O M M E N T S - - - - - - -

KEY: "L"=Abnormal low, "H"=Abnormal high, "*"=Critical value

*For Test: CBC (COULTER PROFILE)
*DM



D. McLAIN D.O., CLINICAL DIRECTOR
FCI/FPC BECKLEY
BEAVER, WV

8/17-01

| MEDICAL RECORD | RADIOLOGIC CONSULTATION REQUESTS/REPORTS |

ATTACH 3D REPORT ALONG HERE ▲ AND SUCCEEDING ONES ON ABOVE LINES

NSN 7540-00-634-4162

PATIENT IDENTIFICATION *(For typed or written entries give:* Name — last, first, middle, Medical Facility)

MARTIN    Willie    DOB 11 12/72

34689 - 083

LOCATION OF MEDICAL RECORDS
USP  ALW

519-218

| AGE | SEX | SSN (Sponsor) | WARD/CLINIC | REGISTER NO. |
| 26 | M | | | |

EXAMINATION REQUESTED (Use SF 519-B for multiple exams)

Chest  PA

REQUESTED BY
Deven Chanmugam, M.D.

TELEPHONE NO.

FILM NO.
052599-12

DATE REQUESTED
5/12/99

PREGNANT
☐ YES   ☐ NO

SPECIFIC REASON(S) FOR REQUEST (Complaints and findings)

hx of GSW Ⓡ chest  ? FB in thoracic cage

DATE OF EXAMINATION (Month, day, year)
5/28/99

DATE OF REPORT (Month, day, year)

DATE OF TRANSCRIPTION (Month, day, year)

RADIOLOGIC REPORT

Chest:  The patient has a gunshot wound.  The bullet lies within the left axilla.  The lung fields are aerated and free of active infiltrate.
IMPRESSION:  NO ACTIVE PULMONARY PROCESS.  PREVIOUS GUNSHOT WOUND.

d & t: June 7, 1999
abs

Maurice H. Rowell, Jr., M.D.

Deven Chanmugam, M.D.

SIGNATURE

LOCATION OF RADIOLOGIC FACILITY

MEDICAL RECORD    RADIOLOGIC CONSULTATION REQUEST/REPORT
*U.S. GOVERNMENT PRINTING OFFICE: 1993-349-094

STANDARD FORM 519-A (REV. 8-83)
Prescribed by GSA/ICMR
FIRMR (41 CFR) 201-45.505

NSN 7540-00-634-4100

JUL 99

U.S. DEPARTMENT OF JUSTICE                                    FEDERAL BUREAU OF PRISONS

| Patient Identification<br>Name, Register Number, Institution<br><br>Martin, Willie<br>34689-083<br>Federal Correctional Inst...<br>I.C. Box 1280<br>Beaver, WV 25813 | Age  30 | Sex  M | Examination Requested<br><br>CXR |
|---|---|---|---|
| | Pregnant ___Yes ___No | | |
| | Diabetic ___Yes ___No | Unit | |
| | Requested by N. REHBERG, D.O.<br>STAFF PHYSICIAN<br>FCI/FPC BECKLEY, WV | Date Requested  11-13-02 | |

Specific reason(s) for request (complaints and findings)

A + O

| Date of Examination<br>11-13-02 | Date of Report | Date of Transcription<br>11/20/02 | Film# |
|---|---|---|---|

Radiologic Report

---

CHEST:

One view of the chest demonstrates clear lung fields. The hilar and mediastinal shadows, cardiac silhouette, and visible osseous structures are unremarkable. The diaphragmatic contours are smooth. The costophrenic angles are sharp.

IMPRESSION:    Normal chest. Two bullets are noted.

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

11-6-02

| Signature   Franklin B. Grossman, M.D. | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)                    This form replaces BP-S622 dtd AUG 96



Printed on Recycled Paper

| Patient Identification<br>Name, Register Number, Institution | Age ੭8 | Sex ᴧᴧ | Examination Requested |
|---|---|---|---|
| Martin Willie<br>34689-083 | Pregnant ___Yes ✓No | | C X R |
| | Diabetic ___Yes ✓No | | Unit |
| Federal Correctional Institution<br>P.O. Box 1280 | Requested by Mclain | | Date Requested 8-15-01 |
| Specific Reason(s) for request (complaints and findings)<br>A + O | | | |

| Date of Examination<br>8-15-01 | Date of Report | Date of Transcription<br>9/5/01 | Film# |
|---|---|---|---|

Radiologic Report

CHEST:

One view of the chest demonstrates clear lung fields.  The hilar an
mediastinal shadows, cardiac silhouette, and visible osseous structures ar
unremarkable. The diaphragmatic contours are smooth.  The costophrenic angl
are sharp.

IMPRESSION:    Normal chest.

| Signature   Franklin B. Grossman, M.D. | Location of Radiologic Facility |
|---|---|

Original - Medical Record; Copy - Physician; Copy - Radiology

(This form may be replicated via WP)

This form replaces BP-S622 dtd

N. REHBERG, D.O.
STAFF PHYSICIAN
FCI/FPC BECKLEY, WV

9-28-01


Printed on Recycled Paper

 

Ord.Date 02/14/03 MARTIN, WILLIE N. REHBERG
34689-083 (0)Refills
Exp.Date 02/21/03
DRINK 2 CARTONS THREE TIMES DAILY FOR 7 DAYS

Rx # 1008428   RESOURCE DIABETIC DRINK LIQ   #21

Ord.Date 02/14/03 MARTIN, WILLIE J. HALEY
34689-083 (0)Refills
Exp.Date 03/16/03
TAKE 20CC FOUR TIMES DAILY

Rx # 1008429   IBUPROFEN SUSPENSION 20 MG/ML ML   #1

Ord.Date 02/20/03 MARTIN, WILLIE D. MCLAIN
34689-083 (0)Refills
Exp.Date 02/23/03
TAKE TWO TABLETS THREE TIMES DAILY AS NEEDED

Rx # 1008597   ACETAMINOPHEN/CODEINE 300MG/30MG TAB   #18

Ord.Date 02/26/03 MARTIN, WILLIE S. ROSE
34689-083 (0)Refills
Exp.Date 03/12/03
DRINK 1 BOX THREE TIMES DAILY FOR 2 WEEKS

Rx # 1009026   RESOURCE DIABETIC DRINK LIQ   #42

Ord.Date 02/26/03 MARTIN, WILLIE S. ROSE
34689-083 (0)Refills
Exp.Date 03/12/03
TAKE 3 TEASPOONS THREE TIMES DAILY AS NEEDED

Rx # 1009027   ACETAMINOPHEN 32 MG/ML SOL   #800

Ord.Date 02/26/03 MARTIN, WILLIE S. ROSE
34689-083 (0)Refills
Exp.Date 03/08/03
TAKE TWO CAPSULES THREE TIMES DAILY FOR 10 DAYS

Rx # 1009026   CLINDAMYCIN 150 MG CAP   #60

rd.Date 2/28/03 MARTIN, WILLIE J. HALEY
34689-083 (0)Refills
p.Date /30/03
GIVE 4ML FOUR TIMES DAILY FOR 10 DAYS

r # 109224   CLINDAMYCIN 75MG/ML SUS   #1

.Date 07/03 MARTIN, WILLIE A. BLANKENSHIP
34689-083 (0)Refills
Date 14/03
TAKE ONE TABLET TWICE DAILY AFTER MEALS

# 09742   IBUPROFEN 800 MG TAB   #14

.Date 11/03 MARTIN, WILLIE A. BLANKENSHIP
34689-083 (0)Refills
Date 25/03
TAKE TWO CAPSULES THREE TIMES DAILY

# 11864   CLINDAMYCIN 150 MG CAP   #60

rd.Date 4/11/03 MARTIN, WILLIE A. BLANKENSHIP
34689-083 (0)Refills
Date 21/03
TAKE ONE TABLET TWICE DAILY WITH FOOD

x # 011885   NAPROXEN 600 MG TAB   #60

Ord.Date 04/21/03 MARTIN, WILLIE K. KAISER
34689-083 (0)Refills
Exp.Date 04/28/03
TAKE ONE TABLET 3 TIMES A DAY AS NEEDED

Rx # 1012516   ACETAMINOPHEN 500 MG CAP   #21

---

Ord.Date 06/06/03 MARTIN, WILLIE N. REHBERG
34689-083 (0)Refills
TAKE ONE TABLET TWICE DAILY AS NEEDED

Rx # 1013505   GUAIFENESIN/DEXTROMETHORPHAN 600/30   #10

Ord.Date 05/06/03 MARTIN, WILLIE N. REHBERG
34689-083 (0)Refills
Exp.Date 06/19/03
TAKE TWO TABLETS FOUR TIMES DAILY AS NEEDED

Rx # 1013506   ACETAMINOPHEN 500 MG CAP   #24

Ord.Date 05/08/03 MARTIN, WILLIE N. REHBERG
34689-083 (0)Refills
TAKE ONE TABLET 3 TIMES A DAY AS NEEDED

Rx # 1013507   CHLORPHENIRAMINE MALEATE   #15

Ord.Date 05/08/03 MARTIN, WILLIE N. REHBERG
34689-083 (0)Refills
USE AS DIRECTED ON BOTTLE

Rx # 1013508   SODIUM CHLORIDE NASAL 0.65% ML   #1

Ord.Date 06/12/03 MARTIN, WILLIE J. KOBY
34689-083 (0)Refills
TAKE ONE TABLET TWICE DAILY

Rx # 1013855   ACTIFED 60MG   #10

Ord.Date 06/12/03 MARTIN, WILLIE J. KOBY
34689-083 (0)Refills
Exp.Date 06/27/03
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED

Rx # 1013856   ACETAMINOPHEN 500 MG CAP   #24

Ord.Date 06/28/03 MARTIN, WILLIE J. KOBY
34689-083 (0)Refills
Exp.Date 06/27/03
TAKE ONE OR TWO TABLETS THREE TIMES DAILY

Rx # 1014762   IBUPROFEN 400 MG TAB   #20

Ord.Date 06/28/03 MARTIN, WILLIE J. KOBY
34689-083 (0)Refills
TAKE ONE TABLET TWICE DAILY

Rx # 1014761   TRIPROLIDINE/PSEUDOEPHEDRINE 2.5MG /60MG TAB   #10

Ord.Date 07/15/03 MARTIN, WILLIE S. HUGHES
34689-083 (0)Refills
Exp.Date 07/21/03
TAKE ONE TABLET TWICE DAILY WITH FOOD

Rx # 1017469   IBUPROFEN 800 MG TAB   #10

Ord.Date 07/15/03 MARTIN, WILLIE S. HUGHES
34689-083 (0)Refills
Exp.Date 07/30/03
TAKE ONE CAPSULE FOUR TIMES DAILY

Rx # 1017480   CLINDAMYCIN 150 MG CAP   #12

Martin, Willie
34689-083




Pharmacy Services
FCI BECKLEY, WV 25813
304-255-7731

RX400116105          S. TAYLOR          10/09/01
MARTIN,WILLIE J.          FCI          61862-061
TAKE 1 TABLET 3 TIMES A DAY AS NEEDED WITH FOOD
AS NEEDED

IBUPROFEN 400 MG TABLET          #30
JZ     0 REFILL(S)          EXPIRES 11/08/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400116106          D. DANIEL          10/09/01
MARTIN,WILLIE J.          FCI          61862-061
DRINK ENTIRE CONTENTS IMMEDIATELY

MAGNESIUM CITRATE ORAL SOLUTION          #18TL
JZ     0 REFILL(S)          EXPIRES 10/10/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400120320          S. TAYLOR          12/03/01
MARTIN,WILLIE J.          FCI          61862-061
TAKE ONE CAPSULE TWICE A DAY FOR 10 DAYS

DOXYCYCLINE HYCLATE 100 MG CAPSULE          #20
JFZ     0 REFILL(S)          EXPIRES 12/13/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400116754          K. BRYANT          10/16/01
MARTIN,WILLIE J.          FCI          61862-061
TAKE 1 TABLET TWICE A DAY WITH FOOD FOR 10 DAYS

NAPROXEN 500 MG TABLET          #30
JZ     0 REFILL(S)          EXPIRES 11/15/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400120555          S. TAYLOR          12/06/01
MARTIN,WILIE          FCI          34689-083
APPLY TO BOTH HEELS TWICE A DAY

NEO & POLY B & BAC TOPICAL OINTMENT          #1
JFZ     0 REFILL(S)          EXPIRES 12/20/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400120321          S. TAYLOR          12/03/01
MARTIN,WILLIE J.          FCI          61862-061
INSTILL ONE DROP IN THE RIGHT EYE 4 TIMES A DAY
FOR 5 DAYS

SULFACETAMIDE SODIUM 10% OPHTHALMIC S   #1
JFZ     0 REFILL(S)          EXPIRES 12/17/01

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400120756          S. TAYLOR          12/10/01
MARTIN,WILIE          FCI          34689-083
TAKE 1 TABLET WITH FOOD TWICE A DAY AS NEEDED
FOR PAIN RELIEF

IBUPROFEN 800 MG TABLET          #40
JFZ     0 REFILL(S)          EXPIRES 01/09/02

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400127072          S. TAYLOR          03/12/02
MARTIN,WILIE          FCI          34689-083
TAKE ONE TABLET TWICE A DAY AS NEEDED WITH FOOD

IBUPROFEN 800 MG TABLET          #40
JFZ     0 REFILL(S)          EXPIRES 04/11/02

---

Pharmacy Services
FCI BECKLEY, WV 25813          304-255-7731

RX400127071          S. TAYLOR          03/12/02
MARTIN,WILIE          FCI          34689-083
APPLY TO FEET TWICE A DAY

CLOTRIMAZOLE 1% TOPICAL CREAM          #1
JFZ     1 REFILL(S)          EXPIRES 04/09/02

FCI/FPC BECKLEY

# USP ALLENWOOD
## Medication Profile
Pharmacy Services

USP ALLENWOOD, PA 17887          717-547-0963

---

RX400094663          C. FRIMPONG          05/15/00
MARTIN,WILLIE          34689-083
APPLY SMALL AMOUNT TO AFFECTED AREA OF NECK
TWICE A DAY *APPLY SPARINGLY! MUST LAST AT
LEAST 21 DAYS!!!*

BETAMETHASONE VALERATE 0.1% LOTION          #60ML
RS          1 REFILLS          EXPIRES 07/14/00

RX400094200          J. DESANTO          05/02/00
MARTIN,WILLIE          34689-083
APPLY SMALL AMOUNT TO AFFECTED AREA ON NECK
TWICE A DAY *SHU*

BETAMETHASONE VALERATE 0.1% LOTION          #60ML
RG          0 REFILLS          EXPIRES 06/01/00

RX400093704          J. DESANTO          04/21/00
MARTIN,WILLIE          34689-083
TAKE 2 TABLETS AT BEDTIME WITH LOTS OF WATER AS
NEEDED FOR CONSTIPATION *SHU*

BISACODYL 5 MG EC TABLET          #6
RS          0 REFILLS          EXPIRES 05/21/00

RX400090366          A. BETANCES          01/31/00
MARTIN,WILLIE          34689-083
TAKE 1 TABLET BY MOUTH EVERY 12 HOURS WITH
PLENTY OF WATER FOR COUGH

GUAIFENESIN600MG/DM30MG TABLETS          #12
RS          0 REFILLS          EXPIRES 02/06/00

RX400090367          A. BETANCES          01/31/00
MARTIN,WILLIE          34689-083
TAKE 1 TABLET 3 TIMES A DAY FOR 5 DAYS WITH
PLENTY OF WATER

TRIPOLIDINE/PSEUDOEPHEDRINE          #15
RS          0 REFILLS          EXPIRES 02/05/00

RX400086391          D. INCH          10/12/99
MARTIN,WILLIE          34689-083
APPLY SMALL AMOUNT TO AFFECTED AREA OF LIP
TWICE A DAY

NEO & POLY B & BAC TOPICAL OINT          #5PCK
RS          0 REFILLS          EXPIRES 11/11/99

RX400076740          J. DESANTO          02/01/99
MARTIN,WILLIE          34689-083
USE 1-2 PUFFS IN EACH NOSTRIL TWICE A DAY

BECLOMETHASONE NASAL AEROSOL, 16.8 GM          #1
RS          0 REFILLS          EXPIRES 03/03/99

---

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-0963

X400066948          A. BETANCES          06/02/98
MARTIN,WILLIE          34689-083
TAKE 1 TABLET 3 TIMES A DAY WITH FOOD AS NEEDED
FOR PAIN

PROXEN SODIUM 275 MG TABLET          #30
          0 REFILLS          EXPIRES 07/02/98

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-0963

RX400066947          A. BETANCES          06/02/98
MARTIN,WILLIE          34689-083
TAKE 1 TABLET BY MOUTH EVERY DAY @ 20:30 PILL
LINE

AMITRIPTYLINE HCL 25 MG TABLET          #30
RS          0 REFILLS          EXPIRES 07/02/98

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-0963

X400068497          Dr. S. LEE          07/10/98
MARTIN,WILLIE          34689-083
APPLY SMALL AMOUNT TO AFFECTED AREA OF RIGHT
SIDE OF NECK TWICE A DAY -KEEP AREA CLEAN & DRY
MEDICATION NOT PICKED
UP BY INMATE.

CONAZOLE 2% CR. 1OZ.          #1TUBE
          0 REFILLS          EXPIRES 08/09/98

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-0963

X400069886          J. PANNELL          08/17/98
MARTIN,WILLIE          34689-083
TAKE 1 TABLET BY MOUTH EVERY 4 HOUR AS NEEDED
**MAY CAUSE DROWSINESS**

HLORPHENIRAMINE MALEATE 4 MG TABLET          #30
S          0 REFILLS          EXPIRES 09/16/98

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-0963

X400069887          J. PANNELL          08/17/98
MARTIN,WILLIE          34689-083
TAKE 2 TABLETS EVERY 6 HOURS AS NEEDED

CETAMINOPHEN 325 MG TABLET          #24
S          0 REFILLS          EXPIRES 09/16/98

---

Ord.Date          MARTIN, WILLIE
12/06/02          34688-083
                  TAKE ONE CAPSULE TWICE DAILY

Rx #
1004080          DIPHENHYDRAMINE 25 MG CAP
Ord.Date          MARTIN, WILLIE
12/06/02          34689-083          (D)Re
                  APPLY TO AFFECTED AREA TWICE DAILY (NOT O
                  FEET)

Rx #
1004079          HYDROCORTISONE CREAM 1% GM

Ord.Date          MARTIN, WILLIE          J. DESAN
07/07/00          34689-083
                  APPLY SPARINGLY TO THE AFFECTED
                  AREAS OF FOR NECK TWICE DAILY

Rx #
1579          BETAMETHASONE VAL 0.1% LO          # 60

RX400095987          D. INCH          06/16
MARTIN,WILLIE          34689-
TAKE 1 TABLET BY MOUTH 3 TIMES A DAY FOR 10
DAYS

PENICILLIN VK 250 MG TABLET          #30
RK          0 REFILLS          EXPIRES 07/16

Pharmacy Services
USP ALLENWOOD, PA 17887          717-547-

RX400095986          D. INCH          06/16
MARTIN,WILLIE          34689-
APPLY TO THE BACK OF THE HEAD TWICE A DAY -
KEEP THE AREA CLEAN AND DRY.

BETAMETHASONE VALERATE 0.1% LOTION          #60m
RK          0 REFILLS          EXPIRES 07/16



RECOMMENDED MONITORING DURING LONG-TERM USE OF MEDICATIONS.  BASELINE MEASUREMENTS SHOULD BE DETERMINED AT THE ONSET OF THERAPY.  TESTING FREQUENCY SHOULD INITIALLY OCCUR MORE FREQUENTLY (LOW END OF RANGE) BECOMING MORE INFREQUENT AFTER ESTABLISHING DRUG EFFICACY AND TOLERANCE.

| MEDICATION | MONITOR PROCEDURE/TEST | RECOMMENDED TEST FREQUENCY | MEDICATION | MONITOR PROCEDURE/TEST | RECOMMENDED TEST FREQUENCY |
|---|---|---|---|---|---|
| ALLOPURINOL | CHEM PROFILE | 3-12 MONTHS | LOVASTATIN | LFT | 4-6 WEEKS FOR MONTHS OF THER. |
| | CBC | 3-12 MONTHS | | | |
| AZATHIOPRINE | CBC | WEEKLY X 1 MONTH | MAXZIDE | ELECTROLYTES | 3-12 MONTHS |
| | | BIWEEKLY X 1 MONTH | | | |
| | | THEN MONTHLY | NIACIN | LFT | 3-6 MONTHS |
| CARBAMAZEPINE | CBC,PLT,RETIC | 1-6 MONTHS | NSAIDS | CHEM PROFILE | 3-12 MONTHS |
| | LFT | 3-6 MONTHS | | | |
| | TDM | 3-6 MONTHS | PHENOTHIAZINES | CBC | 3-6 MONTHS |
| DIGOXIN | RENAL (WITH ELECTROLYTES) | 3 MONTHS | PHENYTOIN | TDM | 3-6 MONTHS |
| | TDM | 3 MONTHS | PREDNISONE | BLOOD PRESSURE | 3 MONTHS |
| | | | | IOP | 6 MONTHS |
| ENALOPRIL | POTASSIUM | 3-12 MONTHS | | POTASSIUM | 3-12 MONTHS |
| ETHAMBUTOL | VISUAL ACUITY | 3 MONTHS | PRIMIDONE | CBC | 6 MONTHS |
| FUROSEMIDE | ELECTROLYTES | 3-12 MONTHS | RIFAMPIN | CBC | 3 MONTHS |
| | | | | LFT | 3 MONTHS |
| GEMFIBROZIL | LFT | 1ST TIME 3-6 MONTHS THEN YEARLY | SULFONAMIDES | CBC | MONTHLY |
| | | | | RENAL PROFILE | MONTHLY |
| GRISEOFULVIN | CHEM PROFILE | 3 MONTHS | | URINALYSIS | MONTHLY |
| | CBC | 3 MONTHS | | | |
| | | | THEOPHYLLINE | TDM | 3-12 MONTHS |
| HCTZ | ELECTROLYTES | 3-12 MONTHS | | | |
| | | | VERAPAMIL | LFT | 3-12 MONTHS |
| ISONIAZID | LFT | 3 MONTHS | | | |
| | | | WARFARIN | PT/PTT | DAILY UNTIL STABLE THEN MONTHLY |
| KETOCONAZOLE | LFT | EVERY 2 WEEKS X 2 MONTHS THEN MONTHLY | | | |
| | | | | CBC | 3 MONTHS |
| | | | | CHEM PROFILE | 3 MONTHS |
| LEVOTHYROXINE | THYROID PROFILE (WITH TSH-ULTRA) | 3-12 MONTHS | ZIDOVUDINE | CBC | MONTHLY |
| LITHIUM | TDM | 1-3 MONTHS | | | |
| | THYROID PROFILE | 3-6 MONTHS | | | |
| | RENAL | 3-6 MONTHS | | | |

LFT = LIVER FUNCTION TESTING (HEPATIC PROFILE)
RENAL = RENAL PROFILE (BUN, CREATININE, ELECTROLYTES)
TDM = THERAPEUTIC DRUG MONITORING (DRUG LEVEL)
IOP = INTRAOCCULAR PRESSURE (TONOMETRY) MEASUREMENT

CBC = COMPLETE BLOOD COUNT (INCLUDING PLATELETS)
PT/PTT = PROTHROMBIN TIME & PARTIAL THROMBOPLASTIN TIME
CHEM PROFILE = INCLUDES RENAL AND HEPATIC PROFILES
HCTZ = HYDROCHLOROTHIAZIDE

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400126181          S. TAYLOR        02/28/02
MARTIN,WILIE              FCI          34689-083
APPLY SMALL AMOUNT TO APPLY TO AFFECTED AREA
TWICE WEEKLY. LET STAND FOR 5 MINUTES BEFORE
RINSING OFF.            SHU

SELENIUM SULFIDE 2.5% LOTION, 120 ML   #1
JFZ   0 REFILL(S)                EXPIRES 03/30/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400126624          S. TAYLOR        03/06/02
MARTIN,WILIE              FCI          34689-083
APPLY TWICE A DAY AS DIRECTED

SHU

A/D OINTMENT                           #15
JFZ   0 REFILL(S)                EXPIRES 04/05/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400127733          S. TAYLOR        03/21/02
MARTIN,WILIE              FCI          34689-083
APPLY TO AREA AS DIRECTED TWICE A DAY
                       SHU

NEO & POLY B & BAC TOPICAL OINTMENT    #1
JFZ   0 REFILL(S)                EXPIRES 04/20/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400128955          S. TAYLOR        04/08/02
MARTIN,WILIE              FCI          34689-083
TAKE 1 TABLET WITH FOOD TWICE A DAY AS NEEDED

                       SHU

IBUPROFEN 800 MG TABLET                #40
JFZ   0 REFILL(S)                EXPIRES 05/08/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400132954          N. REHBERG       06/04/02
MARTIN,WILIE              FCI          34689-083
TAKE 1 CAPSULE TWICE A DAY

                       SHU

DOXYCYCLINE HYCLATE 100 MG CAPSULE     #28
JFZ   0 REFILL(S)                EXPIRES 06/18/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400126180          S. TAYLOR        02/28/02
MARTIN,WILIE              FCI          34689-083
TAKE ONE CAPSULE TWICE A DAY FOR 14 DAYS

                       SHU

DOXYCYCLINE HYCLATE 100 MG CAPSULE     #28
JFZ   0 REFILL(S)                EXPIRES 03/14/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400127450          S. TAYLOR        03/16/02
MARTIN,WILIE              FCI          34689-083
APPLY TO FEET TWICE A DAY

                       SHU

KETOCONAZOLE 2% TOPICAL CREAM          #1
JFZ   1 REFILL(S)                EXPIRES 04/15/02

Pharmacy Services
FCI BECKLEY, WV 25813                    304-255-7731

RX400128266          S. TAYLOR        03/28/02
MARTIN,WILLIE J.         FCI          61862-061
APPLY TO FEET TWICE A DAY

                       SHU

VITAMIN A & D OINTMENT                 #1TUBE
JFZ   0 REFILL(S)                EXPIRES 04/27/02

Pharmacy Services
FCI BECKLEY, WV 25813   SHU   304-255-7731

RX400131893          N. REHBERG       05/20/02
MARTIN,WILLIE J.         FCI          61862-061
TAKE 1 TABLET TWICE A DAY FOR 10 DAYS [ON PILL
LINE]

CIPROFLOXACIN HCL 500 MG TABLET        #20
JFZ   0 REFILL(S)                EXPIRES 05/30/02

| Ord.Date | MARTIN, WILLIE | | S. ROSE |
| 12/08/02 | 34689-083 | | (1)Refills |
| | APPLY TO AFFECTED AREA TWO TIMES A DAY [ON FEET] | | |
| Rx # 1004081 | CLOTRIMAZOLE 1% CRM | | #1 |
| Ord.Date | MARTIN, WILLIE | | K. KAISER |
| 01/01/03 | 34689-083 | | (0)Refills |
| | TAKE ONE TABLET 3 TIMES A DAY AFTER MEALS | | |
| Rx # 1007479 | IBUPROFEN 800 MG TAB | | #21 |



BP-S619.060   **IMMUNIZATION RECORD**   CDFRM
AUG 96
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

### TETANUS TOXOIDS

| DATE | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER | INSTITUTION |
|------|-------|-------|-----------|------|-------------|----------|-------------|
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |
|      |       |       |           |      |             |          |             |

### TUBERCULIN TESTS

| DATE GIVEN | MFG'R | LOT # | EXP. DATE | SITE | DOSE/ ROUTE | PROVIDER/ INSTITUTION | DATE READ | RESULTS (MM) | READ BY |
|------------|-------|-------|-----------|------|-------------|----------------------|-----------|--------------|---------|
| Refer to Form USM 553 dated 8/2/01 | | | | | | J. Griffith | 6/2/01 | 0 mm | |
| 6/11/02 | Parkdale | 0001P | 10/02 | RFA | 0.1cc ID | Contract Med. Asst. FCI/FPC Beckley | 6/13/02 | 0mm | M Gross |
| 5/13/03 | Parkdale | 00533P | 9/03 | RFA | 0.1cc ID | FCI 30C | 5/15/03 | 0mm | |
| 6-3-03 | Parkdale | 808330 | 09/03 | RFA | 0.1cc ID | S. Smith FCI FCC | 6/5/03 | 0mm | |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |

(This form may be replicated via WP)

MARTIN
   WILLIE                    34689-083
B/M/Q/11-12-1972
HT/503   WT/190   HR/BK   EY/BN
CUSTODY/IN

## ORAL POLIOVIRUS VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 3 |      |      |                  |
| 2 |      |      |                  | 4 |      |      |                  |

## INFLUENZA VACCINE

|   | DATE | DOSE | PHYSICIAN'S NAME |   | DATE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------------------|---|------|------|------------------|
| 1 |      |      |                  | 3 |      |      |                  |
| 2 |      |      |                  | 4 |      |      |                  |

## OTHER IMMUNIZATIONS

|   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |   | DATE | TYPE | DOSE | PHYSICIAN'S NAME |
|---|------|------|------|------------------|---|------|------|------|------------------|
| 1 |      |      |      |                  | 5 |      |      |      |                  |
| 2 |      |      |      |                  | 6 |      |      |      |                  |
| 3 |      |      |      |                  | 7 |      |      |      |                  |
| 4 |      |      |      |                  | 8 |      |      |      |                  |

## SENSITIVITY TESTS *(Tuberculin, etc.)*

|   | DATE | TYPE | DOSE | ROUTE | RESULTS | PHYSICIAN'S NAME |
|---|------|------|------|-------|---------|------------------|
| 1 | 12/97 |      |      |       | 0mm | Richmond Jail |
| 2 | 2/5/99 | PPD | 0.1 cc | IO | 0 mm | Steven E. Brown, Paramedic USP Allenwood |
| 3 | 2-17-00 | PPD | 0.1 | 10 | 0mm | KDewald |
| 4 |      |      |      |       |         |                  |
| 5 |      |      |      |       |         |                  |

**REMARKS:**

THIS RECORD IS ISSUED IN ACCORDANCE WITH ARTICLE 99, WHO SANITARY REGULATION NO. 2.

Government Printing Office: 1993 — 342-199/50261

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 11-13- |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
Martin, Willie

**2. IDENTIFICATION NUMBER**
34689-083

**3. GRADE AND COMPONENT OR PO**

**4. HOME ADDRESS** *(Number, street or RFD, city or town, state and ZIP code)*
SAME

**5. EMERGENCY CONTACT** *(Name and address of contact)*
473 Hunt Ave
Richmond, VA 23222

**6. DATE OF BIRTH** 11-12-72
**7. AGE** 60
**8. SEX** ☐ FEMALE ☒ MALE

**9. RELATIONSHIP OF CONTACT**
Wife - Patricia Martin

**10. PLACE OF BIRTH** Richmond, VA

**11. RACE** ☐ WHITE ☒ BLACK ☐ AMERICAN INDIAN/ALASKA NATIVE ☐ HISPANIC WHITE ☐ HISPANIC BLACK ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY** Department of Justice
**12b. ORGANIZATION UNIT** Bureau of Prisons

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY | b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
Federal Correctional Institution
Beckley, West Virginia
P.O. Box 1280
Beaver, WV 25813

**15. RATING OR SPECIALTY OF EXAMINER**
PAC

**16. PURPOSE OF EXAMINATION**
(Intake) / Biannual / Annual

## 17. CLINICAL EVALUATION

| NOR MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR MAL | NOR MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE *(Over 40 or clinically indicated)* | |
| ✓ | B. EARS-GENERAL *(INTERNAL CANALS)* (Auditory acuity under items 39 and 40) | | ✓ | P. TESTICULAR | |
| ✓ | C. DRUMS *(Perforation)* | | ✓ | Q. ANUS AND RECTUM *(Hemorrhoids, Fistulae) (Hemocult Results)* | |
| ✓ | D. NOSE | | | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | ✓ | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | ✓ | T. UPPER EXTREMITIES *(Strength, range of motion)* | |
| ✓ | G. EYES-GENERAL *(Visual acuity and refraction under items 28, 29, and 36)* | | ✓ | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | ✓ | V. LOWER EXTREMITIES *(Except feet) (Strength, range of motion)* | |
| ✓ | I. PUPILS *(Equality and reaction)* | | ✓ | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY *(Associated parallel movements nystagmus)* | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART *(Thrust, size, rhythm, sounds)* | | | Z. NEUROLOGIC *(Equilibrium tests under item 41)* | |
| ✓ | M. VASCULAR SYSTEM *(Varicosities, etc.)* | | | AA. PSYCHIATRIC *(Specify any personality deviation)* | |
| ✓ | N. ABDOMEN AND VISCERA *(Include hernia)* | | | BB. BREASTS | |
| | | | | CC. PELVIC *(Females only)* | |

NOTES: *(Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)*

Tatoo's Identified

**18. DENTAL** *(Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)*

| | | | Restorable Teeth | | Non-restorable teeth | | Missing Teeth | | Replaced by Dentures | | Fixed Partial Dentures |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 1 2 3 | | | 1 2 3 | | 1 2 3 X | | X X X 1 2 3 | | 1 2 3 | | 1 2 3 |
| 32 31 30 | | | 32 31 30 | | 32 31 30 | | 32 31 30 | | 32 31 30 | | |
| 0 | | | | | X | | X | | | | |

R I G H T
| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 32 | 31 | 30 | 29 | 28 | 27 | 26 | 25 | 24 | 23 | 22 | 21 | 20 | 19 | 18 | 17 |
L E F T

**REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES**

## 19. TEST RESULTS (Copies of results are preferred as attachments)

**A. URINALYSIS: (1) SPECIFIC GRAVITY**

**(2) URINE ALBUMIN**

**(3) URINE SUGAR**

**(4) MICROSCOPIC**

**B. CHEST X-RAY OR PPD** *(Place, date, film number and result)*

**C. SYPHILIS SEROLOGY** *(Specify test used and results)*

**D. EKG**

**E. BLOOD TYPE AND RH FACTOR**

**F. OTHER TESTS**

NSN 7540-00-034-4038
88-126

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-



| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Martin, Willie | 34689-083 | |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 5'3" | | Black | Brown | ☐ SLENDER ☐ MEDIUM ☐ HEAVY ☐ OBESE | 975 |

**26. BLOOD PRESSURE** *(Arm at heart level)*

| A. SITTING | B. RECUMBENT | C. STANDING (5 mins.) |
|---|---|---|
| SYS. 1[illegible] DIAS. 85 | SYS. DIAS. | SYS. DIAS. |

**27. PULSE** *(Arm at heart level)*

| A. SITTING | B. RECUMBENT | C. STANDING (3 mins.) | D. AFTER EXERCISE | E. 2 MINS. AFTER |
|---|---|---|---|---|
| 73 | | | | |

| 28. DISTANT VISION | 29. REFRACTION | 30. NEAR VISION |
|---|---|---|
| RIGHT 20/25 CORR. TO 20/ | BY S. CX | CORR. TO BY |
| LEFT 20/25 CORR. TO 20/ | BY S. CX | CORR. TO BY |

31. HETEROPHORIA *(Specify distance)*

| ESO | EXO | R.H. | L.H. | PRISM DIV. | PRISM CONV. CT | PC | PD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

| 32. ACCOMMODATION | 33. COLOR VISION *(Test used and result)* | 34. DEPTH PERCEPTION *(Test used and score)* | |
|---|---|---|---|
| RIGHT LEFT | [illegible] | | UNCORRECTED / CORRECTED |

| 35. FIELD OF VISION | 36. NIGHT VISION *(Test used and score)* | 37. RED LENS TEST | 38. INTRAOCULAR TENSION |
|---|---|---|---|
| RIGHT LEFT | | | RIGHT LEFT |

**39. HEARING**

OK to normal conversation

RIGHT WV /15 SV /15

LEFT WV /15 SV /15

**40. AUDIOMETER**

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

41. PSYCHOLOGICAL AND PSYCHOMOTOR *(Tests used and score)*

42. NOTES *(Continued)* AND SIGNIFICANT OR INTERVAL HISTORY

MEDS- NONE
PMH- Noncontributory
Surgery- 2° GSW 45 caliber R Thorax
Hospitalized- see above
PMH - Noncontributory
Family - IDDM- Father
Mother noncontributory

Smoke- 1pk per day 17yrs
ETOH- Denies occasional/Daily for 5yrs
Drug- Denies

*(Use additional sheets if necessary)*

43. SUMMARY OF DEFECTS AND DIAGNOSES *(List diagnoses with item numbers)*

Essentially healthy male

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED *(Specify)*

NONE

**45A. PHYSICAL PROFILE**

| P | U | L | H | E | S |
|---|---|---|---|---|---|
| | | | | | |

46. EXAMINEE *(Check)*

A. ☑ IS QUALIFIED FOR GEN POP, FOOD, Any Work

B. ☐ IS NOT QUALIFIED FOR

**45B. PHYSICAL CATEGORY**

| A | B | C | E |
|---|---|---|---|
| | | | |

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

| | SIGNATURE |
|---|---|
| 48. TYPED OR PRINTED NAME OF PHYSICIAN: S. ROSE PA-C | [illegible] |
| 49. TYPED OR PRINTED NAME OF PHYSICIAN: FCI/FPC BECKLEY | |
| 50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN *(Indicate which)*: W. REHBERG, D.O. STAFF PHYSICIAN | [illegible] 11.13.02 |
| 51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY: FCI/FPC BECKLEY | |

U.S. Government Printing Office: 1997 - 418-149/40094

STANDARD FORM 88 (Rev. 10-94) BACK

Patricia
Mother's Name
LIL WILL
LIL WILL

| PATIENT'S IDENTIFICATION (For typed or written entries give: Name—last, first, middle; grade; rank; rate; hospital or medical facility.) | REGISTER NO. | WARD NO. |
|---|---|---|
| | | |

**ANATOMICAL FIGURE**

STANDARD FORM 531 (Rev. 4-91)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9

Martin, Willie
34689-083

FCI Beckley
Beaver, WV 25813

| MEDICAL RECORD | REPORT OF MEDICAL EXAMINATION | DATE OF EXAM 6/15 |
|---|---|---|

**1. LAST NAME—FIRST NAME—MIDDLE NAME**
Martin, Willie

**2. IDENTIFICATION NUMBER**
34689-083

**3. GRADE AND COMPONENT OR PO**

**4. HOME ADDRESS** (Number, street or RFD, city or town, state and ZIP code)

**5. EMERGENCY CONTACT** (Name and address of contact)
16616 M 31st Str.
Churchill VA 232 223
804 C567-499

**6. DATE OF BIRTH**
11-12-72

**7. AGE**
28

**8. SEX**
☐ FEMALE  ☒ MALE

**9. RELATIONSHIP OF CONTACT**
Mother - Ofila Martin

**10. PLACE OF BIRTH**
Richmond Va

**11. RACE**
☐ WHITE  ☒ BLACK  ☐ AMERICAN INDIAN/ALASKA NATIVE  ☐ HISPANIC WHITE  ☐ HISPANIC BLACK  ☐ ASIAN/PACIFIC ISLANDER

**12a. AGENCY**
Department of Justice

**12b. ORGANIZATION UNIT**
Federal Bureau of Prisons

**13. TOTAL YEARS GOVERNMENT SERVICE**
a. MILITARY | b. CIVILIAN

**14. NAME OF EXAMINING FACILITY OR EXAMINER, AND ADDRESS**
Federal Correctional Institution
Beckley, West Virginia
P. O. Box 1280
Beaver, WV  25813

**15. RATING OR SPECIALTY OF EXAMINER**
E. ROMERO, PA
FCI / FPC BECKLEY
BEAVER, WV

**16. PURPOSE OF EXAMINATION**
(Intake) / Biannual / Annual

## 17. CLINICAL EVALUATION

| NOR MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | ABNOR MAL | NOR MAL | (Check each item in appropriate column, enter "NE" if not evaluated.) | |
|---|---|---|---|---|---|
| ✓ | A. HEAD, FACE, NECK AND SCALP | | | O. PROSTATE (Over 40 or clinically indicated) | |
| ✓ | B. EARS-GENERAL (INTERNAL CANALS) (Auditory acuity under items 39 and 40) | | | P. TESTICULAR | |
| ✓ | C. DRUMS (Perforation) | | | Q. ANUS AND RECTUM (Hemorrhoids, Fistulas) (Hemocult Results) | |
| ✓ | D. NOSE | | | R. ENDOCRINE SYSTEM | |
| ✓ | E. SINUSES | | | S. G-U SYSTEM | |
| ✓ | F. MOUTH AND THROAT | | | T. UPPER EXTREMITIES (Strength, range of motion) | |
| ✓ | G. EYES-GENERAL (Visual acuity and refraction under items 28, 29, and 36) | | | U. FEET | |
| ✓ | H. OPHTHALMOSCOPIC | | | V. LOWER EXTREMITIES (Except feet) (Strength, range of motion) | |
| ✓ | I. PUPILS (Equality and reaction) | | | W. SPINE, OTHER MUSCULOSKELETAL | |
| ✓ | J. OCULAR MOTILITY (Associated parallel movements nystagmus) | | | X. IDENTIFYING BODY MARKS, SCARS, TATTOOS | |
| ✓ | K. LUNGS AND CHEST | | | Y. SKIN, LYMPHATICS | |
| ✓ | L. HEART (Thrust, size, rhythm, sounds) | | | Z. NEUROLOGIC (Equilibrium tests under item 41) | |
| ✓ | M. VASCULAR SYSTEM (Varicosities, etc.) | | | AA. PSYCHIATRIC (Specify any personality deviation) | |
| ✓ | N. ABDOMEN AND VISCERA (Include hernia) | | | BB. BREASTS | |
| | | | | CC. PELVIC (Females only) | |

**NOTES:** (Describe every abnormality in detail. Enter pertinent item number before each comment. Continue in item 42 and use additional sheets if necessary)

① See BP S 31

**18. DENTAL** (Place appropriate symbols, shown in examples, above or below number of upper and lower teeth.)

| | | | | | | | | | REMARKS AND ADDITIONAL DENTAL DEFECTS AND DISEASES |
|---|---|---|---|---|---|---|---|---|---|
| | 0 <br> 1  2  3  Restorable  1  2  3 <br> 32 31 30  Teeth  32 31 30 <br> 0 | / <br> Non-restorable  1  2  3 <br> teeth  32 31 30 | X <br> 1  2  3  Missing <br> 32 31 30  Teeth  X | X  X  X <br> Replaced  1  X  3 <br> 32 31 30  by <br> Dentures  32 31 30 | Fixed <br> Partial <br> Dentures | | | | |

| R I G H T | 1 <br> 32 | 2 <br> 31 | 3 <br> 30 | 4 <br> 29 | 5 <br> 28 | 6 <br> 27 | 7 <br> 26 | 8 <br> 25 | 9 <br> 24 | 10 <br> 23 | 11 <br> 22 | 12 <br> 21 | 13 <br> 20 | 14 <br> 19 | 15 <br> 18 | 16 <br> 17 | L E F T |

## 19. TEST RESULTS  (Copies of results are preferred as attachments)

| A. URINALYSIS: (1) SPECIFIC GRAVITY | | B. CHEST X-RAY OR PPD (Place, date, film number and result) |
|---|---|---|
| (2) URINE ALBUMIN | (4) MICROSCOPIC | 6/2/01  ∅mm |
| (3) URINE SUGAR | | |
| C. SYPHILIS SEROLOGY (Specify test used and results) | D. EKG | E. BLOOD TYPE AND RH FACTOR | F. OTHER TESTS |

STANDARD FORM 88 (Rev. 10-94)
Prescribed by GSA/ICMR FIRMR (41 CFR) 201-



| NAME | IDENTIFICATION NUMBER | NO. OF SHEETS ATTACHED |
|---|---|---|
| Martin, Willie | 34689-083 | 2 |

## MEASUREMENTS AND OTHER FINDINGS

| 20. HEIGHT | 21. WEIGHT | 22. COLOR HAIR | 23. COLOR EYES | 24. BUILD | 25. TEMPERATURE |
|---|---|---|---|---|---|
| 5'' | 194 | Black | Brown | ☐ SLENDER ☒ MEDIUM ☐ HEAVY ☐ OBESE | 97.6 |

26. BLOOD PRESSURE (Arm at heart level): A. SITTING SYS. 118 DIAS. 74; B. RECUMBENT SYS. DIAS.; C. STANDING (5 mins.) SYS. DIAS.

27. PULSE (Arm at heart level): A. SITTING 77; B. RECUMBENT; C. STANDING (3 mins.); D. AFTER EXERCISE; E. 2 MINS. AFTER

| 28. DISTANT VISION | 29. REFRACTION | 30. NEAR VISION |
|---|---|---|
| RIGHT 20/ 20 CORR. TO 20/ | BY S. CX | CORR. TO BY |
| LEFT 20/ 25 CORR. TO 20/ | BY S. CX | CORR. TO BY |

31. HETEROPHORIA (Specify distance): ESO EXO R.H. L.H. PRISM DIV. PRISM CONV. CT PC PD

32. ACCOMMODATION: RIGHT WNL LEFT WNL

33. COLOR VISION (Test used and result): Ishihara Pass

34. DEPTH PERCEPTION (Test used and score): UNCORRECTED / CORRECTED

35. FIELD OF VISION: RIGHT WNL LEFT WNL

36. NIGHT VISION (Test used and score)

37. RED LENS TEST

38. INTRAOCULAR TENSION: RIGHT LEFT

39. HEARING: RIGHT WV /15 SV /15; LEFT WV /15 SV /15

40. AUDIOMETER

| | 250 256 | 500 512 | 1000 1024 | 2000 2048 | 3000 2896 | 4000 4096 | 6000 6144 | 8000 8192 |
|---|---|---|---|---|---|---|---|---|
| RIGHT | | | | | | | | |
| LEFT | | | | | | | | |

41. PSYCHOLOGICAL AND PSYCHOMOTOR (Tests used and score)

42. NOTES (Continued) AND SIGNIFICANT OR INTERVAL HISTORY

Parents still alive & well
Denies HTN CVA CAD Diabetes in family

(Use additional sheets if necessary)

43. SUMMARY OF DEFECTS AND DIAGNOSES (List diagnoses with item numbers)

– Essentially Healthy Male
– No Known Drug allergy

44. RECOMMENDATIONS - FURTHER SPECIALIST EXAMINATIONS INDICATED (Specify)

45A. PHYSICAL PROFILE: P U L H E S

46. EXAMINEE (Check): A. ☑ IS QUALIFIED FOR Reg duty OK f/s; B. ☐ IS NOT QUALIFIED FOR

45B. PHYSICAL CATEGORY: A B C E

47. IF NOT QUALIFIED, LIST DISQUALIFYING DEFECTS BY ITEM NUMBER

48. TYPED OR PRINTED NAME OF PHYSICIAN: E. ROMERO, PA FCI / FPC BECKLEY — SIGNATURE [signature]

49. TYPED OR PRINTED NAME OF PHYSICIAN: BEAVER, WV D. McLAIN D.O., CLINICAL DIRECTOR — SIGNATURE [signature]

50. TYPED OR PRINTED NAME OF DENTIST OR PHYSICIAN: FCI/FPC BECKLEY BEAVER, WV — SIGNATURE

51. TYPED OR PRINTED NAME OF REVIEWING OFFICER OR APPROVING AUTHORITY — SIGNATURE

*U.S. Government Printing Office: 1997 - 418-149/40094 STANDARD FORM 88 (Rev. 10-94) BACK

8/15/01

FCI Beckley
Beaver, WV 25813

25813 WV, Beaver
FCI Beckley

ANATOMICAL FIGURE

STANDARD FORM 531 (Rev. 4-81)
Prescribed by GSA/ICMR, FIRMR (41 CFR) 201-9.202-

| WARD NO. | REGISTER NO. | 1. middle; grade; |
|----------|--------------|-------------------|

MARTIN
WILLIE
B/M/O/11-12-1972      WT/190      HR/BK      EY/BN
HT/503      HR/BK
34689-083
CUSTODY/IN

1999
QSPN w exam

8/2/99
BT(2021.57) day
1999
QSPN
William Robinson
I. Will

Heart - Chest
pain in



Razor blade cut
scar 1998

Razor blade scar
1998

Rt Thoracotomy
scar 1989



**Willie Martin** 34689-083
(304) 252-9758
PO B 1280 Beckley Federal Prison
Beaver, WV 25813-
DOB: November 12, 1972 AGE: 30 SEX: Male

REFERRING DR: NONE NONE,



**IN STATE**
**AXILLOFACIAL**
**SURGEONS**

**·TORY**
(·N STRICT CONFIDENCE)

Name: _____

Date: _____

## HEALTH HISTORY

1. Due to the probability that you will be having surgery and some form of anesthesia, it is necessary for you to answer the following questions as accurately as possible to avoid unnecessary health risks. All information is held in strict confiden

2. What is the main problem that brought you here? ___fractured jaw___

3. Are you under a physician's care now? __yes__ His/Her name? __Beckley Hosp__

4. For what condition or ailment? _____

5. What OPERATIONS or SERIOUS ILLNESSES have you had? __1996 gun shot wound righ__

   Date? ___1996___

6. What DRUGS or MEDICATIONS are you taking now and their dosage? __NONE__

7. What DRUGS, MEDICATIONS, FOODS, etc., are you ALLERGIC to? __Non E__

8. Please note who referred you to our office: Personal Physician __Beckley Prsn__ Phone No. _____

   Personal Dentist _____ Phone No. _____

   WOMEN PLEASE NOTE: If you are taking oral contraceptives (birth control pills), and you are prescribed antibiotics (Penicilli Erythromycin, Keflex, etc.) for infection, the antibiotics will affect the action of the birth control pills and you should consult with your physician or gynecologist for recommendations.

   DO YOU DESIRE TO CONSULT WITH YOUR PHYSICIAN TO RULE OUT PREGNANCY BEFORE ORAL SURGERY
   ☐YES     ☒NO

   Additional Information: _____

   _____

   _____

   _____

   _____

   _____

--Please turn over and complete back of form--

## MOUNTAIN STATE ORAL & MAXILLOFACIAL SURGEONS

1215 Virginia Street, East
Charleston, WV 25301
(304) 345-1092
1-800-300-7842

100A Prestige Park
Hurricane, WV 25526
(304) 757-0272
1-877-253-2700

Name _Willie Martin_ Date _2/15/03_

Address _____

R̸℞ Pen VK elixr 25mg/5cc
Disp 10 Days Similar
S/G 500 mg PO Q10.

Refill _____ times       Dr. _____

Byron H. Black, DDS    Lee F. Allen, DMD, MD    Jack J. Krajekian, DMD    Greg J. Panossian, DDS

This prescription may be filled with a generically equivalent drug product unless the words "Brand Necessary" or
"Brand Medically Necessary" are written, in the practitioner's own handwriting, on this prescription form.
REORDER # 011ᴼ814

---

## MOUNTAIN STATE
ORAL & MAXILLOFACIAL SURGEONS

1215 Virginia Street, East
Charleston, WV 25301
(304) 345-1092
In WV: 1-800-300-7842

100A Prestige Park
Hurricane, WV 25526
Phone: (304) 757-0272
1-877-253-2700

Name _Willie Martin_       Date _2/15/03_

Address _____

℞ **LORTAB® 10X500**
Disp:
1 tab q 4-6 h
PRN Pain

**LORTAB® Elixir**
Disp: _5 Days_
1-2 teasp. q 4-6
PRN Pain

Refill _____ times   DEA # _BF7917466_   Dr. _____

Byron H. Black, DDS       Kent E. Jackfert, DDS
Lee F. Allen, DMD, MD    Jack Krajekian, DMD    Greg Panossian, DDS

Brand

 

**Willie Martin**
**02-15-03**

Willie is 30 years of age, a prisoner, came into my office today stats post fall from his bed on his jaw with resultant mandibular fracture. The patient was seated in the operating room and when I walked in to see him, he is alert, oriented, in no apparent distress. Extraocular movements are intact. Pupil is equally reactive and round to light and accommodation. He is complaining of no nausea, no vomiting, no headaches. When I asked the patient when he thinks that his jaw was fractured, he advised me that this was on Saturday and that he had fallen two days earlier. The patient had some mild swelling noted to his right buccal area and his left angle area of the mandible.

**PAST MEDICAL HISTORY:** He was shot in 1996. He has no medical problems. No known drug allergies and he is not taking any medications.

**CLINICAL AND X-RAY EXAM:** Gross malocclusion was noted. Anterior to open bite was noted. There are some stepping noted between teeth #s 28 and 29 with crepitus. Ecchymosis in the floor of the mouth was noted. A laceration in the floor of the mouth was noted. A fracture of the angle area was also noted. There was segmental mobility with pain and tenderness. Positive swelling. On panoramic radiograph I noted a right angle fracture through tooth #17 which is a full bony impaction and then a complex fracture also noted at the right body area which was severely comminuted. Patient also has a bilateral paresthesia to the lower lip.

**DISCUSSION:** I spoke with the patient for about ½ hour about his treatment plans. I advised the patient that we can attempt to get closed reduction on a maxillary and mandibular fixation for approximately six weeks. The patient advised me that he doesn't want to be wired shut. I advised him that the other option is to place plates on the mandible, one at the angle area and one at the body area of the mandible. I advised the patient that there is a need that he will be wired for at least two weeks rather than six weeks. Patient was happy with that treatment plan. He is aware that he will have a scar, approximately 2 cm below the inferior border of the mandible. He is aware of all the risks that are involved and concerning the paresthesia, he is aware that it could be permanent. We will attempt to reduce the fractures in their proper position and internally fixate the mandibular fracture. The tentative treatment plan that was planned was a open reduction internal fixation of the severely comminuted fracture of the right body area via extraoral approach and then an intraoral approach with superior border plate to the left angle fracture. We will also do an extraction of tooth #17 which is in the line of fracture.

**DISCUSSION:** Today, I went through the surgery, anesthesia, complications, risks, benefits, and alternatives of performing the above mentioned procedure, emphasizing swelling; discomfort; bleeding; infection; temporary or permanent paresthesia of the cheeks, lips, gums, and tongue; and possible sinus perforation. Consents were read, signed, and co-signed. Pre-estimates were given. NPO instructions given.

**PLAN:** I placed him on penicillin at this time and Lortab for pain control. He will be taken to the operating room for the above procedure.

**Greg J. Panossian, DDS**
**GJP/cat**
**T:   022703**

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV



consent to the administration of blood transfusions and/or blood derivatives, and/or such medication treatment therapies as may be deemed advisable in the judgment of the attending physician or designated associates assistants.

consent to the administration of anesthesia to be applied by or under the direction of an anesthesiologist, the attending physician, and/or nurse anesthetist and to the use of such anesthetics that may be deemed advisable.

consent to any photography which the operating surgeon may deem necessary. For the purposes of medical education, consent to the admittance of observers to the operating room.

consent to disposal by representatives of the hospital in accordance with it's customary practice, of any tissues or organs which may be removed from my body.

I CERTIFY THAT I HAVE READ (OR HAD READ TO ME), THE CONTENTS OF THIS FORM; I UNDERSTAND THE RISKS AND ALTERNATIVES INVOLVED IN THIS PROCEDURE; I AM AWARE THAT THE PRACTICE OF MEDICINE AND SURGERY IS NOT AN EXACT SCIENCE AND I ACKNOWLEDGE THAT NO GUARANTEES HAVE BEEN MADE AS TO THE RESULTS OF THE PROCEDURE(S) LISTED IN PARAGRAPH.

I ACKNOWLEDGE THAT DUE TO LIMITATIONS OF SPACE ON THIS FORM AND TIME, THE FOREGOING INFORMATION DOES NOT COVER ALL OF THE INFORMATION THAT COULD BE OR HAS BEEN PROVIDED BY THE ABOVE NAMED PHYSICIAN. THE INFORMATION SET FORTH ABOVE WAS PROVIDED TO ME AND I HAVE HAD THE OPPORTUNITY TO ASK QUESTIONS; ALL OF MY QUESTIONS HAVE BEEN ANSWERED. FINALLY, I REQUEST THAT THE PROCEDURE DESCRIBED IN THE FIRST PARAGRAPH ABOVE BE PERFORMED.

IF YOUR DESIRES FOR INFORMATION HAVE NOT BEEN MET, DO NOT SIGN THIS FORM

Date: 2/15/03   Time: 9:18   Signed: X Willie Marin

Witness: _____

If patient is a minor or unable to sign, complete the following:

Patient is a minor or is unable to sign because: _____

Date: _____ Time: _____ Signed: _____
(Signature of person signing on behalf of patient)

_____
(Relationship to Patient)

Witness: _____

MARTIN, WILLIE J.
250949
HISTORY AND PHYSICAL EXAMINATION
PAGE 2



PHYSICAL EXAMINATION:
A young male, sitting propped up in bed.  Vital signs are stable. He is slightly overweight.

HEENT:  Face shows marked swelling of both sides of the face which is very warm to touch.  Steri strips are under the chin from where surgery was done.  Teeth are clamped together. He is not able to open his mouth at all. The saliva is drooling through the teeth.  He is tender over the tissues on both sides of the face.  There is no rash. Eyes - No discharge.  Pupils are reactive.  He is not jaundiced.  He is tender over the maxillary sinuses. No tenderness over the frontal sinuses.

LYMPHATICS:  No enlargement in the neck, axillae and groins.

NECK:  No masses.  Thyroid is not enlarged.

RESPIRATORY:  The patient is not short of breath on sitting down. Extrarespiratory muscles are not functioning.  The patient has a few scattered crepitations on the left side and a few coarse crepitations on the right base as well.  No wheeze.

CVS: Apex beat fifth interspace, mid clavicular line.  Heart sounds are regular and normal.  No murmur is audible.

ABDOMEN:  Scar of surgery from peptic ulcer disease and cholecystectomy present.  Liver and spleen are not palpable.  Bowel sounds are audible.  No tenderness over the abdomen.

NEUROLOGICAL:  Alert.  He is responsive to questions but cannot talk because his mouth is closed shut.  He can move both arms and both legs.  Reflexes are normal.  Plantars downgoing.  Superficial and deep sensations are intact.

MUSCULOSKELETAL:  None of the joints are acutely inflamed.

GU:  External genitalia normal.  No tenderness over the bladder or in the costovertebral angles.

PSYCHIATRIC:  He is alert.  He understands questions but cannot answer because he is unable to talk.

IMPRESSION:
1.  Cellulitis of face with edema secondary to recent surgery for fracture of jaw (mouth wired shut since surgery).
2   Inability to swallow.
3.  Pulmonary congestion, rule out pneumonia.
4.  Diabetes mellitus, non-Insulin dependent.
5.  Status post cholecystectomy.
6   Status post surgery for bleeding peptic ulcer disease.
7.  History of Hepatitis C and A secondary to drug abuse in past.
8.  History of alcohol abuse in the past.

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

Martin, Willie
34689-083

ARH FORM E-1-1

MARTIN, WILLIE J. 
250949
HISTORY AND PHYSICAL EXAMINATION
PAGE 3

PLAN:
The patient is admitted to CCU for further monitoring. Because of the marked swelling of the face, he could choke at any time if the swelling extends into the laryngeal area. He is not able to swallow either. He will have CBC, CMP, chest x-ray, and will be started on IV Clindamycin. We will give him a dose of Vancomycin right now. We will start him on Decadron IV. He is being started on sliding scale Insulin to keep his sugar under control. He is started on D5/half normal saline. He will need very close monitoring. X-ray of the chest is being done to rule out pneumonia. If he shows any evidence of respiratory distress suggesting laryngeal edema, he will need a tracheostomy at that time. He will need to stay in the hospital for a few days.

SURAYIA T. HASAN, M. D.

STH:dap (J#1178)

D. McLAIN D.O., CLINICAL DIRECTOR
FCI / FPC BECKLEY
BEAVER, WV

3-6-03

Martin, Willie
34689-083

ARH FORM E-1-1



# APPALACHIAN REGIONAL HEALTHCARE
## MULTIDISCIPLINARY DISCHARGE SUMMARY

*In case of emergency contact your personal physician or
the Emergency Room at _____ or the nearest
healthcare facility.*          *(telephone #)*

The following information is provided for you to assist you in recovering from your illness.
• Follow-up appointment with Dr. _____ on _____ 20__ @ _____ AM

• Activity: ☒ No limitations
           ☒ Limitations (specify)

Wound Care / Dressing Instructions

Diet Order:

☐ Diet Counseling / Instruction Given
☐ Other instruction given
☐ Literature given
☐ Follow-up appointment

• Instructions from P.T. / O.T. / R.T. / Speech / Recreational Therapy

Home Service Referral:
☐ Home Health / Other Agency
☐ Home Equipment      ☐ Hospital bed  ☐ Walker  ☐ C.P.  ☐ Bedside commode  ☐ Wheelchair
                       ☐ Other
                       ☐ Foley catheter   Date inserted _____   Date changed _____

Other Referrals:
Signs / Symptoms of Recurrence and / or Complication of your illness

Prescribed Medications:

| Medication / Strength / Frequency | Dosing Time / how it was dispensed / when to Start | Special instructions / Manner of administration / Medication Pamphlet given |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

ARH FORM 50357 (Rev 12/90)

```
RUN DATE: 02/19/03                Saint Francis Hospital                        PAGE
RUN TIME: 0803                    Discharge Instructions
```

## * DISCHARGE INSTRUCTIONS *

Patient's Name: MARTIN,WILLIE                    Physician: Panossian,Greg J

Med Rec Number: H000275452  34689-083           Acct Number: H02533224056

Diet: CLEAR LIQUIDS                             Bathing:  AS TOLERATED

EXERCISE or SPECIAL LIMITS
: NO STRENUOUS ACTIVITY FOR 2 WEEKS, LIGHT ACTIVITY AS TOLERATED
:

DRESSING, TREATMENTS, SPECIAL EQUIPMENT
: PERIDEX MOUTH RINSE TWICE DAILY
:

## * MEDICATIONS *

1. LORTAB 10/500 ELIXIR 5 TO 10 CC EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
2. PERIDEX RINSE 5 TO 10 CC TWICE DAILY
3. CLINDIMYCIN 300MG ELIXIR FOUR TIMES DAILY FOR 7 DAYS
4.
5.
6.
7.
8.
9.
10.

(QD = DAILY)  (BID = TWICE DAILY)  (TID = THREE TIMES DAILY)  (QID = FOUR TIMES DAILY)

## * SPECIAL INSTRUCTIONS *

: FOLLOW UP WITH MOUNTAIN STATE ON 3/25/03 AT 1PM
:

## * FOLLOW-UP INSTRUCTIONS *

Call Doctor's Office    : DR PANOSSIAN
Follow-Up Appointment   : 3/25/03 AT 1PM
Home Health Agency Ref  :

Additional Follow-Up Information: CALL OFFICE FOR ANY QUESTIONS OR CONCERNS BEFORE
        FOLLOW UP APPOINTMENT

Oriented To:         TIMES 3        Sent Home with Personal Belongings : Y
Activity Tolerance: AMBULATORY      Sent Home with Bedside Belongings  : Y
Skin Integrity:      INTACT         Home Meds Returned to Patient       : N
Information Regarding Smoking Cessation Provided: N

Discharge Disposition: OTH

Mode of Discharge: WHEELCHAIR       Accompanied at Discharge By: PAID ATTND

I HAVE BEEN INSTRUCTED ON AND UNDERSTAND THE ABOVE INFORMATION.   IF MY SYMPTOMS OR
    CONDITION WORSEN, I WILL NOTIFY MY DOCTOR OR RETURN TO THE EMERGENCY ROOM.

Patient or Responsible Person's Signature : _Willie Martin_

Signature of RN / LPN : _____        Time of Discharge: _530_



A P P A L A C H I A N

R E G I O N A L

H E A L T H C A R E

Picture I.D. Verified by: _JPW_ H.U.N. 25-09-49
Date: _2/25/03_

**REQUEST FOR RELEASE OF MEDICAL RECORD INFORMATION** 34689-083

Patient name: _Martin, Willie_ Phone: _____
AKA/maiden name: _____ Date of Birth: _____
Address: _____

City/State/Zip: _____

I hereby request that access to the medical record of the patient named above be provided by:
   Appalachian Regional Hospital        Other (Name of facility)
   306 Stanaford Road
   Beckley, WV 25801

Information to be released to: _FCI Transferred_
Name/Facility: _____
Address: _____

Phone : _____ Fax: _____

Type of Access Requested:    Copies: _____    Inspection: _____

Dates of Treatment: _2/20/03  2/25/03_

Purpose of disclosure/Use of Information: _____

Information to be released **(This area to be completed by H.I.M. staff only)**

| | | |
|---|---|---|
| ___ Discharge Summary | ___ X-ray reports | ___ Pathology/Cytology |
| ___ History & Physical | ___ Lab\EKG reports | ___ Consultation reports |
| ___ Emergency Room reports | ___ Operative reports | ___ Stress/Echocardiograms |
| ___ Observation report | ___ Medication reports | ___ ABG/Respiratory reports |
| ___ Face sheet | ___ Progress notes | _✓_ Entire Record |
| ___ Other: | | |

I hereby consent to the release of any and all psychiatric, alcohol and/or drug abuse treatment records.
I understand that such information cannot be released without my specific consent, except in
accordance with Federal regulations. I understand that the information to be released may also
include pregnancy, venereal disease, or records pertaining to the diagnosis or treatment of Acquired
Immune Deficiency Syndrome (AIDS). My signature authorized the release of such information.

_Physician request_                           _2/25/03_
Print Name Above                           Date Above

_____        _____
Patient or Legal Guardian Signature Above        Relationship to patient

Conservators or guardians must provide copies of appointment papers. Authorizations for deceased
patients must be signed by next of kin or circumstantial proof of same.

I understand that I have a right to receive a copy of this authorization upon request. Please initial:
Not requested: _____    Requested and Received: _____

Unless otherwise specified, this authorization will expire in six (6) months. I understand that the
recipient may not further disclose the medical information unless another authorization is obtained
from me or unless such use or disclosure is specifically required or permitted by law.

_____ Faxed        _____ Mailed        _✓_ Hand-carried   _2/25/03_

24/03                          BECKLEY APPALACHIAN REGIONAL HOSP          Page –      3
1.:12                          306 STANAFORD ROAD                         BECKLEY
                               BECKLEY WV                       25801     ------------
Patient: MARTIN, WILLIE J                                                |ARH#: AH2509
     SSN:                      DOB: 11/12/1972        Sex: MALE           ------------
A2                             Ord Phys: JAFARY,HASSAN          Coll Date: 02/24/2003   07:16 R
Rm: 213-1   Pers Phys:                                         PL Rec Date: 02/24/2003  08:29 R
  Specimen: AH213957   Type: BLOOD                             Report-Date: 02/24/2003  12:12 B
Spec Desc:                                                         Batch: AH81485   Payer: 1
----------------------------------------------------------------------------------------

                        (   H E M A T O L O G Y   )

                                Results
          Test                Normal  Abnormal    Units     Adult Reference Ranges
          ----                ------  --------    -----     ----------------------
*  WBC                          9.4                X10'3/UL   4.8-10.8
*  RBC                          4.92               X10'6/UL   (M)4.7-6.1(F)4.2-5.4
*  HEMOGLOBIN                  15.5                G/DL       (M)14.0-18(F)12-16
*  HEMATOCRIT                  46.3                %          (M)42-52(F)37-47
                              94.0                 CU MI      (M)80-94(F)81-99
   MCH                                   31.6      PG         27-31
*  MCHC                        33.5                %          33-37
*  RDW                        11.7                 %          11.5-14.5
*  MPV                         8.0                            6.2-10.6
*  PLATELETS                   373                 X10'3/UL   130-400
   SEG NEUTROPHILS                       81        %          42-75
   BANDS                                  9        %          0-6
   LYMPHOCYTES                            7        %          20-40
   MONOCYTES                   2                   %          2-7
   METAMYELOCYTES                         1        %          0
   RBC MORPHOLOGY OK            Y                             Y- YES
   PLATELETS                    N                             N(NORM) I(INC) D(DEC)

   Comments: SB/BH


   Previously Reported)
----------------------------------------------------------------------------------------
      Director: DR. ZARINA RASHEED                        (304) 255-3595


Specimen: AH214216  Type: BLOOD                        Report-Date: 02/24/2003   17:47 A
Spec Desc:                                                 Batch: AH81586   Payer: 1
----------------------------------------------------------------------------------------

                        (   C H E M I S T R Y   )

                                Results
          Test                Normal  Abnormal    Units     Adult Reference Ranges
          ----                ------  --------    -----     ----------------------
   GLUCOSE                                137      MG/DL      70-110

   Comments: Posted at 17:28.

----------------------------------------------------------------------------------------
      Director: DR. ZARINA RASHEED                        (304) 255-3595


                                          Martin, Willie
                                            34689-083

```
02/24/03                BECKLEY APPALACHIAN REGIONAL HOSP          Page -      1
17:47                   306 STANAFORD ROAD                         BECKLEY
                        BECKLEY WV                    25801         --------------------
Patient: MARTIN, WILLIE J                                          |ARH#: AH250094
    SSN:                 DOB: 11/12/1972           Sex:  MALE       -------------------
2                    Ord Phys: HASAN,SURAYIA T     Coll Date: 02/24/2003  17:28 AF
m: 213-1   Pers Phys:                             PL Rec Date: 02/24/2003  17:35 AF
Specimen: AH214216  Type: BLOOD                   Report-Date: 02/24/2003  17:47 AF
pec Desc:                                          Batch: AH81586     Payer: 1
```
--------------------------------------------------------------------------------

                        (   C H E M I S T R Y   )

                            Results
                        Normal  Abnormal  Units    Adult Reference Ranges
        Test            ------  --------  -----    ----------------------
    GLUCOSE                       137     MG/DL     70-110

    Comments: Posted at 17:28.

--------------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                    (304) 255-3595

```
02/24/03                BECKLEY APPALACHIAN REGIONAL HOSP          Page -      1
11:34                   306 STANAFORD ROAD                         BECKLEY
                        BECKLEY WV                    25801         --------------------
Patient: MARTIN, WILLIE J                                          |ARH#: AH250
    SSN:                 DOB: 11/12/1972           Sex:  MALE       -------------------
A2                   Ord Phys: HASAN,SURAYIA T     Coll Date: 02/24/2003  11:17 S
Rm: 213-1  Pers Phys:                             PL Rec Date: 02/24/2003  11:21 S
Specimen: AH214072  Type: BLOOD
```
--------------------------------------------------------------------------------

                        (   C H E M I S T R Y   )

                            Results
                        Normal  Abnormal  Units    Adult Reference Ranges
        Test            ------  --------  -----    ----------------------
    GLUCOSE                       115     MG/DL     70-110

    Comments: Posted at 1117.

--------------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                    (304) 255-3595

Martin, Willie
34688-083

 

BECKLEY APPALACHIAN REGIONAL HOSP          Page -
06 STANAFORD ROAD                                          BECKLEY
BECKLEY WV                          25801

MARTIN, WILLIE J                                           |ARH#: AH250
          DOB: 11/12/1972        Sex:  MALE
     Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003  11:55
                                    PL Rec Date: 02/20/2003  12:14
          Type: BLOOD             Report Date: 02/20/2003  14:04
                                      Batch: AH80549    Payer:

## HEMATOLOGY

|        | Results |          |       |                        |
|--------|---------|----------|-------|------------------------|
|        | Normal  | Abnormal | Units | Adult Reference Ranges |
|        |         | 13.2     | X10'3/UL | 4.8-10.8            |
|        | 4.95    |          | X10'6/UL | (M)4.7-6.1(F)4.2-5.4 |
|        | 15.7    |          | G/DL  | (M)14.0-18(F)12-16     |
|        | 45.6    |          | %     | (M)42-52(F)37-47       |
|        | 92.0    |          | CU MI | (M)80-94(F)81-99       |
|        |         | 31.7     | PG    | 27-31                  |
|        | 34.4    |          | %     | 33-37                  |
|        | 11.5    |          | %     | 11.5-14.5              |
|        | 7.8     |          |       | 6.2-10.6               |
|        | 265     |          | X10'3/UL | 130-400             |
|        | 70      |          | %     | 42-75                  |
|        |         | 20       | %     | 0-6                    |
|        |         | 7        | %     | 20-40                  |
|        | 2       |          | %     | 2-7                    |
|        | 1       |          | %     | 0-1                    |
|        | Y       |          |       | Y= YES                 |
|        | N       |          |       | N(NORM)1(INC)D(DEC)    |

MARINA RASHEED                              (304) 255-3596

*Martin,Willie
34689-083*

 

```
              BECKLEY APPALACHIAN REGIONAL HOSP        Page      1
              806 STANAFORD ROAD                       BECKLEY
              BECKLEY WV                   25801
                                                      |ARH#: AH250
         MART M. WILLIE J
                 DOB: 11/12/1972       Sex:  MALE
         Phys: HASAN,SURAYIA T         Coll Date: 02/20/2003   11:41
                                       PL Rec Date: 02/20/2003  11:43
         Type: BLOOD                   Report Date: 02/20/2003  11:44
                                       Batch: AH20528   Payer:
```

---

( C H E M I S T R Y

```
                    Results
            Normal  Abnormal   Units    Adult Reference Ranges
            ------  --------   -----    ---------------------
                      118    MG/DL      70-110
```

CALLED AND VERBALLY GIVEN AT 11:41 TO REBECCA.

---

R. ZARINA RASHEED                    (304) 255-3595

*Cardiology*

*ZR.*

*Martin, Willie*
*34689-083*

MEDICAL RECORD | CONSULTATION SHEET

## REQUEST

TO: Mountain State Oral & Maxillofacial Surgeons

FROM: (Requesting physician or activity) FCI - Beckley

DATE OR REQUEST: 17 March 03

REASON FOR REQUEST (Complaints and findings) Post Op Follow - Up

Allergies: NFDA

Medications: Motrin 800y B=D   Clindamycin 150y / 4ml
Q=D

Patient History to include present and past procedures:

Fractured MD on 12 Feb 03 / Surgercy on 18 Feb 03

PROVISIONAL DIAGNOSIS: Mandibular Fracture

DOCTOR'S SIGNATURE

APPROVED

PLACE OF CONSULTATION
FCI ____   FPC____

____Routine   ____Today
____72 Hours   ____Emergency

## CONSULTATION REPORT

RECORD REVIEWED ____YES ____NO        PATIENT EXAMINED ____YES ____NO

(Continue on reverse side)

NATURE AND TITLE | DATE

PATIENT'S IDENTIFICATION (For typed or written entries give: Name-last, first, middle; grade; rank; rate; hospital or medical facility)

Name Martin Willie

Number 34689-083

DOB 12 Nov 72

FCI/FPC Beckley

CONSULTATION SHEET

Medical Record

STANDARD FORM-513 (REV. 8-92)




BECKLEY APPALACHIAN REGIONAL HOSP          Page    1
106 STANAFORD ROAD                              BECKLEY
BECKLEY WV                    25801
                                              |ARH#: AH250
. . . . : WILLIE J
          DOB: 11/12/1972     Sex:  MALE
     . . Phys: HASAN,SURAYIA T     Coll Date: 02/20/2003   11:55
                                   PL Rec Date: 02/20/2003   12:14
       . Type: BLOOD              Report Date: 02/20/2003   13:07
                                    Batch: AH80540     Payer:

( C H E M I S T R Y )

|            | Results |          |       |                        |
|------------|---------|----------|-------|------------------------|
|            | Normal  | Abnormal | Units | Adult Reference Ranges |
|------------|---------|----------|-------|------------------------|
|            |         | 134      | MEQ/L | 136-148                |
|            | 4.2     |          | MEQ/L | 3.5-5.2                |
|            | 99      |          | MEQ/L | 98-112                 |
|            | 23.3    |          | MEQ/L | 21-32                  |
|            | 12      |          | MG/DL | 7-21                   |
|            | 1.0     |          | MG/DL | 0.6-1.5                |
|            |         | 8.4      | G/DL  | 6.4-8.2                |
|            | 3.6     |          | G/DL  | 3.4-5.0                |
|            | 9.2     |          | MG/DL | 8.5-10.5               |
|            |         | 131      | MG/DL | 70-110                 |
|            | 34      |          | U/L   | 15-37                  |
|            | 0.56    |          | MG/DL | 0-1.0                  |
|            |         | 43       | U/L   | 50-136                 |
|            | 29      |          | U/L   | 30-65                  |

. . DR. ZARINA RASHEED                    (304) 255-3595

Martin, Wi?
34689-08

RUN DATE: 0_ _9/03                          Saint Fra___s Hospital                    PAGE
RUN TIME: 0803                              Discharge Instructions

## * DISCHARGE INSTRUCTIONS *

Patient's Name: MARTIN,WILLIE                        Physician: Panossian,Greg J

Med Rec Number: H000275452  34689-083               Acct Number: H02533224056

Diet: CLEAR LIQUIDS                                 Bathing:  AS TOLERATED

EXERCISE or SPECIAL LIMITS
: NO STRENUOUS ACTIVITY FOR 2 WEEKS, LIGHT ACTIVITY AS TOLERATED
:

DRESSING, TREATMENTS, SPECIAL EQUIPMENT
: PERIDEX MOUTH RINSE TWICE DAILY
:

## * MEDICATIONS *

1. LORTAB 10/500 ELIXIR 5 TO 10 CC EVERY 4 TO 6 HOURS AS NEEDED FOR PAIN
2. PERIDEX RINSE 5 TO 10 CC TWICE DAILY
3. CLINDIMYCIN 300MG ELIXIR FOUR TIMES DAILY FOR 7 DAYS
4.
5.
6.
7.
8.
9.
10.

(QD = DAILY)   (BID = TWICE DAILY)   (TID = THREE TIMES DAILY)   (QID = FOUR TIMES DAILY)

## * SPECIAL INSTRUCTIONS *

: FOLLOW UP WITH MOUNTAIN STATE ON 3/25/03 AT 1PM
:

## * FOLLOW-UP INSTRUCTIONS *

Call Doctor's Office   : DR PANOSSIAN
Follow-Up Appointment  : 3/25/03 AT 1PM
Home Health Agency Ref :

Additional Follow-Up Information: CALL OFFICE FOR ANY QUESTIONS OR CONCERNS BEFORE
         FOLLOW UP APPOINTMENT

Oriented To:          TIMES 3          Sent Home with Personal Belongings : Y
Activity Tolerance: AMBULATORY         Sent Home with Bedside  Belongings : Y
Skin Integrity:     INTACT             Home Meds Returned to Patient      : N
Information Regarding Smoking Cessation Provided: N

Discharge Disposition: OTH

Mode of Discharge: WHEELCHAIR          Accompanied at Discharge By: PAID ATTND

I HAVE BEEN INSTRUCTED ON AND UNDERSTAND THE ABOVE INFORMATION.   IF MY SYMPTOMS OR
   CONDITION WORSEN, I WILL NOTIFY MY DOCTOR OR RETURN TO THE EMERGENCY ROOM.

Patient or Responsible Person's Signature : _Willi Martin_

Signature of RN / LPM : _____    Time of Discharge: 530

```
 02/20/03                  BECKLEY APPALACHIAN REGIONAL HOSP        Page -    2
   18:12                   306 STANAFORD ROAD                       BECKLEY
                           BECKLEY WV                    25801      ------------
   Patient: MARTIN, WILLIE J                                        |ARH#: AH2509
        SSN: 3489-083       DOB: 11/12/1972    Sex:  MALE           -------------
AIC              Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003  17:54 1
Rm: 4IC-1  Pers Phys:                          PL Rec Date: 02/20/2003  18:09 1
 Specimen: AH212492  Type: BLOOD               Report-Date: 02/20/2003  18:12 1
Spec Desc:                                      Batch: AH80614   Payer: 1
------------------------------------------------------------------------------
-
-                         (   C H E M I S T R Y   )
-
-                             Results
-        Test              Normal  Abnormal  Units   Adult Reference Ranges
-        ----              ------  --------  -----   ----------------------
- GLUCOSE                            227     MG/DL      70-110
-
- Comments: Posted at 17:55
-
-      -----------------------------------------------------------------
-        Director: DR. ZARINA RASHEED                 (304) 255-3595
```

Covered
hu RR

```
02/23/03            BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
08:50               306 STANAFORD ROAD                      BECKLEY
                    BECKLEY WV                   25801       ------------
Patient: MARTIN, WILLIE J 34689-083                         |ARH#: AH25094
    SSN:                   DOB: 11/12/1972    Sex:  MALE     ------------
A2              Ord Phys: JAFARY,HASSAN        Coll Date: 02/23/2003  04:55 CM
Rm: 213-1  Pers Phys:                          PL Rec Date: 02/23/2003  06:41 RE
Specimen: AH213564   Type: BLOOD               Report-Date: 02/23/2003  08:50 CO
Spec Desc:                                     Batch: AH81216   Payer: 1
```

--------------------------------------------------------------------

(   H E M A T O L O G Y   )

| Test | Results Normal | Abnormal | Units | Adult Reference Ranges |
|------|--------|----------|-------|------------------------|
| * WBC | | 16.1 | X10'3/UL | 4.8-10.8 |
| * RBC | | 4.41 | X10'6/UL | (M)4.7-6.1(F)4.2-5.4 |
| * HEMOGLOBIN | 14.0 | | G/DL | (M)14.0-18(F)12-16 |
| * HEMATOCRIT | | 40.5 | % | (M)42-52(F)37-47 |
| * CV | 91.9 | | CU MI | (M)80-94(F)81-99 |
| * MCH | | 31.7 | PG | 27-31 |
| * MCHC | 34.5 | | % | 33-37 |
| * RDW | 11.6 | | % | 11.5-14.5 |
| * MPV | 8.1 | | | 6.2-10.6 |
| * PLATELETS | 349 | | X10'3/UL | 130-400 |
| - SEG NEUTROPHILS | 68 | | % | 42-75 |
| - BANDS | | 11 | % | 0-6 |
| - LYMPHOCYTES | | 15 | % | 20-40 |
| - MONOCYTES | 6 | | % | 2-7 |
| - RBC MORPHOLOGY OK | Y | | | Y= YES |
| - PLATELETS | N | | | N(NORM)I(INC)D(DEC) |

- Comments: TW/CLJ

- '* Previously Reported)
--------------------------------------------------------------------
-      Director: DR. ZARINA RASHEED                    (304) 255-3595

```
   07/23/03              BECKLEY APPALACHIAN REGIONAL HOSP        Page -    2
      05                 306 STANAFORD ROAD                       BECKLEY
                         BECKLEY WV                    25801      --------------
   Patient: MARTIN, WILLIE J                                     |ARH#: AH25094
      SSN:                  DOB: 11/12/1972    Sex:  MALE         --------------
A2              Ord Phys: JAFARY,HASSAN       Coll Date: 02/23/2003  04:55 CM
Rm: 213-1  Pers Phys:                         PL Rec Date: 02/23/2003  05:58 RE
 Specimen: AH213564  Type: BLOOD             Report-Date: 02/23/2003  08:05 BH
Spec Desc:                                       Batch: AH81200    Payer: 1
```

----------------------------------------------------------------------------

## ( H E M A T O L O G Y )

| Test | Normal | Abnormal | Units | Adult Reference Ranges |
|------|--------|----------|-------|------------------------|
| WBC | | 16.1 | X10'3/UL | 4.8-10.8 |
| RBC | | 4.41 | X10'6/UL | (M)4.7-6.1(F)4.2-5.4 |
| HEMOGLOBIN | 14.0 | | G/DL | (M)14.0-18(F)12-16 |
| HEMATOCRIT | | 40.5 | % | (M)42-52(F)37-47 |
| MCV | 91.9 | | CU MI | (M)80-94(F)81-99 |
| MCH | | 31.7 | PG | 27-31 |
| MCHC | 34.5 | | % | 33-37 |
| RDW | 11.6 | | % | 11.5-14.5 |
| MPV | 8.1 | | | 6.2-10.6 |
| PLATELETS | 349 | | X10'3/UL | 130-400 |

----------------------------------------------------------------------------

Director: DR. ZARINA RASHEED                    (304) 255-3595

Martin, willie   2/23
34689-083

```
02/23/03          BECKLEY APPALACHIAN REGIONAL HOSP        Page -   12
07:21  34689-083  306 STANAFORD ROAD                       BECKLEY
                  BECKLEY WV                    25801       - - - - - - - - - -
Patient: MARTIN, WILLIE J                                  |ARH#: AH2509-
     SSN:                DOB: 11/12/1972    Sex:  MALE      - - - - - - - - - -
A2              Ord Phys: JAFARY,HASSAN      Coll Date: 02/23/2003   04:55 C
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/23/2003  06:05 R
Specimen: AH213564  Type: BLOOD              Report-Date: 02/23/2003 07:21 J
Spec Desc:                                   Batch: AH81176   Payer: 1
```

----------------------------------------------------------------------

```
                    (   C H E M I S T R Y   )

                         Results
        Test            Normal  Abnormal   Units     Adult Reference Ranges
        ----            ------  --------   -----     ----------------------
- GLUCOSE               105                MG/DL     70-110
- BUN                   13                 MG/DL     7-21
- CREATININE            1.0                MG/DL     0.5-1.3
- SODIUM                          135      MEQ/L     136-148
  OTASSIUM              4.2                MEQ/L     3.5-5.2
- CHLORIDE              101                MEQ/L     98-112
- CO-2                  25.9               MEQ/L     21-32
- CALCIUM               8.7                MG/DL     8.5-10.5
```

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
-     Director: DR. ZARINA RASHEED                      (304) 255-3595
```

```
02/22/03            BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
  18:00    34/689-083 306 STANAFORD ROAD                     BECKLEY
                        BECKLEY WV                  25801    -------------
 Patient: MARTIN, WILLIE J                                  |ARH#: AH25094
      SSN:                DOB: 11/12/1972    Sex:  MALE      -------------
A2              Ord Phys: HASAN,SURAYIA T     Coll Date: 02/22/2003  17:05 R
Rm: 213-1  Pers Phys:                       PL Rec Date: 02/22/2003  17:52 *
 Specimen: AH213351  Type: BLOOD            Report-Date: 02/22/2003  18:00 C
Spec Desc:                                        Batch: AH81080   Payer: 1
```
-----------------------------------------------------------------------

            (    C H E M I S T R Y    )

                         Results
      Test             Normal  Abnormal   Units    Adult Reference Ranges
      ----             ------  --------   -----    ----------------------
- GLUCOSE                       134       MG/DL       70-110

-----------------------------------------------------------------------
       Director: DR. ZARINA RASHEED                     (304) 255-3595

```
  )2/22/03              BECKLEY APPALACHIAN REGIONAL HOSP         Page -      4
   11:55        34688-08 106 STANAFORD ROAD                      BECKLEY
                         BECKLEY WV                  25801        -------------
  Patient: MARTIN, WILLIE J                                      |ARH#: AH2509
        SSN:                  DOB: 11/12/1972      Sex:  MALE     ------------
A2               Ord Phys: HASAN,SURAYIA T     Coll Date: 02/22/2003   11:45 C
Rm: 213-1   Pers Phys:                        PL Rec Date: 02/22/2003   11:50 C
 Specimen: AH213262  Type: BLOOD              Report-Date: 02/22/2003   11:55 C
Spec Desc:                                        Batch: AH81033    Payer: 1
```
------------------------------------------------------------------------------

```
                       (   C H E M I S T R Y    )

                              Results
        Test            Normal  Abnormal  Units   Adult Reference Ranges
        ----            ------  --------  -----   ----------------------
  GLUCOSE                         152    MG/DL       70-110

  Comments: POSTED @ 1145---CLJ
```
------------------------------------------------------------------------------
```
        Director: DR. ZARINA RASHEED                  (304) 255-3595
```



```
   22/03                BECKLEY APPALACHIAN REGIONAL HOSP        Page -    3
   08:26                306 STANAFORD ROAD                       BECKLEY
                        BECKLEY WV                    25801      -------------
  Patient: MARTIN, WILLIE J                                     |ARH#: AH2509
       SSN:              DOB: 11/12/1972      Sex:  MALE        -------------
A2                 Ord Phys: HASAN,SURAYIA T    Coll Date: 02/22/2003  05:15 C
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/22/2003  05:48 R
  Specimen: AH213177  Type: BLOOD            Report-Date: 02/22/2003  08:26 C
Spec Desc:                                         Batch: AH80999   Payer: 1
----------------------------------------------------------------------------
```

```
                        (   H E M A T O L O G Y   )

                              Results
          Test              Normal  Abnormal   Units    Adult Reference Ranges
          ----              ------  --------   -----    ----------------------
*  WBC                               24.4      X10'3/UL    4.8-10.8
*  RBC                               4.55      X10'6/UL    (M)4.7-6.1(F)4.2-5.4
*  HEMOGLOBIN              14.5                G/DL        (M)14.0-18(F)12-16
*  HEMATOCRIT              42.5                %           (M)42-52(F)37-47
*  MCV                     93.4                CU MI       (M)80-94(F)81-99
*  MCH                               31.8     PG          27-31
*  MCHC                    34.0                %           33-37
*  RDW                     11.5                %           11.5-14.5
*  MPV                     8.2                 %           6.2-10.6
*  PLATELETS               329                 X10'3/UL    130-400
-  SEG NEUTROPHILS                    76       %           42-75
-  BANDS                              17       %           0-6
-  LYMPHOCYTES                        4        %           20-40
-  MONOCYTES                  3                %           2-7
-  RBC MORPHOLOGY OK          Y                            Y= YES
-  PLATELETS                  N                            N(NORM)I(INC)D(DEC)

-  Comments: SB/CLJ
```

```
'* Previously Reported)
----------------------------------------------------------------------------
      Director: DR. ZARINA RASHEED                  (304) 255-3595
```

Martin, Willie
34689-083

```
 02/22/03              BECKLEY APPALACHIAN REGIONAL HOSP      Page -    3
   07:07               306 STANAFORD ROAD                    BECKLEY
                       BECKLEY WV                    25801    --------------
   Patient: MARTIN, WILLIE J                                 |ARH#: AH2509
        SSN:             DOB: 11/12/1972      Sex:  MALE      --------------
A2              Ord Phys: HASAN,SURAYIA T      Coll Date: 02/22/2003   05:15 C
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/22/2003   05:38 R
 Specimen: AH213177  Type: BLOOD             Report-Date: 02/22/2003   07:07 J
Spec Desc:                                        Batch: AH80981    Payer: 1
```

---

( C H E M I S T R Y )

| Test | Results Normal | Abnormal | Units | Adult Reference Ranges |
|------|------|------|------|------|
| GLUCOSE | | 152 | MG/DL | 70-110 |
| BUN | 14 | | MG/DL | 7-21 |
| CREATININE | 1.1 | | MG/DL | 0.5-1.3 |
| SODIUM | 137 | | MEQ/L | 136-148 |
| POTASSIUM | 4.6 | | MEQ/L | 3.5-5.2 |
| CHLORIDE | 102 | | MEQ/L | 98-112 |
| CO-2 | 26.0 | | MEQ/L | 21-32 |
| CALCIUM | 9.2 | | MG/DL | 8.5-10.5 |

---

Director: DR. ZARINA RASHEED                    (304) 255-3595

*Martin, Willie*
*34/68 F 083*

```
 2/22/03                    BECKLEY APPALACHIAN REGIONAL HOSP        Page -     6
   06:36     34689-083      306 STANAFORD ROAD                      BECKLEY
                            BECKLEY WV                      25801   -------------
  Patient: MARTIN, WILLIE J                                        |ARH#: AH2509
      SSN:                   DOB: 11/12/1972      Sex:  MALE        -------------
 A2              Ord Phys: HASAN,SURAYIA T         Coll Date: 02/22/2003  05:15 C
 Rm: 213-1   Pers Phys:                           PL Rec Date: 02/22/2003  05:38 R
  Specimen: AH213177  Type: BLOOD                 Report-Date: 02/22/2003  06:36 R
 Spec Desc:                                         Batch: AH80975   Payer: 1
 ----------------------------------------------------------------------------
 -
 -                       (   H E M A T O L O G Y   )
 -
 -                              Results
 -        Test               Normal  Abnormal   Units   Adult Reference Ranges
 -        ----               ------  --------   -----   ----------------------
 - WBC                                 24.4     X10'3/UL   4.8-10.8
 - RBC                                 4.55     X10'6/UL   (M)4.7-6.1(F)4.2-5.4
 - HEMOGLOBIN            14.5                    G/DL      (M)14.0-18(F)12-16
 - HEMATOCRIT           42.5                    %         (M)42-52(F)37-47
 -  CV                  93.4                    CU MI     (M)80-94(F)81-99
 - MCH                                 31.8     PG        27-31
 - MCHC                 34.0                    %         33-37
 - RDW                  11.5                    %         11.5-14.5
 - MPV                  8.2                               6.2-10.6
 - PLATELETS            329                     X10'3/UL  130-400
 -
 -
 -------------------------------------------------------------------------------
 -        Director: DR. ZARINA RASHEED                   (304) 255-3595
```

```
 02/21/03          BECKLEY APPALACHIAN REGIONAL HOSP       Page -    3
 23:29   34689-083 306 STANAFORD ROAD                      BECKLEY
                   BECKLEY WV                    25801     --------------
 Patient: MARTIN, WILLIE J                                |ARH#: AH2509
    SSN:               DOB: 11/12/1972   Sex:  MALE        --------------
A2          Ord Phys: HASAN,SURAYIA T    Coll Date: 02/21/2003  23:20 M
Rm: 213-1  Pers Phys:                    PL Rec Date: 02/21/2003  23:25 M
 Specimen: AH213059  Type: BLOOD         Report Date: 02/21/2003  23:29 M
Spec Desc:                                 Batch: AH80921   Payer: 1
--------------------------------------------------------------------------

              (    C H E M I S T R Y    )

                         Results
       Test             Normal  Abnormal  Units   Adult Reference Ranges
       ----             ------  --------  -----   ---------------------
 GLUCOSE                          126    MG/DL      70-110

 Comments: Posted at 2320

 ---------------------------------------------------------------------------
       Director: DR. ZARINA RASHEED                 (304) 255-3595
```

```
 )2/21/03              BECKLEY APPALACHIAN REGIONAL HOSP        Page -    3
   18:10   34689-083   306 STANAFORD ROAD                      BECKLEY
                       BECKLEY WV                  25801        ------------
   Patient: MARTIN, WILLIE J                                   |ARH#: AH2509
      SSN:                DOB: 11/12/1972    Sex:  MALE         ------------
A2             Ord Phys: HASAN,SURAYIA T     Coll Date: 02/21/2003  17:56
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/21/2003  18:08
 Specimen: AH212932  Type: BLOOD             Report-Date: 02/21/2003  18:10
Spec Desc:                                     Batch: AH80852    Payer:
```

---

```
              (    C H E M I S T R Y    )

                      Results
       Test          Normal  Abnormal  Units   Adult Reference Ranges
       ----          ------  --------  -----   ---------------------
- GLUCOSE                      219    MG/DL     70-110

- Comments: Posted at 1805
```

---

```
          Director: DR. ZARINA RASHEED            (304) 255-3595
```

```
  02/21/03              ARH REFERENCE LABORATORY               Page -    3
  13:42                 4TH FLOOR                               BECKLEY
          34689-085     1220 HARRODSBURG ROAD
                        LEXINGTON KY                 40533      ------------
   Patient: MARTIN, WILLIE J                                  |ARH#: AH250
     SSN:                    DOB: 11/12/1972   Sex:  MALE      ------------
 A2               Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003  11:55
 Rm: 213-1  Pers Phys:                         PL Rec Date: 02/21/2003  01:42
  Specimen: AH212432  Type: BLOOD              Report-Date: 02/21/2003  13:42
 Spec Desc:                                       Batch: SY24119   Payer:
```

---

PRELIMINARY REPORT

    Source Specimen: BLOOD

    No Growth After: 24 HOURS

---

        Director: CECILIA B. BELLA, M.D.              (859) 226-2567

```
  02/21/03              ARH REFERENCE LABORATORY                    Page -    4
  13:42                 4TH FLOOR                                   BECKLEY
       34689-083        1220 HARRODSBURG ROAD
                        LEXINGTON KY              40533
  Patient: MARTIN, WILLIE J                                        |ARH#: AH2509
     SSN:                   DOB: 11/12/1972    Sex:  MALE          -----------
A2              Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003   13:28 S
Rm: 213-1  Pers Phys:                          PL Rec Date: 02/21/2003  01:23 T
  Specimen: AH212435  Type: BLOOD              Report-Date: 02/21/2003  13:42 R
Spec Desc:                                         Batch: SY24119    Payer: 1
------------------------------------------------------------------------------
-
-                         PRELIMINARY REPORT
-
-    Source Specimen: BLOOD
-
-    No Growth After: 24 HOURS
-
-
------------------------------------------------------------------------------
-      Director: CECILIA B. BELLA, M.D.                  (859) 226-2567
```

```
  02/21/03              BECKLEY APPALACHIAN REGIONAL HOSP        Page -    4
  11:45                 306 STANAFORD ROAD                       BECKLEY
                        BECKLEY WV                  25801        ---------------
 Patient: MARTIN, WILLIE J                                      |ARH#: AH25094
     SSN:                  DOB: 11/12/1972    Sex:  MALE         ---------------
A2                    Ord Phys: HASAN,SURAYIA T   Coll Date: 02/21/2003   11:17 SA
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/21/2003   11:32 SA
 Specimen: AH212787  Type: BLOOD             Report-Date: 02/21/2003   11:45 SA
Spec Desc:                                       Batch: AH80773    Payer: 1
------------------------------------------------------------------------------
-
-                     (   C H E M I S T R Y    )
-
-                         Results
-        Test             Normal  Abnormal  Units   Adult Reference Ranges
-        ----             ------  --------  -----   ----------------------
- GLUCOSE                          199    MG/DL       70-110
-
- Comments: Posted at 1117.
-
------------------------------------------------------------------------------
-          Director: DR. ZARINA RASHEED              (304) 255-3595
```

```
  02/21/03              BECKLEY APPALACHIAN REGIONAL HOSP          Page -    1
  06:36                 306 STANAFORD ROAD                         BECKLEY
                        BECKLEY WV                     25801       -------------
 Patient: MARTIN, WILLIE J                                         |ARH#: AH2509
     SSN:                    DOB: 11/12/1972     Sex:  MALE        -------------
AIC               Ord Phys: HASAN,SURAYIA T      Coll Date: 02/21/2003  06:29 T
Rm: 4IC-1  Pers Phys:                            PL Rec Date: 02/21/2003  06:36 T
 Specimen: AH212739  Type: BLOOD                 Report-Date: 02/21/2003  06:36 T
Spec Desc:                                       Batch: AH80716     Payer: 1
-------------------------------------------------------------------------------
```

```
                   (     C H E M I S T R Y     )

                         Results
         Test             Normal  Abnormal  Units   Adult Reference Ranges
         ----             ------  --------  -----   ----------------------
 GLUCOSE                            187     MG/DL      70~110

 Comments: POSTED @ 6:29.
      TW
```

```
-------------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                    (304) 255-3595
```

```
 02/20/03            BECKLEY APPALACHIAN REGIONAL HOSP        Page -   1
 13:07               306 STANAFORD ROAD                       BECKLEY
                     BECKLEY WV                      25801     -------------
 Patient: MARTIN, WILLIE J                                   |ARH#: AH2509
      SSN:              DOB: 11/12/1972      Sex:  MALE       -------------
AIC              Ord Phys: HASAN,SURAYIA T     Coll Date: 02/20/2003  11:55 J
Rm: 4IC-1  Pers Phys:                         PL Rec Date: 02/20/2003  12:14 J
 Specimen: AH212431  Type: BLOOD              Report-Date: 02/20/2003  13:07 J
Spec Desc:                                      Batch: AH80540    Payer: 1
-----------------------------------------------------------------------------
```

```
                     (   C H E M I S T R Y   )

                         Results
        Test             Normal  Abnormal   Units    Adult Reference Ranges
        ----             ------  --------   -----    ----------------------
- SODIUM                          134       MEQ/L      136-148
- POTASSIUM              4.2                 MEQ/L      3.5-5.2
- CHLORIDE               99                  MEQ/L      98-112
- CO-2                   23.3                MEQ/L      21-32
- UN                     12                  MG/DL      7-21
- CREATININE             1.0                 MG/DL      0.5-1.3
- TOTAL PROTEIN                   8.4        G/DL       6.4-8.2
- ALBUMIN                3.6                 G/DL       3.4-5.0
- CALCIUM                9.2                 MG/DL      8.5-10.5
- GLUCOSE                         131        MG/DL      70-110
- SGOT                   24                  U/L        15-37
- BILI. TOTAL            0.56                MG/DL      0-1.0
- ALKALINE PHOS                   43         U/L        50-136
- SGPT                   33                  U/L        30-65

-----------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                (304) 255-3595
```

```
  02/20/03              BECKLEY APPALACHIAN REGIONAL HOSP         Page -    1
  11:44                 306 STANAFORD ROAD                        BECKLEY
                        BECKLEY WV                    25801       -----------
 Patient: MARTIN, WILLIE J                                       |ARH#: AH250
      SSN:               DOB: 11/12/1972      Sex:  MALE          -----------
AIC              Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003  11:41
Rm: 4IC-1  Pers Phys:                         PL Rec Date: 02/20/2003  11:43
 Specimen: AH212444  Type: BLOOD              Report-Date: 02/20/2003  11:44
Spec Desc:                                        Batch: AH80528    Payer:
```

-------------------------------------------------------------------------------

### (  C H E M I S T R Y  )

|  | Results | | | |
| Test | Normal | Abnormal | Units | Adult Reference Ranges |
| ---- | ------ | -------- | ----- | ---------------------- |
| GLUCOSE |  | 118 | MG/DL | 70-110 |

Comments: POSTED AND VERBALLY GIVEN AT 11:41 TO REBECCA.

-------------------------------------------------------------------------------

        Director: DR. ZARINA RASHEED                    (304) 255-3595

```
02/20/03              BECKLEY APPALACHIAN REGIONAL HOSP          Page -    1
14:04                 306 STANAFORD ROAD                         BECKLEY
                      BECKLEY WV                     25801       ------------
Patient: MARTIN, WILLIE J                                        |ARH#: AH250
     SSN:               DOB: 11/12/1972      Sex:  MALE
.IC            Ord Phys: HASAN,SURAYIA T      Coll Date: 02/20/2003  11:55
m: 4IC-1  Pers Phys:                        PL Rec Date: 02/20/2003  12:14
Specimen: AH212431  Type: BLOOD             Report-Date: 02/20/2003  14:04
pec Desc:                                        Batch: AH80549   Payer:
----------------------------------------------------------------------------
```

### ( H E M A T O L O G Y )

```
                          Results
        Test            Normal  Abnormal   Units   Adult Reference Ranges
        ----            ------  --------   -----   ---------------------
· WBC                             13.2     X10'3/UL  4.8-10.8
- RBC                   4.95               X10'6/UL  (M)4.7-6.1(F)4.2-5.4
- HEMOGLOBIN            15.7               G/DL       (M)14.0-18(F)12-16
- HEMATOCRIT           45.6               %          (M)42-52(F)37-47
- MCV                  92.0               CU MI      (M)80-94(F)81-99
  CH                             31.7     PG         27-31
- MCHC                 34.4               %          33-37
- RDW                  11.5               %          11.5-14.5
- MPV                   7.8                          6.2-10.6
- PLATELETS             265               X10'3/UL   130-400
- SEG NEUTROPHILS         70               %         42-75
- BANDS                           20      %          0-6
- LYMPHOCYTES                      7      %          20-40
- MONOCYTES               2                %         2-7
- BASOPHILS               1                %         0-1
- RBC MORPHOLOGY OK       Y                          Y= YES
- PLATELETS              N                           N(NORM)I(INC)D(DEC)

- Comments: BH 12
```

```
----------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                  (304) 255-3595
```

```
 02/20/03                BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
 23:31                   306 STANAFORD ROAD                       BECKLEY
                         BECKLEY WV                      25801    - - - - - - - - -
 Patient: MARTIN, WILLIE J                                       |ARH#: AH250
       SSN:              DOB: 11/12/1972      Sex:  MALE          - - - - - - - -
AIC                 Ord Phys: HASAN,SURAYIA T    Coll Date: 02/20/2003  23:14
Rm: 4IC-1  Pers Phys:                         PL Rec Date: 02/20/2003  23:26
 Specimen: AH212606  Type: BLOOD              Report-Date: 02/20/2003  23:31
Spec Desc:                                         Batch: AH80681   Payer:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-
-                          (    C H E M I S T R Y    )
-
-                                Results
-          Test              Normal  Abnormal  Units    Adult Reference Ranges
-          - - - -           - - - - -  - - - - - - -   - - - - -  - - - - - - - - - - - - - - - - - -
- GLUCOSE                              186     MG/DL      70-110

- Comments: Posted at 2315
-
-   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-       Director: DR. ZARINA RASHEED                   (304) 255-3595
```

```
02/25/03          BECKLEY APPALACHIAN REGIONAL HOSP        Page -    2
07:53             306 STANAFORD ROAD                       BECKLEY
                  BECKLEY WV                   25801       ------------
  Patient: MARTIN, WILLIE J                               |ARH#: AH2509
      SSN:               DOB: 11/12/1972   Sex:  MALE      ------------
A2              Ord Phys: JAFARY,HASSAN        Coll Date: 02/25/2003  06:52 P
Rm: 213-1  Pers Phys:                       PL Rec Date: 02/25/2003  06:00 P
 Specimen: AH214474  Type: BLOOD            Report-Date: 02/25/2003  07:53 O
Spec Desc:                                     Batch: AH81727    Payer: 1
```

---

(   C H E M I S T R Y   )

| Test | Normal | Results Abnormal | Units | Adult Reference Ranges |
|------|--------|----------|-------|------------------------|
| GLUCOSE |  | 133 | MG/DL | 70-110 |
| BUN | 10 |  | MG/DL | 7-21 |
| CREATININE | 1.3 |  | MG/DL | 0.5-1.3 |
| SODIUM |  | 135 | MEQ/L | 136-148 |
| POTASSIUM | 3.7 |  | MEQ/L | 3.5-5.2 |
| CHLORIDE | 101 |  | MEQ/L | 98-112 |
| CO-2 | 26.8 |  | MEQ/L | 21-32 |
| CALCIUM | 8.8 |  | MG/DL | 8.5-10.5 |

---

Director: DR. ZARINA RASHEED                (304) 255-3595

```
 )2/24/03              BECKLEY APPALACHIAN REGIONAL HOSP       Page -    1
  23:29                306 STANAFORD ROAD                      BECKLEY
                       BECKLEY WV                   25801      --------------
 Patient: MARTIN, WILLIE J                                    |ARH#: AH2509
     SSN:                    DOB: 11/12/1972     Sex:  MALE    ------------
A2                   Ord Phys: HASAN,SURAYIA T    Coll Date: 02/24/2003  23:15
Rm: 213-1  Pers Phys:                            PL Rec Date: 02/24/2003  23:25
 Specimen: AH214359  Type: BLOOD                 Report-Date: 02/24/2003  23:29
Spec Desc:                                       Batch: AH81654   Payer:
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

```
                       (   C H E M I S T R Y   )

                             Results
         Test              Normal  Abnormal  Units   Adult Reference Ranges
         ----              ------  --------  -----   ----------------------
- GLUCOSE                            169     MG/DL      70-110
```

- Comments: POSTED @ 23:15.
-         TW

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

-     Director: DR. ZARINA RASHEED                      (304) 255-3595

```
      '24/03              BECKLEY APPALACHIAN REGIONAL HOSP          Page -    3
      12:12               306 STANAFORD ROAD                          BECKLEY
                          BECKLEY WV                        25801     -------------
   Patient: MARTIN, WILLIE J                                         |ARH#: AH2509
      SSN:                   DOB: 11/12/1972      Sex:  MALE          ------------
A2              Ord Phys: JAFARY,HASSAN            Coll Date: 02/24/2003  07:16 R
Rm: 213-1  Pers Phys:                            PL Rec Date: 02/24/2003  08:29 R
  Specimen: AH213957  Type: BLOOD               Report-Date: 02/24/2003  12:12 E
Spec Desc:                                           Batch: AH81485    Payer: 1
------------------------------------------------------------------------------
```

( H E M A T O L O G Y )

| Test | Results Normal | Abnormal | Units | Adult Reference Ranges |
|------|--------|----------|-------|------------------------|
| * WBC | 9.4 | | X10'3/UL | 4.8-10.8 |
| * RBC | 4.92 | | X10'6/UL | (M)4.7-6.1(F)4.2-5.4 |
| * HEMOGLOBIN | 15.5 | | G/DL | (M)14.0-18(F)12-16 |
| * HEMATOCRIT | 46.3 | | % | (M)42-52(F)37-47 |
| * MCV | 94.0 | | CU MI | (M)80-94(F)81-99 |
| * MCH | | 31.6 | PG | 27-31 |
| * MCHC | 33.5 | | % | 33-37 |
| * RDW | 11.7 | | % | 11.5-14.5 |
| * MPV | 8.0 | | | 6.2-10.6 |
| * PLATELETS | 373 | | X10'3/UL | 130-400 |
| - SEG NEUTROPHILS | | 81 | % | 42-75 |
| - BANDS | | 9 | % | 0-6 |
| - LYMPHOCYTES | | 7 | % | 20-40 |
| - MONOCYTES | 2 | | % | 2-7 |
| - METAMYELOCYTES | | 1 | | 0 |
| - RBC MORPHOLOGY OK | Y | | | Y= YES |
| - PLATELETS | N | | | N(NORM) I(INC) D(DEC) |

- Comments: SB/BH

- (* Previously Reported)
------------------------------------------------------------------------------
-        Director: DR. ZARINA RASHEED                    (304) 255-3595

```
   02/24/03          BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
   11:34             306 STANAFORD ROAD                       BECKLEY
                     BECKLEY WV                    25801      -------------
   Patient: MARTIN, WILLIE J                                  |ARH#: AH2509
        SSN:                 DOB: 11/12/1972    Sex:  MALE    -------------
A2                Ord Phys: HASAN,SURAYIA T     Coll Date: 02/24/2003   11:17 S
Rm: 213-1  Pers Phys:                           PL Rec Date: 02/24/2003  11:21 S
 Specimen: AH214032  Type: BLOOD                Report-Date: 02/24/2003  11:34 S
Spec Desc:                                      Batch: AH81476    Payer: 1
-------------------------------------------------------------------------------
-
-                      (    C H E M I S T R Y    )
-
-                             Results
-       Test              Normal  Abnormal  Units   Adult Reference Ranges
-       ----              ------  --------  -----   ----------------------
-  GLUCOSE                          115    MG/DL      70-110
-
- Comments: Posted at 1117.
-
-  -------------------------------------------------------------------------
-
-          Director: DR. ZARINA RASHEED                  (304) 255-3595
```

```
 02/24/03              BECKLEY APPALACHIAN REGIONAL HOSP          Page -    1
 17:47                 306 STANAFORD ROAD                         BECKLEY
                       BECKLEY WV                       25801     --------------
 Patient: MARTIN, WILLIE J                                       |ARH#: AH2509
     SSN:                       DOB: 11/12/1972    Sex:  MALE     --------------
A2                   Ord Phys: HASAN,SURAYIA T      Coll Date: 02/24/2003   17:28
Rm: 213-1   Pers Phys:                             PL Rec Date: 02/24/2003  17:35
 Specimen: AH214216   Type: BLOOD                  Report-Date: 02/24/2003  17:47
Spec Desc:                                         Batch: AH81586    Payer: 1
```
-------------------------------------------------------------------------------
```
                    (    C H E M I S T R Y     )

                         Results
        Test            Normal  Abnormal  Units   Adult Reference Ranges
        ----            ------  --------  -----   ----------------------
- GLUCOSE                         137     MG/DL     70-110

- Comments: Posted at 17:28.
```
-------------------------------------------------------------------------------
```
        Director: DR. ZARINA RASHEED                  (304) 255-3595
```

```
    02/24/03              ARH REFERENCE LABORATORY                    Page -      3
    10:59        ♦        4TH FLOOR                                   BECKLEY
                          1220 HARRODSBURG ROAD
                          LEXINGTON KY                40533
   Patient: MARTIN, WILLIE J                                       |ARH#: AH2509
       SSN:                  DOB: 11/12/1972      Sex:  MALE       ------------
A2                   Ord Phys: JAFARY,HASSAN       Coll Date: 02/22/2003   16:00 M
Rm: 213-1  Pers Phys:                             PL Rec Date: 02/24/2003   01:44 T
 Specimen: AH213371  Type: BLOOD                  Report-Date: 02/24/2003   10:59 M
Spec Desc:                                            Batch: SY24443     Payer: 1
----------------------------------------------------------------------------
 -                          PRELIMINARY REPORT
 -
 -     Source Specimen: BLOOD
 -
 -     No Growth After: 24 HOURS
 -
 -
----------------------------------------------------------------------------
 -       Director: CECILIA B. BELLA, M.D.                  (859) 226-2567
```

```
 02/24/03            ARH REFERENCE LABORATORY              Page -    4
 10:59               4TH FLOOR                             BECKLEY
                     1220 HARRODSBURG ROAD
                     LEXINGTON KY              40533       - - - - - - - - - - - -
 Patient: MARTIN, WILLIE J                                |ARH#: AH2509
     SSN:               DOB: 11/12/1972    Sex:  MALE      - - - - - - - - - - - -
A2                 Ord Phys: JAFARY,HASSAN    Coll Date: 02/22/2003  17:05 R
Rm: 213-1  Pers Phys:                      PL Rec Date: 02/23/2003  01:33 T
 Specimen: AH213372  Type: BLOOD           Report-Date: 02/24/2003  10:59 M
Spec Desc:                                      Batch: SY24443     Payer: 1
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-                          PRELIMINARY REPORT
-
-      Source Specimen: BLOOD
-
-      No Growth After: 24 HOURS
-
-
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
-        Director: CECILIA B. BELLA, M.D.            (859) 226-2567
```

```
  02/24/03              BECKLEY APPALACHIAN REGIONAL HOSP        Page -    4
  08:24                 306 STANAFORD ROAD                       BECKLEY
                        BECKLEY WV                    25801       -------------
 Patient: MARTIN, WILLIE J                                      |ARH#: AH2509
      SSN:               DOB: 11/12/1972      Sex:  MALE         -------------
A2             Ord Phys: JAFARY,HASSAN         Coll Date: 02/24/2003  07:16 F
Rm: 213-1  Pers Phys:                         PL Rec Date: 02/24/2003  08:16 F
 Specimen: AH213957  Type: BLOOD              Report-Date: 02/24/2003  08:24 C
Spec Desc:                                        Batch: AH81427    Payer: 1
-------------------------------------------------------------------------------
-
-                    (   C H E M I S T R Y   )
-
-                         Results
-         Test              Normal  Abnormal  Units   Adult Reference Ranges
-         ----              ------  --------  -----   ----------------------
- GLUCOSE                            174      MG/DL    70-110
- BUN                     11                  MG/DL    7-21
- CREATININE             1.2                  MG/DL    0.5-1.3
- SODIUM                            135       MEQ/L    136-148
- POTASSIUM              4.5                  MEQ/L    3.5-5.2
  CHLORIDE               100                  MEQ/L    98-112
- CO-2                   25.9                 MEQ/L    21-32
- CALCIUM                9.2                  MG/DL    8.5-10.5
-
-------------------------------------------------------------------------------
-      Director: DR. ZARINA RASHEED                    (304) 255-3595
```

```
  02/24/03              ARH REFERENCE LABORATORY            Page -    6
  08:25                 4TH FLOOR                           BECKLEY
                        1220 HARRODSBURG ROAD
                        LEXINGTON KY              40533      ------------
  Patient: MARTIN, WILLIE J                                |ARH#: AH2509
     SSN:                 DOB: 11/12/1972   Sex:  MALE      ------------
A2                 Ord Phys: HASAN,SURAYIA T    Coll Date: 02/20/2003  11:55 J
Rm: 213-1  Pers Phys:                       PL Rec Date: 02/21/2003  01:42 T
 Specimen: AH212432  Type: BLOOD            Report-Date: 02/24/2003  08:25 F
Spec Desc:                                      Batch: SY24405   Payer: 1
-------------------------------------------------------------------------
                         PRELIMINARY REPORT
-
-     Source Specimen: BLOOD
-
-     No Growth After: 3 DAYS
-
-
-------------------------------------------------------------------------
-        Director: CECILIA B. BELLA, M.D.          (859) 226-2567
```

```
 02/24/03              ARH REFERENCE LABORATORY                    Page -     7
 08:25                 4TH FLOOR                                   BECKLEY
                       1220 HARRODSBURG ROAD
                       LEXINGTON KY              40533          -------------
 Patient: MARTIN, WILLIE J                                     |ARH#: AH2509
     SSN:              DOB: 11/12/1972        Sex:  MALE        -------------
A2                Ord Phys: HASAN,SURAYIA T    Coll Date: 02/20/2003  13:28 S
Rm: 213-1  Pers Phys:                        PL Rec Date: 02/23/2003  01:33 T
 Specimen: AH212435  Type: BLOOD             Report-Date: 02/24/2003  08:25 R
Spec Desc:                                       Batch: SY24405    Payer: 1
-----------------------------------------------------------------------------
                          PRELIMINARY REPORT
-
-    Source Specimen: BLOOD
-
-    No Growth After: 3 DAYS
-
-
-----------------------------------------------------------------------------
-       Director: CECILIA B. BELLA, M.D.              (859) 226-2567
```

```
02/24/03          BECKLEY APPALACHIAN REGIONAL HOSP        Page -    3
09:07             306 STANAFORD ROAD                       BECKLEY
                  BECKLEY WV                    25801       - - - - - - - - - - - -
 Patient: MARTIN, WILLIE J                                 |ARH#: AH2509
     SSN:              DOB: 11/12/1972    Sex:  MALE        - - - - - - - - - - - -
A2            Ord Phys: JAFARY,HASSAN       Coll Date: 02/24/2003  07:16 P
Rm: 213-1  Pers Phys:                      PL Rec Date: 02/24/2003  07:33 F
 Specimen: AH213957  Type: BLOOD           Report-Date: 02/24/2003  09:07 E
Spec Desc:                                 Batch: AH81432     Payer: 1
```

----------------------------------------------------------------------

## ( H E M A T O L O G Y )

|        Test        | Normal | Abnormal | Units    | Adult Reference Ranges |
|--------------------|--------|----------|----------|------------------------|
| WBC                | 9.4    |          | X10'3/UL | 4.8-10.8               |
| RBC                | 4.92   |          | X10'6/UL | (M)4.7-6.1(F)4.2-5.4   |
| HEMOGLOBIN         | 15.5   |          | G/DL     | (M)14.0-18(F)12-16     |
| HEMATOCRIT         | 46.3   |          | %        | (M)42-52(F)37-47       |
| CV                 | 94.0   |          | CU MI    | (M)80-94(F)81-99       |
| MCH                |        | 31.6     | PG       | 27-31                  |
| MCHC               | 33.5   |          | %        | 33-37                  |
| RDW                | 11.7   |          | %        | 11.5-14.5              |
| MPV                | 8.0    |          |          | 6.2-10.6               |
| PLATELETS          | 373    |          | X10'3/UL | 130-400                |

----------------------------------------------------------------------

```
        Director: DR. ZARINA RASHEED              (304) 255-3595
```

```
 06/23/03                    BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
 23:31                       306 STANAFORD ROAD                       BECKLEY
                             BECKLEY WV                    25801       - - - - - - - - - - - -
 Patient: MARTIN, WILLIE J                                           |ARH#: AH2509
    SSN:                     DOB: 11/12/1972     Sex:  MALE           - - - - - - - - - - - -
A2                      Ord Phys: HASAN,SURAYIA T      Coll Date: 02/23/2003   23:20 C
Rm: 213-1  Pers Phys:                             PL Rec Date: 02/23/2003   23:25 C
 Specimen: AH213853  Type: BLOOD                 Report-Date: 02/23/2003   23:31 C
Spec Desc:                                             Batch: AH81362    Payer: 1
```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

(       C H E M I S T R Y       )

```
                            Results
         Test              Normal  Abnormal  Units   Adult Reference Ranges
         - - - -           - - - - - -  - - - - - - - - -  - - - - -   - - - - - - - - - - - - - - - - - - - - -
 GLUCOSE                             149   MG/DL       70-110
```

Comments: POSTED @ 2320---CLJ

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

        Director: DR. ZARINA RASHEED                 (304) 255-3595

```
 02/23/03                 BECKLEY APPALACHIAN REGIONAL HOSP        Page -    1
 18:50                    306 STANAFORD ROAD                       BECKLEY
                          BECKLEY WV                    25801      ------------
  Patient: MARTIN, WILLIE J                                       |ARH#: AH2509
     SSN:                    DOB: 11/12/1972      Sex:  MALE       ------------
A2                 Ord Phys: HASAN,SURAYIA T       Coll Date: 02/23/2003   18:10 R
Rm: 213-1  Pers Phys:                             PL Rec Date: 02/23/2003  18:37 M
 Specimen: AH213730  Type: BLOOD                  Report-Date: 02/23/2003  18:50 M
Spec Desc:                                             Batch: AH81327     Payer: 1
------------------------------------------------------------------------------------
```

( C H E M I S T R Y )

```
                              Results
         Test               Normal   Abnormal  Units   Adult Reference Ranges
         ----               ------   --------  -----   ----------------------
 GLUCOSE                               178     MG/DL      70-110

 Comments: Posted at 1810;RWL

 ------------------------------------------------------------------------------------
         Director: DR. ZARINA RASHEED                    (304) 255-3595
```

```
 02/23/03              BECKLEY APPALACHIAN REGIONAL HOSP         Page -    2
 11:22                 306 STANAFORD ROAD                        BECKLEY
                       BECKLEY WV                      25801     -------------
 Patient: MARTIN, WILLIE J                                       |ARH#: AH2509
      SSN:                DOB: 11/12/1972    Sex:  MALE          -------------
A2              Ord Phys: HASAN,SURAYIA T     Coll Date: 02/23/2003   11:10 C
Rm: 213-1  Pers Phys:                         PL Rec Date: 02/23/2003  11:19 C
 Specimen: AH213632  Type: BLOOD              Report-Date: 02/23/2003  11:22 C
Spec Desc:                                       Batch: AH81238     Payer: 1
------------------------------------------------------------------------------
```

```
                       (   C H E M I S T R Y   )
```

```
                           Results
         Test             Normal   Abnormal   Units   Adult Reference Ranges
                          ------   --------   -----   ----------------------
 GLUCOSE                             147      MG/DL       70-110
```

Comments: POSTED @ 1112---CLJ

```
    ------------------------------------------------------------------------
         Director: DR. ZARINA RASHEED                  (304) 255-3595
```



Appalachian Regional Healthcare Beckley
306 Stanaford Road
Beckley, West Virginia 25801

RADIOLOGY REPORT

PT NAME:   MARTIN,WILLIE J                    30Y M    MR#: 000250949

DOB: 11/12/72                    LOC: A2-213-1      ACCT #: 0305100046

REL DATE:02/23/03 1142          CI DATE:  02/22/03 1630

JAFARY,HASSAN   (AH)            306 STANAFORD                (304)255-3304
                                BECKLEY, WV  25801

Chk-in #   Order    Exam
724820     0035     40050   CT FACIAL W/O CONTRST
                            Ord Diag: 682.0-CELLULITIS OF FACE


CT OF THE FACIAL BONES WITHOUT CONTRAST:

Helical CT images of the facial bones were obtained in the axial and
coronal planes. The previously noted mandibular fractures seen in the
study of 02-14-03 are immobilized in good position and alignment with
plates and screws as well as dental braces as noted in the facial bone
x-
rays of 02-20-03.  No other new findings seen since the last facial bo
x-rays of 02-14-03.   The paranasal sinuses remain essentially clear.
There are no abnormal fluid collections demonstrated.

IMPRESSION:

Status post internal fixation of the mandibular fracture with good
alignment of the fracture fragments.
No fluid collection in the paranasal sinuses.


                    /READ BY/ HALBERTO   (AH) CRUZ, M.D.
                    /Released By/ HALBERTO   (AH) CRUZ, M.D.

    NCM 02/23/03 1014



FINAL REPORT

 

Appalachian Regional Healthcare Beckley
306 Stanaford Road
Beckley, West Virginia 25801

RADIOLOGY REPORT

PT NAME:  MARTIN,WILLIE J                30Y M    MR#: 000250949

DOB: 11/12/72                  LOC: A2-213-1     ACCT #: 0305100046

REL DATE:                      CI DATE:  02/22/03 1630

    JAFARY,HASSAN  (AH)        306 STANAFORD            (304)255-3304
                               BECKLEY, WV  25801

Chk-in #   Order    Exam
 724820    0035     40050   CT FACIAL W/O CONTRST
                            Ord Diag: 682.0-CELLULITIS OF FACE


    CT OF THE FACIAL BONES WITHOUT CONTRAST:

    Helical CT images of the facial bones were obtained in the axial and
    coronal planes. The previously noted mandibular fractures seen in the
    study of 02-14-03 are immobilized in good position and alignment with
    plates and screws as well as dental braces as noted in the facial bone
    x-
    rays of 02-20-03.  No other new findings seen since the last facial bo
    x-rays of 02-14-03.  The paranasal sinuses remain essentially clear.
    There are no abnormal fluid collections demonstrated.

    IMPRESSION:

    Status post internal fixation of the mandibular fracture with good
    alignment of the fracture fragments.
    No fluid collection in the paranasal sinuses.


                        /READ BY/ HALBERTO  (AH) CRUZ, M.D.
                        /Released By/   , M.D.

    NCM 02/23/03 1014


Prelim

Appalachian Regional Healthcare Beckley
306 Stanaford Road
Beckley, West Virginia 25801

RADIOLOGY REPORT

PT NAME:  MARTIN,WILLIE J                    30Y M    MR#: 000250949

DOB: 11/12/72                    LOC: A2-213-1    ACCT #: 0305100046

REL DATE:                       CI DATE:  02/22/03 1630

JAFARY,HASSAN   (AH)        306 STANAFORD                (304)255-3304
                           BECKLEY, WV  25801

Chk-in #    Order    Exam
 724820     0035     40050    CT FACIAL W/O CONTRST
                             Ord Diag: 682.0-CELLULITIS OF FACE


CT OF THE FACIAL BONES WITHOUT CONTRAST:

Helical CT images of the facial bones were obtained in the axial and
coronal planes. The previously noted mandibular fractures seen in the
study of 02-14-03 are immobilized in good position and alignment with
plates and screws as well as dental braces as noted in the facial bone
x-
rays of 02-20-03.  No other new findings seen since the last facial bone
x-rays of 02-14-03.  The paranasal sinuses remain essentially clear.
There are no abnormal fluid collections demonstrated.

IMPRESSION:

Status post internal fixation of the mandibular fracture with good
alignment of the fracture fragments.
No fluid collection in the paranasal sinuses.


                    /READ BY/ HALBERTO  (AH) CRUZ, M.D.
                    /Released By/   , M.D.
NCM 02/23/03 1014


Prelim



Appalachian Regional Healthcare Beckley
306 Stanaford Road
Beckley, West Virginia 25801

RADIOLOGY REPORT

PT NAME:  MARTIN,WILLIE J                    30Y M    MR#: 000250949

DOB: 11/12/72                  LOC: A2-213-1      ACCT #: 0305100046

REL DATE:                      CI DATE:  02/20/03 1700

HASAN,SURAYIA T (AH        224 PROFESSIONAL PA           (304)255-9444
                           BECKLEY, WV  25801

Chk-in #   Order    Exam
 722894    0005     10435   XR FACIAL BONES COMP MIN 3 VIEWS
                           Ord Diag: 682.0-CELLULITIS OF FACE


FACIAL BONES:

Limited position examination shows no obvious acute facial bone
fracture.   There is evidence of internal fixation of the comminuted
fracture of the right mandible by plate and screws.  The mandible is
immobilized by wire loop fixation of the mandible and the maxilla.

IMPRESSION:

Limited examination.
No obvious facial bone fracture.
Internal fixation of the right mandibular comminuted fracture.


                          /READ BY/ MANU  (AH) PATEL, M.D.
                          /Released By/  , M.D.

-DG  02/21/03 1023




Prelim

 

Appalachian Regional Healthcare Beckley
306 Stanaford Road
Beckley, West Virginia 25801

RADIOLOGY REPORT

PT NAME:  MARTIN,WILLIE J                30Y M    MR#: 000250949

DOB: 11/12/72                LOC: A2-213-1      ACCT #: 0305100046

REL DATE:                    CI DATE:  02/20/03 1724

HASAN,SURAYIA T (AH        224 PROFESSIONAL PA        (304)255-9444
                           BECKLEY, WV  25801

Chk-in #   Order   Exam
  722883    0003    10360   XR CHEST 1 VIEW
                            Ord Diag: 682.0-CELLULITIS OF FACE** Portabl

CHEST, SINGLE VIEW:

No comparison study.  Less than optimally inflated lungs are clear.  T
cardiovascular structures are normal.  The bony thorax is intact.

IMPRESSION:

Normal.


                        /READ BY/ MANU  (AH) PATEL, M.D.
                        /Released By/   , M.D.
      DG   02/21/03 1019




Prelim          ** Portable **

```
 02/25/03          BECKLEY APPALACHIAN REGIONAL HOSP         Page -    4
 08:43             306 STANAFORD ROAD                        BECKLEY
                   BECKLEY WV                  25801         ------------
 Patient: MARTIN, WILLIE J                               |ARH#: AH250
    SSN:            DOB: 11/12/1972     Sex:  MALE        ------------
A2              Ord Phys: JAFARY,HASSAN     Coll Date: 02/25/2003  06:52
Rm: 213-1  Pers Phys:                      PL Rec Date: 02/25/2003  07:12
 Specimen: AH214474  Type: BLOOD           Report-Date: 02/25/2003  08:43
Spec Desc:                                  Batch: AH81744   Payer:
```
------------------------------------------------------------------------

### (   H E M A T O L O G Y   )

|                 | Results |          |        |                      |
| Test            | Normal  | Abnormal | Units  | Adult Reference Ranges |
| --------------- | ------- | -------- | ------ | -------------------- |
| WBC             |         | 11.2     | X10'3/UL | 4.8-10.8           |
| RBC             |         | 4.63     | X10'6/UL | (M)4.7-6.1(F)4.2-5.4 |
| HEMOGLOBIN      | 14.6    |          | G/DL   | (M)14.0-18(F)12-16   |
| HEMATOCRIT      | 43.0    |          | %      | (M)42-52(F)37-47     |
| MCV             | 92.9    |          | CU MI  | (M)80-94(F)81-99     |
| MCH             |         | 31.5     | PG     | 27-31                |
| MCHC            | 33.9    |          | %      | 33-37                |
| RDW             | 11.5    |          | %      | 11.5-14.5            |
| MPV             | 7.7     |          |        | 6.2-10.6             |
| PLATELETS       | 358     |          | X10'3/UL | 130-400            |
| SEG NEUTROPHILS | 73.2    |          | %      | 42-75                |
| LYMPHOCYTES     | 20.2    |          | %      | 20-40                |
| MONOCYTES       | 4.9     |          | %      | 2-7                  |
| EOSINOPHILS     | 1.4     |          | %      | 0-3                  |
| BASOPHILS       | 0.3     |          | %      | 0-1                  |

------------------------------------------------------------------------
        Director: DR. ZARINA RASHEED                (304) 255-3595

AH 000250949      150008
A0305100046          1
MARTIN, WILLIE J.
PO BOX 1285
BEAVER, WV 25813
RP 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   11/12/72  M

## Appalachian Regional Healthcare
### Patient Care Problem/Intervention Record

Addressograph

| Date/Time | Service | Problem | Intervention Activities & Signature | Results/Outcomes / Resolution & Signature |
|-----------|---------|---------|-------------------------------------|-------------------------------------------|
| 1700 | Nsg | | Dr Panossian in to visit č pt Priviledges obtained so he could visit post op. No suggestions for tx. States this is normal post op swelling. R Karle RN | |
| 1830 | | | BP 163/94. Drank all dr liquid diet using 60cc syringe. No complaints at present. moisturizer applied to lips. R Karle RN | |
| 1915 | | | C/o pain to incision site (L)R side. Dr Deeran notified. New orders recieved BP 150/87 R Karle RN | |
| 2030 | N | A O M P | Awake alert color cooperative Resp even & nonlabored. Breath sounds clear. HR 98 SR BP 137/76 IVF to (R)FA 3 complicated - c/o pain to jaw/face. Lortab 7.5 Elixir (provided) via syringe ??? | |
| 2200 | N | A | Awake alert oriented color cooperative Resp even & nonlabored HR 108 SR BP 143/84. Taking fluids per syringe | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

# LABORATORY REPORTS

BED-004   Feb.20,'03 09:56   RR:16
MARTIN WILLIE

HR:113   VPC:4 /m(4 /h)   ST:+1.0



BED-004   Feb.20,'03 12:00   RR:26   SpO2:90
MARTIN WILLIE

HR:100   VPC:0 /m(105/h)   ST:+0.3



TIMER                              25mm/s                        FOW 50-3-100

BED-004   Feb.20,'03 16:00   RR:0
MARTIN WILLIE

HR:100   VPC:0 /m(4 /h)   ST:+1.1



BED-004   Feb.20,'03 21:44   RR:14   SpO2:99
MARTIN WILLIE

HR:102   VPC:0 /m(8 /h)   ST:+1.1



ENDALL   MEDITRACE                 25mm/s

**INSTRUCTIONS:** TO ATTACH REPORT, REMOVE
PROTECTIVE TAPE BACKING. ALIGN REPORT AND
PRESS DOWN FIRMLY. REPEAT PROCEDURE FOR
SUBSEQUENT REPORTS.

E-1-B3 (3/92)

# Patient Care Problem/Intervention Record

2/20/03

| Date/Time | Service | Problem | Intervention Activities & Signature | Results/Outcomes/Resolution & Si... |
|-----------|---------|---------|-------------------------------------|-------------------------------------|
| 0945 | | | 30 yr old male recieved to CCU- | |
| | | | via ambulance direct admit from | |
| | | | Federal Prision. Severe edema of lo... | |
| | | | jaws & lips. Mouth is wired from a... | |
| | | | & wiring done 2/15/03 for fx Mandi... | |
| | | | Patient states he is unable to s... | |
| | | | drooling. IV NSS to @ AC. Sa O... | |
| | | | O₂ inplace at 2L/min NC. Cardia... | |
| | | | monitor showing Sinus Tach -1... | |
| 1000 | | | Oral suction set up for patient a... | |
| | | | low suction, mouth care done | |
| | | | Wire cutters obtained from OR + | |
| | | | placed at bedside for Emergency u... | |
| 1045 | | | BP 161/92, SR-97-0    Kelley... | |
| HPD - e RN PR | | | Dr. ES Havani in to see patien... | |
| | | | New orders written. Patient c n... | |
| | | | increase in edema. Respirations e... | |
| | | | + unlabored. NO distress. Continu... | |
| | | | using oral suction. Sa O -97%... | |
| | | | Kelley/RO | |
| 1145 | | | Conadron 20 mg given IV piggy... | |
| | | | Sinus Tach-100. BP 144/100. Rem... | |
| | | | O₂ refuses to wear. Sa O -95%- | |
| | | | Kelley/R... | |
| 1255 | | | IV site placed to @ FA G#20 | |
| | | | Angiocath. Venapuncture x2. SNS... | |
| | | | A/C c A to heparin lock. Sa O ... | |
| | | | Kelley/R... | |
| 1400 | | | Resting c eyes closed. SR - BP ... | |
| | | | Sa O -95%. 2 guards sit at ea... | |
| | | | times.    Kelley... | |
| 1611 | | | To X-Ray for films of neck + fac... | |
| | | | bones     Kelley... | |

ARH FORM E-11-40A (REV 9/99)

Martin, Willie   3/11/09-03

**Admission Date:** 2/20/03   **Admission Time:** 0945

Addressograph:
AH 000250949   1500
A0305100046   1
MARTIN, WILLIE J.
PO BOX 1280
BEAVER, WV 25813
RP 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   11/12/72

**ID Band Placed and Checked:** ☐ Yes  ☐ No

**Information Obtained From:** ☐ Patient  ☐ Family/Relationship

**Emergency Contact:** Name: N/A

Home#:

Work #: Federal Prisoner

Relationship:

**Primary Care Physician:** Dr

**Other Physician:**

Martin, Willie

### VS

**BP** 182/100  **Pulse** 106  **Resp** 16  **SaO2** 99 %  **Temp** 97.7   Head circumfere

**Ht**_____  **Wt**_____  ☐ Stated ☐ Bedscale ☐ Standing ☐ Balanced ☐ Digital   (under 3 yrs.)

### BELONGINGS

| | Deficit | Assistive Devices |
|---|---|---|
| Vision | ☐ Yes  ☒ No | ☐ Glasses ☐ Contacts ☐ Brought to Hospital  ☐ Other_____ |
| Hearing | ☐ Yes  ☒ No | ☐ R Aid ☐ L Aid ☐ Other  ☐ Brought to Hospital |
| Dental | ☐ Yes  ☐ No | ☐ Uppers ☐ Lowers ☐ Both  ☐ Bridges ☐ Partial ☐ Retainers  ☐ Brought to Hospital |
| Mobility | ☐ Yes  ☒ No | ☐ W/C ☐ Cane ☐ Walker  ☐ Other ☐ Brought to Hospital |
| Other | ☐ Yes  ☒ No | ☐ Brought to Hospital |
| Jewelry/ Valuables | List: 1._____ 2._____ 3._____ | ☐ Kept at Bedside  ☐ To Safe  ☐ Given to Family  ☐ Informed of Valuables Policy |

**Influenza**
Oct. 1 - Jan. 31 (Annually)
☐ Age 50 or older
☐ Less than 50 with high risk conditions-chronic diseases
☐ Immunized this season
☐ Allergic to thimerosa (a mercury derivative & preservative in contact solution)
☐ Previous reaction to vaccine Describe:
☐ Order obtained:
☐ Vaccine administered
☐ Vaccine not administered Why?
☐ Refer to obtain as out patient
☐ Education & materials provided

**Pneumonia Assess**
Year-round (given only once)
RISK ASSESSMENT
☐ 65 or older
☐ Less than 65 with high risk conditions-(chronic disease)
CONTRAINDICATIONS
☐ Previously received shot
☐ Allergy to thimerosal
☐ Acute febrile illness
☐ Previous reaction to vaccine Describe:
VACCINE INDICATED
VACCINE ADMINISTRATION
☐ Order obtained:
☐ Vaccine administered
☐ Vaccine not administered Why?
☐ Refer to obtain as outpatient
EDUCATION
☐ Education & materials provide

**Present illness/reason for hospitalization:**
edema face

**Previous surgeries, illness or hospitalizations:**
ORIF-Mandible a wiring - 2/

### HISTORY

Have you or your relatives had any problem with anesthesia/sedation (high fever, difficulty awakening) ☐ Yes ☒ No
If yes, explain:

**Current Medications Treatments:** ☐ None   **List all prescription and over the counter medications e.g. vitamins, diet aids, aspirin, herbs, laxative
Herbals ☐ Yes ☒ No - (List Below)   inhalers and recreational drugs.   Pediatrics: Immunizations up-to-date ☐ Yes ☐

| Name | Dose | Freq | Last Taken | DOS (PSC) | Name | Dose | Freq | Last Taken |
|---|---|---|---|---|---|---|---|---|
| Tylenol #3 | 1 | TID | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

**Disposition of Meds:** ☐ Sent home with family ☐ Locked on unit ☐ Sent to Pharmacy ☐ With patient ☒ None brought
**Alcohol:** How often do you drink?_____ Average # of drinks/day_____ Time of last drink_____ DT's_____
Describe current Tx: ☐ None ☐ Counseling ☐ Medications ☐ Other_____
**Allergies:** ☒ None known ☐ Allergy Band Placed (list allergies to drugs, foods ▲ tapes, latex, environmental substances, herbals)

| Item/Drug | Reaction | Item/Drug | Reaction | |
|---|---|---|---|---|
| | | | | ▲ |
| | | | | N |
| | | | | D |

**MULTIDISCIPLINARY ADMISSION FORM**



Martin, Willie
34688-083

APPALACHIAN REGIONAL HEALTHCARE

**PROGRESS NOTES**

HISTORY UNIT NO.

PATIENT'S NAME

AH 000250949          150008
A0305100046                1
MARTIN, WILLIE J.
PO BOX 128
BEAVER, WV 25813
RP 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   11/12/??

UNIT AND / OR SERVICE                    ATTENDING PHYSICIAN

2·20·03·

Continue to assess
inability to swallow
Palor, conges., PIO process
DNI
SP Reassessing      Heb·C·0A

HOP dictated
                                         Rev

Nursing Note 2/1/03 @ 1100. S) Speech slurred - jaws wired. A) ⊕ n/v, d
need for pain med @ this time. Moderate edema to ⊕ side
jaw/face. ↑↑ to B. Wire cutters @ desk. 2 guards @ bedside
Hands' hand cuffed to bed. ⊘ s/s of distress @ this time.
P) Monitor for n/v, suction directions PRN — needle cte PRN —
CB in reach                           D.Moyer R

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-I-6



2/21/03 Clinical Nutrition Note: Pt identified via nutr
assessment. Pt reports ~15# wt loss since month w
Request milkshakes, unable to provide @ present
2° CL diet.

O: 30yo ♂ Ht: 63" Wt: 160# DBW: 124 +/- 10# Dx: Cellulitis ⊕
S/p surgery for fx (R) jaw PMH: ORIF Mandible c wiring 2/18 DM
meds, GB disease s/p cholecystectomy, surgery for PUD, ETOH, dru
Hep C & A labs: 2/21 Glu 199↑, 2/20 BUN 12, Cr 1.0, Na+ 134, K+ 4.2, Ca++ 9.2,
tot prot 8.4↑, Alb 3.6 Pert Meds: Hum R SS, IVF D5 ½ NS @ 50 cc 1°
Diet: CL

A: Pt c mouth wired shut. Taking fluids via syringe. Hx ↑
noted c ↑ Glu on SS insulin coverage. Rec'd advance d
to full liquid c might shakes TID. To better m
nutritional needs. CL diet inadequate in
all nutrients x Vit C. Encourage po intake ade
Would benefit from advance in diet to prevent
deterioration of nutritional status. Will be availab
P: Rec'd advance diet to full liquid c Might shakes T
            Cyndi -RN,CD

8.21.03.      March before
              Can make noise,
              face still swollen
              lips swollen

              lived close,
              C/S ᵥ
              Abd ⊕

ARH FORM E-I-6R                     Martin, Willie  34689-0

APPALACHIAN REGIONAL HEALTHCARE

**PROGRESS NOTES**

| HISTORY UNIT NO. | AH 000250949 | 150008 |
| PATIENT'S NAME | A0305100046 | 1 |
| | MARTIN, WILLIE J. | |
| | PO BOX 1280, | |
| | BEAVER, WV 25813 | |
| | SP 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  11/12/72  M | |

UNIT AND/OR SERVICE          ATTENDING PHYSICIAN

---

Dx ala

Seen by the oral surgeon

clean Yr to pt. Site

↑ Deedra

Continue obudance?

CBC

RTOD ( alla

---

2/21/03 @ 2200 (S) "I'm okay" (O) Resting in bed. Call
Call bell in reach (A) A+O x3. Jaws wired.
Edema noted to (L) side of face. Steri strips to
neck intact. Respir. even & monlabored. No
distress noted (P) Monitor respir. status,
I+O, VS ————————————— S. Cook

———— 2/22/03   Saturday

2-22-03 1030 Nurses Notes: S & O: A alert, oriented when awake,
rests quietly at this time, c/o pain earlier to jaw had
which was effective, jaws swollen, able to swallow liquids
dieties dyspnea, breathsounds clear, Steri strip to neck in
P mander 110, assess for pain, assist E ADL, guards x 2 at
side, callbell in reach —————————————

BOTH SIDES OF THIS SHEET MAY BE USED

ARH FORM E-I-6



2/22/03 @ 2035 (S) "I'm OK" (O) In bed. Watching TV. Ø S/s pain, discomfort. HOB ↑. SR ↑ x2
Call bell in reach. Wire cutters available. (A) A, O x3. Denies pain, dyspnea, dysphagia. Slight
dysphasia R/T jaws wired. Skin pink, w/o. Slight edema bilat jaws. Ø throat edema
noted. Resp even, nonlabored. Lungs clear. Denies cough. Steri strips R neck, ∼Dli.
Abd soft c̄ ⊕ BS. Ø peripheral edema. Voiding s̄ difficulty. Ø S/s distress. (P) Monitor
I+O, VS, labs. Monitor for pain, N/v, dyspnea, dysphagia. Assist c̄ ADL's. ——— Clark___

2-23 03 0935 Nurses Note: S° "I'm ok" O lying in bed watching TV
A alert, oriented, still has edema to both jaws, Incision to R neck
c̄ steri strips dry and intact, able to swallow liquids, no dyspnea
breath sounds clear, 2 guards at bedside P monitor I+O, monitor
bowel, assess for pain, assess for dyspnea, call bell in
reach ——————————————————        M Cresley RN

APPALACHIAN REGIONAL HEALTHCARE

**PROGRESS NOTES**

| HISTORY UNIT NO. | |
|---|---|
| PATIENT'S NAME | AH 000250949      150008 |

A0305100046            1
MARTIN, WILLIE J.
PO BOX 1280?
BEAVER, WV 25813
RP 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   11/12/72 M

UNIT AND / OR SERVICE

ATTENDING PHYSICIAN

ARH FORM E-I-6